UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNA CLARK,

    Plaintiff,

v.                                          Case No. 2:22-cv-614-SPC-NPM

CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida,

    Defendant.

_____/

**NOTICE OF CHANGE OF ADDRESS**

Attorney Kyle T. MacDonald hereby files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, and other filings shall be sent to:

**Derek Smith Law Group, PLLC**
**520 Brickell Key Drive, Suite O-301**
**Miami, Florida 33131**

All other contact information remains the same.

*[This space intentionally left blank]*

| | |
|---|---|
| Dated: Miami, Florida<br>October 6, 2023, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>/s/ Kyle T. MacDonald<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com |

*[Certificate of service on the following page]*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on October 6, 2023, on all counsel of record on the service list below via e-mail transmission.

By: /s/ *Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ALLEN, NORTON & BLUE, PA**

David J. Stefany
324 S. Hyde Park Ave
Suite 225
Tampa, FL 33606
813-251-1210
Fax: 813-253-2006
Email: dstefany@anblaw.com

Maelyn Marie Morrison
324 S. Hyde Park Ave., Suite 225
Tampa, FL 33606
813-251-1210
Fax: 813-253-2006
Email: mmorrison@anblaw.com

*Counsel for Defendant*