UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JENNA CLARK,<br><br>   Plaintiff,<br><br>v.<br><br>CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida,<br><br>   Defendant. | Case No. 2:22-cv-614-SPC-NPM |

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that pursuant to the Court's directive in the Case Management and Scheduling Order [D.E. 19] dated February 3, 2023, counsel for the parties have conferred and agreed to a mediation conference with Mediator Denise Wheeler Wright on December 15, 2023, beginning at 10:00 a.m.

Dated this 20th day of October 2023.  Respectfully submitted,

  *s/ David J. Stefany*
  DAVID J. STEFANY
  Florida Bar No. 438995
  MAELYN M. MORRISON
  Florida Bar No. 1018654
  *Counsel for Defendant*
  **ALLEN NORTON & BLUE, P.A.**
  Hyde Park Plaza - Suite 225
  324 South Hyde Park Avenue
  Tampa, Florida 33606-4127
  (813) 251-1210 | (813) 253-2006 – Fax
  E-mail: dstefany@anblaw.com
     mmorrison@anblaw.com
  Secondary: awilliams@anblaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 20th day of October 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically send a notice of electronic filing to Kyle T. MacDonald, Esquire and to Lauren Wilson, Esquire of Derek Clark Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, Florida 33131 [k*yle@derekClarklaw.com; lauren@derekClarklaw.com*]

                                      *s/ David J. Stefany*
                                      ATTORNEY