UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNA CLARK,

        Plaintiff,

v.

CARMINE MARCENO, as the duly elected Sheriff of Lee County, Florida,

        Defendant.

Case No. 2:22-cv-614-SPC-NPM

**DEFENDANT'S UNOPPOSED MOTION TO ALLOW
CLAIMS COUNSEL TO APPEAR REMOTELY AT MEDIATION**

COMES NOW CARMINE MARCENO, as the duly elected Sheriff of Lee County, Florida ("Defendant" or "Sheriff's Office"), by and through its undersigned counsel, any hereby submits his Unopposed Motion to allow Claims Counsel to Appear Remotely at the parties' upcoming mediation scheduled for December 15, 2023 in Fort Myers, Florida. (D.E. 22). In support thereof, Defendant states as follows:

1. On February 3, 2023, the Court issued its Scheduling Order requiring the parties to conduct mediation by January 5, 2024. [D.E. 19].

2. The parties have designated Denise Wheeler Wright as mediator and scheduled mediation an in-person mediation on December 15, 2023, at 10:00 a.m. in Fort Myers.

3. The Lee County Sheriff's Office ("LCSO") maintains an insurance agreement with the Florida Sheriffs Risk Management Fund ("FSRMF"). Accordingly, Claims Counsel Lindsey Frost will be participating in the mediation as a representative for the FSRMF.

4. Lindsey Frost Resides and works in Tallahassee, Florida, which is over 400 miles away from the designated site of the scheduled mediation. In-person attendance at the mediation would incur almost 800 miles round-trip, several hours of travel time, and the expenses associated with meals and an overnight hotel stay.

5. Due to the distance and expenses associated with travel if Frost were to appear in-person, Defendant requests that the Court allow Frost to participate in the mediation remotely.

6. The Defendant is also represented by the undersigned counsel of record who intends to appear in-person for the mediation.

7. Accordingly, Defendant respectfully requests that this Court allow Defendant's Claims Counsel, Lindsey Frost, to appear remotely at the mediation. If permitted, Frost would appear remotely for the start of the mediation and would be available whenever necessary throughout the entirety of the mediation.

8. The Defendant's request is made in good faith and the granting of this Motion will not prejudice any party to this action. Moreover, granting this Motion will not hamper the efficiency of the mediation, and will not otherwise affect the Parties' ability to meaningfully participate.

## MEMORANDUM OF LAW

Federal Courts permit parties to engage in telephonic hearings and conferences when a party experiences hardship. *See Dunn-Fischer v. Dist. Sch. Bd.*, 2010 U.S. Dist. LEXIS 98253, 1-2 (M.D. Fla. Sept. 7, 2010). Some courts even permit telephonic hearings where the parties are located in different cities as distance can lead to hardships. *See Fisher v. District School Board of Collier County*, 2010 WL 3522215 (M.D. Fla. 2010).

Here, Defendant submits that Lindsey Frost, Claims Specialist for the FSRMF, is located in Tallahassee, Florida and the mediation is scheduled to convene in Fort Myers, Florida. Due to sizable distance traveling round trip between the two cities, Frost's in-person appearance would generate substantial transportation and lodging expenses for Defendant, should she be required to travel to Fort Myers for the mediation.

WHEREFORE, Defendant requests this Court's permission for Claims Specialist Lindsey Frost to appear telephonically at the Parties' mediation on December 15, 2023.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Undersigned counsel conferred with counsel for the Plaintiff and is authorized to represent that Plaintiff has no objection to the relief requested herein.

Dated this 17th day of November 2023.   Respectfully submitted,

*s/ David J. Stefany*
DAVID J. STEFANY
Florida Bar No. 438995
MAELYN M. MORRISON
Florida Bar No. 1018654
*Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail: dstefany@anblaw.com
   mmorrison@anblaw.com
Secondary: awilliams@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to Kyle T. MacDonald, Esquire and to Lauren Wilson, Esquire of the Derek Smith Clark Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, Florida 33131 [*kyle@derekClarklaw.com; lauren@derekClarklaw.com*].

*s/ David J. Stefany*
DAVID J. STEFANY