UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JENNA CLARK,<br><br>        Plaintiff,<br><br>v.<br><br>CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida,<br><br>        Defendant. | Case No. 2:22-cv-614-SPC-NPM |

## JOINT RESPONSE ON MEDIATION STATUS

COMES NOW, JENNA CLARK and CARMINE MARCENO, by and through their respective undersigned counsel and pursuant to the Court's Order requesting a status report on the status of mediation (D.E. 25), hereby report that the mediation was attended by all parties on December 15, 2023 and the parties are at impasse.

Respectfully submitted,

*s/ Kyle T. MacDonald*
KYLE T. MACDONALD
Florida Bar No. 1038749
*Counsel for Plaintiff*

*s/ David J. Stefany*
DAVID J. STEFANY
Florida Bar No. 438995
MAELYN M. MORRISON
Florida Bar No. 1018654
*Counsel for Defendant*

| | |
|---|---|
| **Derek Clark Law Group, PLLC** | **ALLEN NORTON & BLUE, P.A.** |
| 520 Brickell Key Drive | Hyde Park Plaza - Suite 225 |
| Suite 1301 | 324 South Hyde Park Avenue |
| Miami, Florida 33131 | Tampa, Florida 33606-4127 |
| (305) 946-1884 \| (305) 503-6741 - Fax | (813) 251-1210 \| (813) 253-2006 – Fax |
| Email: kyle@derekClarklaw.com | E-mail: dstefany@anblaw.com |
| | mmorrison@anblaw.com |
| | Secondary: awilliams@anblaw.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically send a notice of electronic filing to Kyle T. MacDonald, Esquire and to Lauren Wilson, Esquire of Derek Clark Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, Florida 33131 [k*yle@derekClarklaw.com; lauren@derekClarklaw.com*]

*s/ David J. Stefany*
ATTORNEY