UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNA CLARK,

    Plaintiff,

v.

CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida,

    Defendant.

Case No. 2:22-cv-614-SPC-NPM

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Daniel E. Kalter enters his appearance as co-counsel of record on behalf of CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida, in the above-referenced matter. All future pleadings and correspondence in this litigation should also be served upon the undersigned counsel at the Tampa office address shown below.

Dated this 4th day of January 2024.

    Respectfully submitted,

    *s/ Daniel E. Kalter*
    DAVID J. STEFANY
    Florida Bar No. 438995
    DANIEL E. KALTER
    Florida Bar No. 1025094
    *Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail: dstefany@anblaw.com
dkalter@anblaw.com
Secondary: awilliams@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Kyle T. MacDonald, Esquire and to Lauren Wilson, Esquire of Derek Clark Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, Florida 33131 [k*yle@derekClarklaw.com; lauren@derekClarklaw.com*].

*s/ Daniel E. Kalter*
DANIEL E. KALTER
