## <u>AFFIDAVIT OF ANNMARIE RENO</u>

**STATE OF FLORIDA** )

**COUNTY OF LEE** )

BEFORE ME, the undersigned authority, personally appeared ANNMARIE RENO, who, being first duly sworn, states the following:

1.     My name is Annmarie Reno and I am over the age of eighteen. I make all the statements in this affidavit based upon my own personal knowledge.

2.     I am currently employed as the Executive Director of the Support Services Division ("Support Services") of the Operational Support Bureau for the Lee County Sheriff's Office ("LCSO").   I have been employed continuously by the LCSO in various capacities since my initial hire date of January 2, 1997, including as Director of the Budget Division from March 26, 2009 through 2017, when I was promoted to my current position as Executive Director.   Between 2017 and October 1, 2023, I was the Executive Director of the LCSO's Support Service Bureau. I am currently 66 years of age, and as of September 3, 2021, I was 64 years of age.

3.     In carrying out my responsibilities as Executive Director prior to October, 2023, I directly reported to John Holloway, who is now the LCSO's Undersheriff, reporting directly to Sheriff Carmine Marceno.  Since October 1, 2023, I began reporting to Chief Matthew Sands, who is now responsible for overseeing the recently created Operational Support Bureau, f/k/the Support Services Bureau. While employed as the Executive Director of the Support Services Bureau, I have at various times been responsible for directly supervising the operations of Support Services departments of the LCSO, including Budget and Administrative Services, Purchasing, Finance, Facilities Management, Human Resources, Personnel Services, Planning & Research, Tech

1

Services & Programming and the Fleet Division. A copy of my Job Description as Executive Director of the Support Services Bureau in effect at the end of 2020 and in 2021 is attached as Exhibit 1.

    4.    While employed as Executive Director of the Support Services Bureau, the LCSO underwent organizational changes to better and more efficiently serve the Sheriff's operations. Copies of the LCSO's organizational charts effective October 12, 2023, December 11, 2022, November 11, 2021 and December 8, 2020 are attached as composite Exhibit 2. There have been no organizational changes affecting the Operational Support Bureau of the LCSO since October 12, 2023.

    5.    The Fiscal Year for the LCSO is from October 1 through September 30 of the following year. For the periods of October 1, 2019 to September 30, 2020 ("FY 19/20"), October 1, 2020 to September 30, 2021 ("FY 20/21"), October 1, 2021 to September 30, 2022 ("FY 21/22") the LCSO submitted proposed budgets to the Lee County Board of County Commissioners ("LCBCC") as follows, which were each approved on or before September 30 as requested:

| FY 19-20 | FY 20-21 | FY 21-22 |
|---|---|---|
| Proposed Budget submitted by LCSO to Lee County Board of Commissioners on May 31, 2019 | Proposed Budget submitted by LCSO to Lee County Board of Commissioners on June 10, 2020 | Proposed Budget submitted by LCSO to Lee County Board of Commissioners on June 8, 2021 |
| Proposed FY 19-20 Budget:<br><br>**$ 192,313,441.00**<br>(3.2% increase over adopted FY18-19 Budget) | Proposed FY 20-21 Budget:<br><br>**$ 197,855,246.00**<br>(2.8% increase over adopted FY19-20 Budget) | Proposed FY 21-22 Budget:<br><br>**$ 214,297,974.00**<br>(8.3% increase over adopted FY20-21 Budget) |

6.      As of March 31, 2021, the LCSO employed 1606 total employees (1099 certified law enforcement officers and 507 non-certified employees).   LCSO's proposed budget for FY 21-22 sought an increase for staffing to a total of 1617 positions, of which 1,112 were projected to be certified personnel assigned to Law Enforcement, Corrections and Court Services.   Under Florida law, law enforcement officers are required to meet the criteria of Section 943.13, Florida Statutes to be eligible for employment and continued employment with the LCSO in certified positions. With limited exceptions, one of the statutory criterions for employment as a certified law enforcement officer is to have completed a basic recruit training program for the applicable criminal justice discipline as approved by the Criminal Justice Standards and Training Commission.

7.      During the recent period of 2019 through 2022 and under the direction of John Holloway through my chain of command, I helped analyze the ongoing operations of the LCSO, including its annual authorized operational budgets from Lee County, and the staffing of the various departments within the Support Services Bureau to determine whether the levels of supervisors, managers and directors were appropriate for the departmental missions and objectives, and within the authorizations of the adopted fiscal year budgets.   Throughout this four-year period, my analysis of the operational needs of the LCSO was a continuous effort, as the LCSO faced the economic and operational impacts of the COVID-19 pandemic, substantial increases in operational costs for inmate health care (up from $9.8 million in FY 2018 to $12.08 million in FY 2020) and self-funded Health Plan costs (requiring a $4.5 million supplemental contribution from the adopted budget in FY 20/21 to maintain required self-insurance certification), and substantial increases in agency contributions to the Florida Retirement System ("FRS"), with retirement contributions increasing from $16.9 million in FY 17-18 to $18.9 million in FY 20-21.

8.      The LCSO sought to manage these impacts while factoring in considerable changes in its staffing for certified and non-certified personnel.  During this four-year period, many LCSO employees elected to voluntarily leave their employment with the LCSO to retire with the FRS or to undertake new employment opportunities elsewhere.  When such staffing changes occurred within the Support Services Bureau, my analysis of staffing levels needed for operational efficiencies needed to be updated.

9.      Despite these increased operational expenses, Sheriff Marceno did not seek supplemental mid-year appropriations from the LCBCC in FY 19-20 or FY 2021, as is allowed by Florida law for operational emergencies.  Section 30.49(10), Florida Statutes.  In FY 2021 and FY 2022, increased operational expenses were balanced in part by developing greater efficiencies in staffing, including but not limited to eliminating those job classifications which were identified as being susceptible to elimination without impairing operational effectiveness.

10.     In calendar year 2019, the LCSO initiated an agency-wide reduction-in force ("2019 RIF") which resulted in job classification eliminations which were identified as being redundant and unnecessary for continued efficient operations.  On June 21, 2019, former Human Resources Director Dawn Heikkila sent out an e-mail to all LCSO personnel (copy attached as Exhibit 3), describing the 2019 RIF which identified 22 civilian positions which could be transferred elsewhere in the agency when the member in the position retired or transferred, with 17 of the empty positions then eliminated.  Dawn Heikkila's e-mail further noted that five of the twenty-two positions were occupied when the decision to eliminate the position was made, and the five incumbents were each offered the ability to transfer to other positions within the agency.  Finally, the 2019 RIF resulted in the elimination of the Public Services and Community Outreach Divisions, with those duties absorbed by a newly created Community Response Unit and Public

Information Office.   The 2019 RIF resulted in savings of over $2.7 million to the LCSO's operational budget for that fiscal year.

11.     In the fall of 2020 and due to increasing costs beyond the control of the LCSO, the Undersheriff asked me to help him further evaluate staffing within the Support Services Bureau to determine whether any of the operational departments were overstaffed, with a particular focus on management personnel.   My understanding from the Undersheriff is that he asked other senior administrators of the LCSO to do the same with their respective Bureaus. I focused my efforts on this analysis when, towards the end of 2020, I began to consider my own tentative plans to retire with the FRS in January, 2024 under the Deferred Retirement Option Program ("DROP").   When the Florida legislature revised the DROP Program in 2021, I altered my retirement plans to retire at a later date.  With this decision to delay my own retirement, I was available to take on additional management responsibilities in 2021 to help improve efficiencies within those Departments which I supervised.

12.     In helping the Undersheriff to assess the then-current staffing of departments within the Support Services Bureau in late 2020 and early 2021, I worked closely with Jill Jones, one of my direct reports whose job title in 2020 was Budget & Administrative Services Manager. Effective January 10, 2021, Jill Jones was promoted to Budget/Administration Director for the LCSO.  During 2020 and 2021, I directly supervised the work of Jill Jones.

13.     My analysis of staffing efficiencies within the Support Services Bureau was a regular part of my job responsibilities from early 2021 through the Fall of 2022.   In calendar year 2021, the Undersheriff asked me to look closely at the administrative staffing within certain Departments, including the Purchasing Department.  The Undersheriff's focus on the Purchasing Department in early 2021 was due in part to the fact that at the time, we employed both a Director

(i.e., Jenna Clark) and a Manager (i.e., Shannon Lehman) in this Department with only five additional Purchasing Agents, and he questioned me as to whether both positions were needed to operate the Purchasing Department. I ultimately analyzed that we did not need both a Director and a Manager to efficiently operate the Purchasing Department, and I shared this analysis with the Undersheriff early in the summer of 2021. This analysis included the fact that the Support Services Bureau recently had introduced a new administrative software system (called Tyler Technologies - Munis) that would eliminate many of the job tasks within departments that previously had been performed manually.

14.     After presenting multiple options for a reduction in force and reorganization of the Support Service Bureau to the Undersheriff in 2021, Sheriff Marceno approved operational changes to the organization which, in relevant part, eliminated several non-certified position classifications within the agency. As had occurred through the 2019 RIF, several positions were eliminated in FY 20/21 after incumbents in the positions elected to retire or resign, with the decision made to not hire a replacement for the departing incumbent in the position, but to have any needed responsibilities for the vacated positions assumed by others. As also occurred with the 2019 RIF, those occupying non-certified job classifications which were identified for elimination in 2021 were afforded opportunities to transfer to any other open positions within the LCSO for which they were qualified, or they could resign. Whether employees elected to retire with the FRS after resigning their employment with the LCSO was a personal decision arranged between the employee and the FRS. In 2021, the LCSO employed a designated employee within the Human Resource Department to assist employees with decisions regarding electing retirement with the FRS.

6

15.    In FY 20/21 and FY 21/22, the non-certified positions which Sheriff Marceno elected to not fill with others who had elected to resign included the positions of Senior Services Coordinator (vacated after the retirement of Jami Bartz on January 31, 2021), Secretary of Traffic (vacated after the retirement of Marsha Sprankel on February 28, 2021), Communications Manager (vacated after Anthony Ramsey resigned on October 14, 2021), and Community Liaison (vacated after Amy DellAquilla resigned on October 11, 2021).

16.    In 2021, the Undersheriff informed me through separate communications that Sheriff Marceno had decided to eliminate the positions of Purchasing Director and later, the Director of Fleet Management.   I learned from the Undersheriff about the Sheriff's decision to eliminate the Purchasing Director's position in mid-August, 2021.   At that time, Jenna Clark occupied the position, and Clark's staff included Purchasing Manager Shannon Lehman, and five (5) full-time Purchasing Agents.  The job description of the Purchasing Director position in effect prior to the elimination of the Purchasing Director classification on September 4, 2021 is attached as Exhibit 4.

17.    With the elimination of the Director of Purchasing position effective September 4, 2021, Purchasing Manager Shannon Lehman (age 54 as of September 4, 2021) became the administrative leader of the Purchasing Department, and both Shannon and I absorbed parts of Clark's former responsibilities as Director.

18.    The job description of the Purchasing Manager position in effect prior to the elimination of the Purchasing Director classification on September 4, 2021 is attached as Exhibit 5.  As Purchasing Manager, Shannon Lehman directly supervised and created annual performance evaluations for the five (5) Purchasing Agents who worked in the Department as of September 4, 2021.  As of September 4, 2021, these five Purchasing Agents included Christine Cross (age 49),

Brenda Hector (age 57), Gwen Legler (age 56), Daysi Castillo (age 45) and Danielle DePonto (age 39). Effective November 27, 2022, Christine Cross transferred to the CORE Facility in the LCSO's Corrections Bureau. Following her transfer from the Purchasing Department, I elected to not backfill Christine Cross's vacated position. In 2023, Gwen Legler transferred from the Purchasing Department to work in Youth Services of the LCSO, and Heather Elwell transferred into the Purchasing Department to take Gwen Legler's position. To the present date, Shannon Lehman and these four (4) Purchasing Agents remain employed and currently staff the LCSO's Purchasing Department. Gwen Legler also remains currently employed in Youth Services.

19.    After learning of the Sheriff's decision to eliminate the Director of Purchasing position, on August 20, 2021 Human Resources Director Dawn Heikkila prepared written correspondence to Jenna Clark to formally inform Clark of the Sheriff's decision. Dawn Heikkila's letter was prepared and mailed to Jenna Clark on August 20, 2021, and a copy of this letter is attached as Exhibit 6. Looking at the original Word document which created this letter and notwithstanding its stated date of August 15, 2021, the document's metadata reflects that the notice letter to Jenna Clark was created by Dawn Heikkila on August 20, 2021 and from my discussions with Dawn, she confirmed to me that she mailed the letter to Jenna Clark that same date. As of August 20, 2021, Dawn Heikkila was 53 years of age. Dawn voluntarily left her employment with the LCSO on June 30, 2023, and her vacant position as Director of Human Resources has not been filled.

20.    With knowledge that the Sheriff had approved the elimination of the Purchasing Director position and since I wanted to personally notify Clark of the Sheriff's decision before Jenna received the letter from Dawn Heikkila, I contacted Jenna Clark by telephone on the morning of August 21, 2021 to inform her of the Sheriff's decision, since she was on an approved leave of

absence at the time recovering from a medical procedure.  When I notified Jenna Clark of the Sheriff's decision to eliminate her position effective September 4, 2021, I encouraged Clark to contact Dawn Heikkila the following Monday (i.e., August 23, 2021) to address questions she may have regarding her available options and benefits.

21.     I later learned from Dawn Heikkila that Clark had indeed contacted Dawn Heikkila as I had encouraged Clark to do, and I learned from Heikkila that she and Clark had discussed over the telephone on August 23, 2021 her available options and the open positions at the LCSO which were available for Clark to apply for if she wished to do so.  The call lasted 40 minutes on the morning of August 23, 2021 (see Exhibit 8, attached, which are invoices for the telephone records regarding Jenna Clark's agency issued cell phone).

22.     I also learned later from Dawn Heikkila that Clark elected to resign her employment and retire with the FRS, effective September 4, 2021, after inquiring about but electing to not make application for a transfer to an available civilian position as a Communications Call Taker which was one of the few open civilian positions available for her to apply for at that time.  Clark's decision to resign and retire with the FRS was not surprising to me, since had she successfully elected the option to apply for a Communications Call Taker position and transfer to that position, she would have taken greater than a 50% decrease in her salary and under LCSO policies, she would have lost the value of significant accrued Personal Time Off ("PTO") and vacation leave benefits that would have been available to her at the new lower rate of pay  rather than at the effective hourly rate of her job as Purchasing Director.   The policies regarding the payout of accrued PTO and vacation benefits are set forth in the LCSO's Operations Manual, Chapter 22.2, which is made available to all active LCSO employees during their employment with the agency. A copy of Chapter 22.2, LCSO Operations Manual is attached as Exhibit 7.

23.     At the time Sheriff Marceno eliminated the position of Director of Fleet Management, James Jones occupied the position. In lieu of leaving his employment with the LCSO, James Jones elected to transfer to a lower paying position of Fleet Services Specialist, effective November 4, 2021.   James Jones currently remains employed by the LCSO as a Fleet Services Specialist.   In eliminating the Director of Fleet Management position and transferring James Jones, Sheriff Marceno restructured the administrative staffing in that Department, placing the administrative leadership of the Fleet Department in the hands of Captain Jeremiah Marcotte.

24.     In August 2021, Sheriff Marceno also approved the elimination of a secretarial position held by Tammy Rhodes in the Communications Department.  With this job elimination, Tammy Rhodes transferred to an Administrative Assistant position in the Corrections Bureau, and she continues her employment with the LCSO to the present date.   Tammy Rhodes was 51 years of age in August 2021 when she transferred to the Corrections Bureau.

25.     Also, in August, 2021, Sheriff Marceno approved the elimination of Karen Ciofani's position as Communications Director, changing her title to Administrator and transferring and promoting Fred Janke to the rank of Captain to lead that Department. At the time of this title change and position elimination, Karen Ciofani was 50 years old.  Karen Ciofani remained employed as the LCSO's Communications Administrator until May 2, 2023, when she transferred to the Legal Services Bureau as the Litigation Services Administrator.   Karen Ciofani remains employed with the LCSO as of this date.

26.     In analyzing staffing efficiencies during 2021, my principal focus was on the operational mission of each Support Services Department, what work was needed to accomplish the mission and what staffing levels were needed to accomplish the mission.  The analysis did not use factors such as the staff members' age or years of service with the agency.   The ages of non-

certified employees affected by the 2021 RIF and those who transferred as shown above have been gathered from their respective personnel records to underscore the fact that the ages of LCSO employees had no relevance to my analysis of whether a particular department was overstaffed.

I HEREBY CERTIFY that I have read each of the statements set forth in this Affidavit, consisting of eleven (11) pages, and I affirm that the statements made are true and correct based upon my own personal knowledge, and the documents referenced are all true and complete copies of records kept by the LCSO in its ordinary course of business.

1/19/2024
_____
Date

_____
ANNMARIE RENO

STATE OF FLORIDA                    }
COUNTY OF LEE                       }

SWORN AND SUBSCRIBED before me, the undersigned authority, this 19th day of January 2024, by ANNMARIE RENO, ☒ who is personally known to me or ☐ who produced _____ as identification and who, being duly sworn by me, states and affirms that the statements set forth in this affidavit are true and correct based upon her personal knowledge.

SHELLEY TRAURIG
Commission # GG 943723
Expires January 31, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Seal / Stamp

_____
Notary Public, State of Florida

Shelley Traurig

11

# EXHIBIT 1

**Lee County Sheriff's Office
Job Description with Cover Sheet**

|  |  |
|---|---|
| **Job Title:** | Executive Director Support Services |
| **Job Classification:** | DSS-C18E |
| **Bureau:** | Support Services Bur |
| **Salary Range:** | $105,000 - $156,500 |
| **Pay Grade:** | C18E |
| **This Position Supervises the Following Positions:** | Human Resources Director
Budget Manager
Finance Director
Fleet Administrator
Software Support & Development Administrator
IT Technology Administrator
Planning & Research Director
Purchasing Director
Facilities Director |
| **Position Reports To:** | Undersheriff |
| **Exempt:** | Yes |
| **Sworn:** | No |
| **General Description of Duties:** | The Executive Director of Support Services is under the direct supervision of the Chief. The Executive Director must have the ability to establish and maintain effective working relationships with agency employees, elected officials and members of the public. The Executive Director must also be able to facilitate productive working relationships between agency departments. |

This position is a complex administrative role requiring the member to work independently while using his/her professional expertise and making sound judgement calls. The Executive Director frequently represents Lee County Sheriff's Office in the community and for professional matters.

Examples of duties:
Guiding management in the development of policies, short and long range plans and strategies necessary to achieve agency goals and objectives; reviewing policies, procedures and performance measures to ensure maximum use of resources; providing direction and motivating subordinates to meet goals and objectives; working directly with Department Commanders and the Sheriff regarding fiscal, legal and community matters;

LCSO/Clark
DEF001191

**POSITION:  Executive Director Support Services**

| ID | Statement | Performance Standard |
|---|---|---|
| | | exercising considerable independent initiative and using sound judgement when making decisions and recommending courses of action to Department Commanders and the Sheriff; reviewing agency policies and procedures to ensure maximum operational efficiency; serving as a liaison to community, business and professional organizations while representing the Sheriff; performing other duties as assigned. |
| | | Required work experience: |
| | | The Executive Director of Support Services must have extensive professional experience identifying the needs of an organization, analyzing information and developing strategies to ensure efficiency. The Executive Director must also have extensive experience conveying and implementing new ideas and plans of action to better the agency. |

**Educational Requirements:** Master's Degree OR Bachelor's Degree with six (6) years Business Experience

**Work Experience Requirements:** See Above

**Required Certifications and/or Qualifications:** Positive public relations skills

Research & Writing skills are mandatory

Time management skills

Strong interpersonal skills

Strong team-work, problem-solving and leadership, and communication skills

Ability to organize and coordinate work efficiently

Knowledge of overall agency functions

Must be self-motivated

| | | | |
|---|---|---|---|
| **Reviewed By:** | RENO, ANNMARIE S | **Review Date:** | 10/1/2020 |
| **Approved By:** | Holloway, John | **Date Approved:** | 10/1/2020 |
| **Notes:** | | | |

**LCSO/Clark**
**DEF001192**

**POSITION:** Executive Director Support Services

| ID | Statement | Performance Standard |
|---|---|---|
| **TASK** | | |
| AC1667 | Maintain financial records | The employee will maintain accurate and timely records of monies expended/received as required, and will provide accurate receipts of all deposits and expenses as appropriate in accordance with agency policies/procedures. |
| AC1672 | Assist in preparation of budget estimates | The employee will provide assistance as required in the preparation of budget estimates and will accurately review encumbrances as to the availability of funds. |
| AC1705 | Maintain computerized financial systems | The employee assists in analyzing and/or auditing changes and additions for all computerized financial systems utilized by the agency to ensure that they fully meet the needs of the organization. |
| AC1706 | Generate budgetary status report | On a monthly basis, the employee will generate an accurate status report containing the initial appropriation for each account, balances at the commencement of the respective month, expenditures and encumbrances made during the respective month and the unencumbered balance. |
| AC1714 | Analyze entries and transactions | The employee conducts analysis of entries and transactions having impact on the financial statements for accuracy and, where necessary, generates the appropriate correcting accrual or adjusting entries in a timely manner. |
| AC1716 | Monitor financial data and events | The employee monitors actual financial data and/or events including revenues, expenditures and fund balances for sufficiency and propriety of funding, and major compliance. Deficiencies are promptly and properly corrected. |
| AC1718 | Coordinate fiscal operating needs | The employee coordinates with Fiscal regarding fiscal operating needs of their respective work area. |
| AD1362b | Develop, implement, evaluate and control budget management systems | The employee develops, implements, evaluates, and controls the budget management systems to maximize fiduciary efficiency, record keeping, and responsibility. |
| AD1371b | Develop audit programs | The employee will accurately develop specific audit programs which conform to the minimum standards of the American Institute of Certified Public Accountants and the Institute of Internal Auditors as appropriate and consistent with agency policies and procedures. |
| AD1381 | Guide management in development of policies | Guide management in the development of policies, short and long range plans, and strategies necessary to achieve agreed upon objectives. |
| AD1386 | Reviews operational and management studies | The employee reviews operational and management studies to determine legal effect. |

LCSO/Clark
DEF001193

**POSITION:  Executive Director Support Services**

| ID | Statement | Performance Standard |
|---|---|---|
| AD1387 | Serves as liaison to community, business & professional organizations | The employee serves as liaison to the legal community, business and professional organizations representing the Sheriff. |
| ALL1000 | Complete assignments as directed | The employee will successfully complete all assignments as directed and within the specified time frame in accordance with agency policies |
| ALL1002 | Participate in meetings/training | As applicable, the employee actively participates in meetings, training, testing, education, and/or activities as directed and in accordance with established agency policies/procedures, and disseminates information received to agency members as appropriate |
| ALL1003 | Complete, update, submit required reports/documents/forms | The employee will ensure all required reports are thoroughly and accurately completed, updated, and submitted to the appropriate authority/personnel in a timely manner; double check all work to assure it is accurate; maintain required documentation for the accreditation process |
| CM1509 | Utilize resources. | The employee locates appropriate resource materials, including as applicable, Plat maps, computer applications/databases, phone books, grid books and other appropriate sources/documents within a reasonable amount of time and provides inquiring person correct information in accordance with agency policies. |
| GS1135d | Research, develop, and publish annual reports | The employee meets the specified performance criteria. |
| GS1186 | Act as Liaison between LCSO and the community leaders, organizations and the media | The employee meets the specified performance criteria. |
| LA7510 | Liaison with intra/inter agency personnel | The employee will initiate, develop and maintain channels of communications and work effectively with inter/intra agency personnel in order to achieve objectives and goals and better serve the needs of the agency and/or community and confers and corresponds with retained counsel and insurance fund and support staff concerning pending cases including discovery and case management coordination. |
| LE5092 | Develop rapport with community inhabitants | The officer will make daily contact with community inhabitants in order to encourage citizen participation in eradicating crime from the community consistent with agency policies. |

**LCSO/Clark
DEF001194**

**POSITION:  Executive Director Support Services**

| ID | Statement | Performance Standard |
|---|---|---|
| QA6020 | Research, develop, update quality assurance compliance criteria and directives | The employee effectively researches, develops, and updates QA criteria and directives in response to applicable regulatory bodies including but not limited to agency policies, accreditation standards, OSHA regulations, ADA, Family Leave Act, Infectious Disease Control regulations, Workers Compensation, FMJS, and all other applicable state and federal statutes. |
| RP1904 | Analyze project needs and available resources | The employee will analyze the project needs in terms of personnel, equipment, software and funding requirements and compare the needs to the available resources. |
| RP1910 | Develop procedural plans for project implementation | The employee will develop effective procedural plans for project implementation in consideration of all project constraints and requirements. |
| RP1926 | Develop and monitor project/product implementation time line | The employee will assess all required information and develop and monitor an efficient time line for project or product development and implementation. |
| SO5615 | Develop/update operational plans/procedures | The employee develops and or updates sound operational plans and/or procedures in order to achieve mission objectives and goals in a safe, efficient, and successful manner. |
| SO5621 | Research and develop new tactics and strategies | The team leader or member researches and develops new or improved strategies and tactics to optimize safety and operational success. |
| SP7001a | Conduct/Supervise Employee Performance Evaluations | The employee conducts special, probationary, annual and other required evaluations to assess subordinates performance and plan performance improvement strategies.  As applicable, this also includes members of outside agencies assigned to the supervisory employee. Employee also solicits or provides information/input regarding subordinate employee performance as requested.  Evaluations are conducted according to agency evaluation schedule, guidelines and policies and if applicable, includes a career counseling session with the employee. |
| SP7003 | Assist superiors in making decisions on issues where no guidelines or policy exists | The employee will research and analyze the issue / problem at hand and provide superiors with valid and defensible information / data in oral or written format as requested, in order to assist in arriving at the most appropriate decision consistent with agency mission, goals and the law. |
| SP7009 | Motivate staff, fellow employees, volunteers, and/or explorers | The employee directs, modifies, and controls/encourages employee behaviors to achieve the stated goals and fulfill the mission of the agency. |

LCSO/Clark
DEF001195

**POSITION:  Executive Director Support Services**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7026 | Recommend changes in working conditions/programs/procedures for improved efficiency | The employee will monitor and recommend changes in working conditions, programs, and/or procedures to improve efficiency and productivity and forward any such recommendations to supervisor |
| SP7056L | Review subordinates'/supervisors' reports | The employee will thoroughly review reports submitted by subordinates and/or supervisors and appropriately respond to any issues requiring attention or action. |
| SP7101 | Review personnel evaluations of staff/subordinates | The employee reviews all applicable personnel evaluations in accordance with agency policies to ensure that evaluations are comprehensive, fair and impartial, timely, and accurately reflects job employee performance. |
| SP7102c | Recommend/develop policies/procedures/standards/directives | The employee will recommend and develop new/revised policies, procedures/directives and/or standards to ensure the reliability, integrity and operational effectiveness of the affected area of responsibility. |
| SP7107 | Manage operational functions of section /division /department. | The employee will ensure that the operational viability of the section /department / division is at optimum operating efficiency at all times in terms of manpower, supervision, and equipment, in accordance with agency policies. |
| SP7111a | Prepare workload assessment and/or develop goals/objectives | The employee will prepare an accurate and comprehensive workload assessment as required, and will develop corresponding goals and objectives that are designed to help ensure that the unit/section/division's department operation's mission will be successfully attained in a timely manner and in accordance with agency policies/procedures and applicable state and/or federal rules/regulations. |
| VAS1806 | Coordinate analysis of needs and resources | On a biennial basis or as otherwise needed or directed, the employee will coordinate a comprehensive analysis of victim/witness assistance needs and available services within the agency's service area. |

**POLICY**

| ID | Statement | Performance Standard |
|---|---|---|
| PL1 | Accepts supervision and direction | The employee responds to supervision, guidance and direction of superiors in a positive, receptive manner and in accordance with agency policies and legal professional code of ethics. |
| PL18 | Abide by Code of Ethics | The employee will conduct himself/herself in an ethical and professional manner, abiding by the established code of ethics as stipulated in the General Orders, LCSO Operations Manual, and Corrections Bureau Policy, Procedure Manuals and Florida Bar |

**LCSO/Clark**
**DEF001196**

**POSITION:  Executive Director Support Services**

| ID | Statement | Performance Standard |
|---|---|---|
| PL19 | Leave and Attendance | The employee will follow all leave and attendance related policies/procedures, including, but not limited to submission of vacation and personal requests, notification to supervisor regarding absence from work due to illness or untimely incidents |
| PL2 | Grooming and dress | The employee will be appropriately groomed and attired so as to present a professional image in accordance with the agency policies and procedures |
| PL3 | Observes work hours | The employee is to be at his/her designated work location at or prior to the scheduled beginning of the shift and performs the appropriate duties until the end of the shift. If applicable, the employee also is available "on-call" after hours, responding to "on-call" requests in a timely manner consistent with agency policies/procedures |
| PL4 | Contact with public | The employee demonstrates a polite, helpful, courteous, proud, productive and professional image when engaged in his/her assigned duties with the public, consistent with agency policy |
| PL500 | Attendance | The employee will follow all attendance related policies/procedures, including, but not limited to submission of vacation and personal requests, notification to supervisor regarding absence from work due to illness or untimely incidents. |
| PL501 | Rules and Regulations | The member follows the Rules and Regulation which is a set of specific requirements or specific limitations; to which all employees must adhere. |
| PL8 | Human diversity awareness | The employee demonstrates an understanding, consideration and respect of cultural, religious and gender differences when interacting with the public, students, colleagues, inmates and co-workers |

**PROFICIENCY**

| ID | Statement | Performance Standard |
|---|---|---|
| PR 52 | Consultation with Agency Members | The employee possesses the ability and knowledge to consult with LCSO staff, including criminal detectives, administration, and Internal Affairs personnel, as needed for criminal or administrative polygraph testing. |
| PR124 | Financial management skills | The employee demonstrates and initiates sound financial management actions to correct any identified shortfalls. |
| PR127 | Knowledge and ability to perform tasks | The employee demonstrates sufficient knowledge of all tasks performed by personnel and has the ability to apply this knowledge to train new personnel and/or personally perform the subordinate's tasks when necessary. |

**LCSO/Clark
DEF001197**

**POSITION:   Executive Director Support Services**

| ID | Statement | Performance Standard |
|---|---|---|
| PR150 | Public relations skills | The employee is able to promote, gain and maintain the community's/other agencies' support for agency involvement in various programs, directives, initiatives and perspectives on specified issues. |
| PR151 | Organizational Skills | The employee demonstrates adequate abilities in developing and revising organizational workflow utilizing established organizational development models, tools and techniques to optimize output and achieve the identified goals and objectives |
| PR151a | Ability to multi task | Employee displays the ability to perform multiple tasks simultaneously |
| PR152 | Planning and scheduling skills | The employee efficiently utilizes established planning and scheduling procedures, tools and techniques in order to establish procedures, milestones and time lines for project accomplishment consistent with goal achievement. |
| PR18 | Computer/software/office equipment skills/knowledge | The employee demonstrates a strong knowledge and skill in the use of office equipment and/or computer peripherals, including as applicable: Microsoft Office, Excel, Word, PowerPoint, Adobe Acrobat Writer, specialized computer program software/systems, printer, copier and any other equipment required to perform position tasks |
| PR181 | Ability to conceptualize and implement new programs | The employee demonstrates the ability to develop and implement new and innovative programs/projects of benefit to the agency and the citizens it serves. |
| PR19 | Human resource management skills | The employee effectively manages, directs and develops personnel resources in order to achieve the desired objectives, goals and mission of the agency. |
| PR20 | Time management skills | The employee efficiently organizes, prioritizes, schedules and manages daily work activities, tasks and special assignments. The employee should demonstrate the ability to work independently with limited supervision |
| PR21a | Leadership skills | The employee demonstrates the appropriate combination of supportive behaviors in order to accomplish the desired objectives and goals. |
| PR21b | Motivational skills | The employee is able to utilize employee behaviors in order to achieve goals and objectives in a team-oriented environment |
| PR23 | Inter-personal skills | The employee demonstrates and promotes congenial, respectful and productive behaviors and positive attitudes toward teamwork and toward others in working relationships and situations |

**LCSO/Clark
DEF001198**

**POSITION:  Executive Director Support Services**

| ID | Statement | Performance Standard |
|---|---|---|
| PR26 | Budget management skills | The employee effectively utilizes and manages assigned budgets within the imposed fiscal constraints / requirements. |
| PR31 | Problem solving | The employee has the ability to look beyond surface issues to identify, analyze and handle problems with very little supervisory intervention and develop effective responses and solutions to resolve such problems |
| PR502 | Judgment/Decision Making | The employee demonstrates an adequate ability to make good judgment calls and decisions on his/her own with little supervision. |
| PR57 | Knowledge of organizational structure | The employee is able to describe in detail the organizational structure and function of all agency units/departments/bureaus |
| PR98 | Ability to establish and maintain cooperative working relationships | The employee will establish and maintain cooperative working relationships with internal agency and/or external agency personnel as appropriate to enhance their job related productivity and project a positive image on the Department |

**PHYSICAL/COGNITIVE ABILITIES**

| | | |
|---|---|---|
| PHY09 | Standing ability | The employee is able to remain on both feet while in an upright position without moving, ranging from minutes to several hours at a time if necessary |
| PHY10 | Walking ability | The employee is able to move about on foot over long distances to perform various task duties. The walking speed varies between 1 and 3 miles per hour. Walking surfaces include asphalt, concrete, rock, wood, grass, carpet, tile and stone. |
| PHY14a | Lifting ability (light) | Raising objects in an upward movement, or moving objects from position to position at the same level. The weight of the object being lifted or moved is described as light (up to 25lbs). The vertical lifting requirement ranges between 12 and 36 inches. |
| PHY18 | Verbal communication ability | Ability to express/convey directions, instructions, information orally in a clear manner. Ability to communicate verbally within a wide decibel range from whispers to loud sounds. This is a critical requirement with regard to command and control type tasks, and important with regard to working with others on a day-to-day basis in a team-oriented setting. |
| PHY19 | Written communications ability | Ability to express ideas, instructions, directions, details, diagrams, and narratives in written form. Must be able to write in a clear manner. This is important for report/correspondence/documentation related tasks. |

**LCSO/Clark
DEF001199**

**POSITION:  Executive Director Support Services**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY30 | Internal Work Environment | Work performed in an internal environment, i.e. office, vehicle, etc… Employee must possess the ability to move between floors of multi-level facilities, either individually or in a group, through the use of elevators, escalators, stairs or ramps. |
| PHY31 | External Work Environment | Work performed in an external environment and the ability to tolerate inclement weather including heat, humidity, rain, cold, fog. May lead to possible exposure to hazardous materials and conditions; toxic conditions, fumes, odors, noise, vibration, dust, confined areas, and animal/human waste. |
| PHY41 | Reasoning ability | The ability to formulate rational plans, ideas, inferences, and judgments based on logic, fact, knowledge, end experience. |

LCSO/Clark
DEF001200

**POSITION:   Executive Director Support Services**

| ID | Statement | Performance Standard |
|----|-----------|---------------------|

Notes, Comments or Additional Performance Measures to be added:

SUBJECT MATTER EXPERT APPROVAL

Annmarie Fiero _____ 12/3/2020
PRINT NAME          SIGNATURE          DATE

_____    _____    _____
PRINT NAME          SIGNATURE          DATE

_____    _____    _____
PRINT NAME          SIGNATURE          DATE

SUPERVISORY APPROVAL

U.S. John Holloway _____ 12/3/2020
PRINT NAME          SIGNATURE          DATE

LCSO/Clark
DEF001201

# EXHIBIT 2



SHERIFF CARMINE MARCENO





Sheriff Carmine Marceno, November 11, 2021



THE CITIZENS OF LEE COUNTY

SHERIFF
CARMINE MARCENO

Undersheriff
John Holloway

Major
Chris Lalor



Sheriff Carmine Marceno December 8, 2020

**The Citizens of Lee County**

**Sheriff Carmine Marceno**

Undersheriff John Holloway

Commander Chris Lalor

# EXHIBIT 3

**From:** Heikkila, Dawn < ██████████ >
**Sent:** Friday, June 21, 2019 1:10 PM EDT
**To:** All Users <AllUsers@sheriffleefl.org>
**Subject:** Re: Recent Developments

Good Afternoon LCSO Employees,

As you know, the Lee County Sheriff's Office has recently absorbed substantial additional expenses and obligations, resulting from burdens placed on the agency by statute and state administrative actions.  Unlike expenses the agency incurred through increases in members' pay and benefits, these additional expenses are for the most part outside the agency's control.  A few of these significant increased expenses are:

- Additional SROs in schools (required by state legislation);
- Increased employer pension rates (set by FRS);
- Increased LCSO Health Plan costs (caused by the ever increasing number of covered retirees, employees and dependents, and healthcare cost inflation);
- Increased inmate medical expenses (caused by the increased rate of illness and increased age of the inmate population, and healthcare cost inflation).

The agency reviewed every aspect of its operations with the goals of continuing to improve pay and benefits for agency members; providing additional deputies on the streets and in the schools; and updating and acquiring modern technological capabilities necessary for deputies' safety and agency effectiveness.  This review identified twenty-two civilian positions with duties that could be transferred elsewhere in the agency when the member in the position retired or transferred.  Seventeen of these empty positions were eliminated.  Five of these positions were occupied and when the decision was made to do away with the position, the members were offered employment opportunities elsewhere in the agency. Additionally, the Public Services and Community Outreach Divisions have been eliminated and those duties have been absorbed in the new Community Response Unit and Public Information Office.

Absorbing the duties of these positions elsewhere in the agency – along with other improvements in our policies and practices - have saved the Sheriff's office over $2.7 million. There are no further changes in staffing expected - these savings will allow the Sheriff to continue to increase salaries and benefits, while meeting the additional demands placed on the agency that are outside our control.

Respectfully,
Dawn



**Dawn Heikkila, Director**

Lee County Sheriff's Office
Desk: ██████████

www.sheriffleefl.org

*** CONFIDENTIAL MESSAGE ***
[illegible fine print confidentiality notice]

# EXHIBIT 4

# Lee County Sheriff's Office
# Job Description with Cover Sheet

|  |  |
|---|---|
| **Job Title:** | Purchasing Director |
| **Job Classification:** | PD-C16E |
| **Bureau:** | Civilian Operations Bureau |
| **Salary Range:** | $60,000 - $110,000 |
| **Pay Grade:** | C16E |
| **This Position Supervises the Following Positions:** | Purchasing Manager Purchasing Agent |
| **Position Reports To:** | Executive Director Support Services |
| **Exempt:** | Yes |
| **Sworn:** | No |
| **General Description of Duties:** | This position involves responsible supervisory, administrative and operational duties specific to the position. The Director researches and prepares various reports, composes and constructs policy, procedure and directives, budget for component. |
|  | Equipment used: Cell phone/pool car/computer/I-Pad/copiers/printer. |
|  | Physical Attributes: Drive vehicle, sit stand,(manual dexterity and ambulate independently. |
|  | Education Requirements: Experience and/or certification in Purchasing/warehouse. |
|  | Work Experience Requirements: Prior purchasing experience in law enforcement is preferred but not required.  Minimum 5 years experience in all facets of Gov/Law Enforcement Purchasing. |
| **Educational Requirements:** |  |
| **Work Experience Requirements:** |  |
| **Required Certifications and/or Qualifications:** | Positive public relations skills |
|  | Strong team-work, problem-solving and leadership, and communication skills |
|  | Thorough ability to make decisions |
|  | Possess strong organizational and management skills |
|  | Effectively communicate & motivate staff and fellow employees |

LCSO/Clark
DEF004524

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|----|-----------|---------------------|
|    |           | Experience and a strong working knowledge in the areas of personnel/administrative law |
|    |           | experience & knowledge in the areas of recruitment, E.E.O.C., Affirmative Action, Health & Life Insurance, & Workers compensation purchasing |

|  |  |  |  |
|--|--|--|--|
| Reviewed By: | Clark, Jenna D | Review Date: | 4/16/2021 |
| Approved By: | RENO, ANNMARIE S | Date Approved: | 4/16/2021 |
| Notes: |  |  |  |

LCSO/Clark
DEF004525

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| **TASK** | | |
| AD1366a | Approve/review expenditures | The employee supervises/reviews all requests for purchases, ensuring that the purchases are valid and processed according to SOP.  The employee reviews and analyzes all bids, basing selection on cost, quality, delivery, and vendor location. |
| AD1367 | Verify and authorize payables | The employee supervises and/or reviews all payables to ensure that all required documentation is correctly processed and that the payments are valid. |
| AD1375 | Supervise purchasing function | The employee supervises the purchasing of products and services, ensuring compliance with all applicable statutes, rules, policies, and regulations |
| ALL1000 | Complete assignments as directed | The employee will successfully complete all assignments as directed and within the specified time frame in accordance with agency policies |
| ALL1001 | Maintain work areas | The employee ensures that his/her work area is clean, organized, safe and presentable in accordance with agency policies and procedures |
| ALL1002 | Participate in meetings/training | As applicable, the employee actively participates in meetings, training, testing, education, and/or activities as directed and in accordance with established agency policies/procedures, and disseminates information received to agency members as appropriate |
| ALL1003 | Complete, update, submit required reports/documents/forms | The employee will ensure all required reports are thoroughly and accurately completed, updated, and submitted to the appropriate authority/personnel in a timely manner; double check all work to assure it is accurate; maintain required documentation for the accreditation process |
| ALL1005 | Complete and  review  time sheets | The employee ensures that his/her time sheet is accurate, up to date, completed and submitted to the appropriate personnel/department in a timely manner pursuant to agency policy |
| AM6005d | Oversees the timely compliance in providing appropriate proofs/documentation to Accreditation | The employee will ensure a timely compliance in providing appropriate proofs/documentation to Accreditation |
| GS1142d | Provide assistance/information to the public/agency members/other agency personnel | The employee provides accurate information/directions/assistance to the public, agency members and/or other agency personnel in a professional and courteous manner consistent with agency policies and in accordance with state and/or federal statutes |

LCSO/Clark
DEF004526

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PUR1305 | Conduct research for equipment/parts/supplies procurement. | Given the requirement to procure equipment, supplies, or parts, the employee will conduct adequate research in order to determine the optimum supplier in terms of price, quality, and delivery, in accordance with agency policy. |
| PUR1306d | Write purchase orders, contracts, bid specs | The employee writes purchase orders, invitations to bid, requests for proposals and contracts, ensuring they are complete, accurate and conform with applicable purchasing and agency rules and regulations. |
| PUR1307d | Maintain bid files | The employee will maintain all appropriate documentation pertaining to the bid process, including as appropriate, a copy of the bid specifications, copies of responses received, a listing of vendors that received copies of the bid and/or any other related documentation required.  The employee will ensure that all retained documentation is stored in a manner that facilitates ready retrieval as necessary. |
| SP7000 | Conduct progressive discipline within agency guidelines | The employee effectively modifies subordinate behavior within agency guidelines to achieve conformity with department job performance requirements and policy. |
| SP7001a | Conduct/Supervise Employee Performance Evaluations | The employee conducts special, probationary, annual and other required evaluations to assess subordinates performance and plan performance improvement strategies.  As applicable, this also includes members of outside agencies assigned to the supervisory employee.  Employee also solicits or provides information/input regarding subordinate employee performance as requested.  Evaluations are conducted according to agency evaluation schedule, guidelines and policies and if applicable, includes a career counseling session with the employee. |
| SP7003 | Assist superiors in making decisions on issues where no guidelines or policy exists | The employee will research and analyze the issue / problem at hand and provide superiors with valid and defensible information / data in oral or written format as requested, in order to assist in arriving at the most appropriate decision consistent with agency mission, goals and the law. |
| SP7004 | Review completed work assignments by employees for achievement of task and objectives | The employee will review completed work assignments products for accuracy and achievement of all objectives, providing the originator with appropriate feedback to encourage task completion according to desired specifications. |
| SP7007 | Resolve conflicts among personnel | The employee applies the appropriate techniques consistent with agency policies in order to successfully identify and resolve personnel conflicts without causing disruption to the effectiveness of the work area. |

**LCSO/Clark
DEF004527**

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7008 | Assign and direct subordinates | The employee will assign subordinates as applicable to tasks / projects based on ability and staffing resources. The employee will effectively direct assignments to ensure goal achievement is consistent with agency policies. |
| SP7009 | Motivate staff, fellow employees, volunteers, and/or explorers | The employee directs, modifies, and controls/encourages employee behaviors to achieve the stated goals and fulfill the mission of the agency. |
| SP7010 | Implement changes and new programs as directed | The employee efficiently and effectively implements changes and new programs exactly as directed by superiors within the time frame specified in accordance with agency policies. |
| SP7011 | Inform superiors of events and activities in progress | The employee will accumulate and disseminate accurate information addressing events or critical issues to higher authority without delay |
| SP7012 | Counsel employee(s) to improve work productivity | The employee resolves any performance problems through effective counseling consistent with agency policies in order to improve productivity. |
| SP7013 | Enforce health and safety regulations as required | The employee will ensure that their area of responsibility is in complete compliance with health and safety regulations in accordance with established agency policies, EPA, FMJS & FCAC requirements if applicable, OSHA regulations, HIPPA, Department of Health and any other applicable regulatory agencies |
| SP7018 | Demonstrate positive working relationship with colleagues and other units within the agency | The employee works effectively with other agency members and/or Cigna onsite health personnel in order to maximize work area output and services consistent with agency policies |
| SP7019 | Provide leadership on employee assignments | The employee applies appropriate combinations of supportive and directive behaviors towards employees in order to enhance goal attainment and foster positive morale. |
| SP7020 | Develop efficient document/records management/office filing systems | The employee maintains a system designed to facilitate efficient, secure and systematic document/file maintenance, storage and retrieval consistent with agency policies and all applicable laws. |
| SP7025 | Inform colleagues and/or staff of actions taken, decisions made and potential problems | The employee will ensure that continuity and operational efficiency is obtained through accurate timely dissemination of information consistent with agency policy and procedures |
| SP7026 | Recommend changes in working conditions/programs/procedures for improved efficiency | The employee will monitor and recommend changes in working conditions, programs, and/or procedures to improve efficiency and productivity and forward any such recommendations to supervisor |

LCSO/Clark
DEF004528

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7027 | Liaison with intra/inter agency personnel | The employee will initiate, develop and maintain channels of communications and work effectively with inter/intra agency personnel in order to achieve objectives and goals and better serve the needs of the agency and/or community. |
| SP7029b | Provide information to staff regarding law and policy changes | The employee will inform and explain to all staff both verbally and in writing any changes in procedure, policy, and laws immediately upon receipt of written directives or memos describing such changes. If applicable, the employee will request and receive written acknowledgement of any such changes from all staff members and will monitor their conformance with these changes to ensure compliance.  As applicable, all changes in policy, procedure, and laws will be posted in an area where they are visible to all staff members. |
| SP7036 | Develop/assist in development of budget request. | The employee will provide input and/or develop budget requests which provide for adequate expenditures and prioritize needs based upon an analysis of department/department objectives and job performance requirements consistent with agency policies, goals, and mission. |
| SP7046a | Make recommendations to superiors as to unit training needs and resolution | The employee will research training needs and make the appropriate recommendations to superiors and/or Cigna supervisors in order to resolve any current or potential performance deficiencies in accordance with agency policies and applicable state/federal statutes and/or regulations. |
| SP7046c | Train new staff | As applicable, the employee provides accurate and complete information and coaches employees in order to ensure task performance is to standard and in accordance with agency policies.  The employee procures or provides training for staff in compliance with section protocols and in compliance with all applicable local, state, and federal statutes and regulations.  The employee or a Field Training Officer will provide and document effective and timely remedial training as required to improve performance. |
| SP7046d | Provide remedial training | The employee or a field training officer will provide and document effective and timely remedial training as required by the immediate supervisor to improve performance. |
| SP7054 | Provide for proper application of delegated authority | The employee clearly accepts/delegates authority, ensuring that the empowered subordinate fully understands the associated duties and responsibilities to enable him/her to carry them out in accordance with agency policies and procedures. |

LCSO/Clark
DEF004529

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7056e | Review/approve time sheets and/or leave requests. | The designated employee or supervisor will review employee time sheets and/or leave requests for accuracy, reconciling inaccuracies and/or grant or refuse leave requests in accordance with agency policies and staffing levels.  If required, the employee will also maintain a calendar reflecting all employee leave approvals in an accurate and up to date manner. |
| SP7058b | Participate in hiring of personnel | The employee will properly develop/assist/participate in the seclection process to help identify the most appropriate and qualified individual for hiring. |
| SP7101 | Review personnel evaluations of staff/subordinates | The employee reviews all applicable personnel evaluations in accordance with agency policies to ensure that evaluations are comprehensive, fair and impartial, timely, and accurately reflects job employee performance. |
| SP7102a | Review and research policy, procedure, and/or legal issues | The employee will research and compare current policies and procedures with federal and state law and/or accreditation standards, identify any inconsistencies and recommend changes where applicable. |
| SP7102d | Monitor compliance of new and current policies, regulations, laws, and procedures as required | The employee ensures that all personnel are in compliance with and have knowledge of current or new policies, procedures, regulations, and laws pursuant to agency policy. |
| SP7105a | Perform budget management activities. | The employee will assist with efficiently managing fiscal resources through the rational assessment of departmental needs and established priorities in conjunction with determined expenditures and in accordance with agency policies. |
| SP7107 | Manage operational functions of section /division /department. | The employee will ensure that the operational viability of the section /department / division is at optimum operating efficiency at all times in terms of manpower, supervision, and equipment, in accordance with agency policies. |
| SP7111a | Prepare workload assessment and/or develop goals/objectives | The employee will prepare an accurate and comprehensive workload assessment as required, and will develop corresponding goals and objectives that are designed to help ensure that the unit/section/division's department operation's mission will be successfully attained in a timely manner and in accordance with agency policies/procedures and applicable state and/or federal rules/regulations. |

LCSO/Clark
DEF004530

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7112 | Recommend employee commendations | The employee will recognize outstanding subordinate performance that is well above and beyond expectations, constitutes an act of bravery, results in the saving of a life or any other qualifying act/behavior that reflects positively on the individual and/or the agency and will recommend appropriate commendation consistent with agency policies and procedures. |
| SP7201 | Attend staff/component meetings/briefings | The employee will attend staff meetings/component meetings or briefings as needed or required by agency policy and will brief and/or assign specific tasks to subordinate personnel for implementation within their respective work areas, and/or will meet with representatives from other work areas to facilitate improved communication and working relationships. |
| SP7203 | Perform work area inspections | The employee will carefully inspect their area of responsibility in accordance with agency policies/procedures and supervisory direction, noting deficiencies/security violations/safety violations and/or any other substandard situation and will immediately initiate corrective action measures as appropriate to correct the problem. |
| SP7204b | Assume operational control of division/shift/workarea during emergency | In the event of an emergency, or when otherwise instructed, the employee will assume immediate operational control of the division/shift/work area and will issue specific commands and direction to non certified staff to facilitate the restoration of order/completion of tasks in as timely a manner as possible to minimize/eliminate repercussions originating from the emergency situation. |
| SP7208 | Respond to personnel grievances/complaints | The employee will respond appropriately to personnel grievances/complaints in accordance with agency policies/procedures and in a timely manner.  Responses provided will be clear, concise and factual, supported by applicable policies/procedures and/or supervisory/legal staff instructions as appropriate. As directed/as needed and required. |

**POLICY**

| ID | Statement | Performance Standard |
|---|---|---|
| PL1 | Accepts supervision and direction | The employee responds to supervision, guidance and direction of superiors in a positive, receptive manner and in accordance with agency policies and legal professional code of ethics. |
| PL10 | Media relations | The employee adheres to the chain of command with regard to media releases/activities to ensure appropriate, uniform, and efficient media relations pursuant to Agency policy. |

LCSO/Clark
DEF004531

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PL18 | Abide by Code of Ethics | The employee will conduct himself/herself in an ethical and professional manner, abiding by the established code of ethics as stipulated in the General Orders, LCSO Operations Manual, and Corrections Bureau Policy, Procedure Manuals and Florida Bar |
| PL19 | Leave and Attendance | The employee displays reliable attendance. The employee follows all leave and attendance related policies/procedures, including, but not limited to submission of vacation and personal requests, notification to supervisor regarding absence from work due to illness or untimely incidents |
| PL2 | Grooming and dress | The employee will be appropriately groomed and attired so as to present a professional image in accordance with the agency policies and procedures |
| PL20 | Messaging return/follow-up | As applicable, the employee will check his/her assigned mailbox, telephone/electronic messages, e-mails and any designated bulletin boards according to the established schedule or designated frequency for each.  The employee will return any messages in a prompt and professional manner and will respond accurately and appropriately to any information contained on the bulletin board, received via mail, e-mail or newsletter |
| PL3 | Observes work hours | The employee is to be at his/her designated work location at or prior to the scheduled beginning of the shift and performs the appropriate duties until the end of the shift.  If applicable, the employee also is available "on-call" after hours, responding to "on-call" requests in a timely manner consistent with agency policies/procedures |
| PL4 | Contact with public | The employee demonstrates a polite, helpful, courteous, proud, productive and professional image when engaged in his/her assigned duties with the public, consistent with agency policy |
| PL5 | Operation and care of equipment | The employee properly inspects, operates and maintains equipment to manufacturers' specifications and/or within the specified parameters. If applicable, the employee checks to ensure all assigned safety equipment is present and operational, in accordance with agency policies.  Employee will report any discrepancies to the proper personnel |
| PL8 | Human diversity awareness | The employee demonstrates an understanding, consideration and respect of cultural, religious and gender differences when interacting with the public, students, colleagues, inmates and co-workers |

**PROFICIENCY**

LCSO/Clark
DEF004532

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PR1 | Officer safety | The employee is cognizant of and demonstrates appropriate officer safety guidelines/techniques at all times. |
| PR150 | Public relations skills | The employee is able to promote, gain and maintain the community's/other agencies' support for agency involvement in various programs, directives, initiatives and perspectives on specified issues. |
| PR151 | Organizational Skills | The employee demonstrates adequate abilities in developing and revising organizational workflow utilizing established organizational development models, tools and techniques to optimize output and achieve the identified goals and objectives |
| PR152 | Planning and scheduling skills | The employee efficiently utilizes established planning and scheduling procedures, tools and techniques in order to establish procedures, milestones and time lines for project accomplishment consistent with goal achievement. |
| PR19 | Human resource management skills | The employee effectively manages, directs and develops personnel resources in order to achieve the desired objectives, goals and mission of the agency. |
| PR20 | Time management skills | The employee efficiently organizes, prioritizes, schedules and manages daily work activities, tasks and special assignments. The employee should demonstrate the ability to work independently with limited supervision |
| PR21a | Leadership skills | The employee demonstrates the appropriate combination of supportive behaviors in order to accomplish the desired objectives and goals. |
| PR21b | Motivational skills | The employee is able to utilize employee behaviors in order to achieve goals and objectives in a team-oriented environment |
| PR23 | Inter-personal skills | The employee demonstrates and promotes congenial, respectful and productive behaviors and positive attitudes toward teamwork and toward others in working relationships and situations |
| PR26 | Budget management skills | The employee effectively utilizes and manages assigned budgets within the imposed fiscal constraints / requirements. |
| PR29 | General communications skills | The employee has the ability to express ideas and effectively communicate information verbally and in written form as well as the ability to process verbal information, physical cues and body language in order to effectively listen to individuals. Portrays good judgment skills when making decisions |

LCSO/Clark
DEF004533

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PR30 | Public speaking | The employee has the ability to speak before groups, articulate ideas and effectively communicate the stated objectives in a well planned, organized and clear manner. |
| PR31 | Problem solving | The employee has the ability to look beyond surface issues to identify, analyze and handle problems with very little supervisory intervention and develop effective responses and solutions to resolve such problems |
| PR4 | Verbal communications | The employee conveys verbal information in a clear, concise and intelligent manner |
| PR42 | Team building skills | The employee demonstrates a conscientious effort in achieving and contributing to organizational goals as compared with individual goals. Displays positive attitude about the agency |
| PR5 | Written communications | The employee's written communications are accurate, concise, legible, timely and grammatically correct |
| PR50 | Knowledge of personnel/administrative law | The employee has a working knowledge of personnel and administrative law and is able to qualify decisions/recommendations and follow procedure based on current legal statutes. |
| PR57 | Knowledge of organizational structure | The employee is able to describe in detail the organizational structure and function of all agency units/departments/bureaus |

**PHYSICAL/COGNITIVE ABILITIES**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY03 | Stooping ability | The employee is required to be able to bend the body downward and forward by bending the spine at the waist and requires full use of the lower extremities and back muscles. |
| PHY04 | Twisting ability | The employee is able to turn the body around to both the left and right at least 45 degrees from the waist; and turn the head around to both the left and right at least 45 degrees. |
| PHY05 | Kneeling ability | The employee is able to bend the left/right/both legs at the knee(s) to come to rest on either or both knees. |
| PHY08 | Reaching ability | Extending hand(s) and arm(s) fully or partially in any direction. The type of reaching occurs constantly or consistently and may require reaching overhead, from shoulder level, and below the waist. |
| PHY09 | Standing ability | The employee is able to remain on both feet while in an upright position without moving, ranging from minutes to several hours at a time if necessary |

LCSO/Clark
DEF004534

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY10 | Walking ability | The employee is able to move about on foot over long distances to perform various task duties. The walking speed varies between 1 and 3 miles per hour. Walking surfaces include asphalt, concrete, rock, wood, grass, carpet, tile and stone. |
| PHY12a | Pushing ability (medium) | Pressing hands and arms, or legs and feet, in a continuous effort against objects/persons to move the objects/persons away from the individual exerting the pushing force. The amount of pushing force is described as medium (25-50 pounds). |
| PHY13a | Pulling ability (medium) | Using hands and arms in a continuous motion to draw objects/persons toward the individual exerting the pulling force. The amount of force the employee must pull is described as medium (25-50 pounds). |
| PHY14a | Lifting ability (light) | Raising objects in an upward movement, or moving objects from position to position at the same level. The weight of the object being lifted or moved is described as light (up to 25lbs). The vertical lifting requirement ranges between 12 and 36 inches. |
| PHY16 | Dexterity (extremities) | Working with hands and arms to seize, hold, grasp, and turn objects. Ability to rotate and bend wrist. |
| PHY18 | Verbal communication ability | Ability to express/convey directions, instructions, information orally in a clear manner. Ability to communicate verbally within a wide decibel range from whispers to loud sounds. This is a critical requirement with regard to command and control type tasks, and important with regard to working with others on a day-to-day basis in a team-oriented setting. |
| PHY19 | Written communications ability | Ability to express ideas, instructions, directions, details, diagrams, and narratives in written form. Must be able to write in a clear manner. This is important for report/correspondence/documentation related tasks. |
| PHY20 | Hearing ability | Ability to perceive, isolate, extract, analyze, identify, locate source, and comprehend sound and voices within a wide decibel range, from whispers to loud noises. Ability to isolate and distinguish critical sounds/noise/oral communications from background noises. This is a critical ability with regards to officer safety requirements. |
| PHY24 | Mid-Range Vision ability | Clarity of vision (for both eyes) at distance more than 20 inches and less than 20 feet. |
| PHY29 | Sense of Smell ability | Ability to perceive, distinguish, and locate source of various smells and odors such as smoke, alcohol, toxic fumes. |

LCSO/Clark
DEF004535

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY30 | Internal Work Environment | Work performed in an internal environment, i.e. office, vehicle, etc... Employee must possess the ability to move between floors of multi-level facilities, either individually or in a group, through the use of elevators, escalators, stairs or ramps. |

LCSO/Clark
DEF004536

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|----|-----------|---------------------|

Notes, Comments or Additional Performance Measures to be added:

SUBJECT MATTER EXPERT APPROVAL

Jenna Clark _____ 4-22-21

PRINT NAME          SIGNATURE          DATE

_____ _____ _____

PRINT NAME          SIGNATURE          DATE

_____ _____ _____

PRINT NAME          SIGNATURE          DATE

SUPERVISORY APPROVAL

_____ _____ 4/22-21

PRINT NAME          SIGNATURE          DATE

LCSO/Clark
DEF004537

# Lee County Sheriff's Office
# Position Validation by Importance Report

**POSITION:  Purchasing Director**

| ID | Statement | Importance | Frequency | Total | Weight | Edit? |
|---|---|---|---|---|---|---|
| **TASK** | | | | | | |
| AD1366a | Approve/review expenditures | 4 | 4 | 4 | 4 | ☐ |
| AD1367 | Verify and authorize payables | 4 | 4 | 4 | 4 | ☐ |
| AD1375 | Supervise purchasing function | 4 | 4 | 4 | 4 | ☐ |
| ALL1000 | Complete assignments as directed | 4 | 4 | 4 | 4 | ☐ |
| ALL1001 | Maintain work areas | 3 | 4 | 3.33 | 3 | ☐ |
| ALL1002 | Participate in meetings/training | 3 | 2 | 2.67 | 2 | ☐ |
| ALL1003 | Complete, update, submit required reports/documents/forms | 4 | 4 | 4 | 4 | ☐ |
| ALL1005 | Complete and  review  time sheets | 4 | 3 | 3.67 | 4 | ☐ |
| AM6005d | Oversees the timely compliance in providing appropriate proofs/documentation to Accreditation | 3 | 4 | 3.33 | 3 | ☐ |
| GS1142d | Provide assistance/information to the public/agency members/other agency personnel | 4 | 4 | 4 | 4 | ☐ |
| PUR1305 | Conduct research for equipment/parts/supplies procurement. | 4 | 2 | 3.33 | 3 | ☐ |
| PUR1306d | Write purchase orders, contracts, bid specs | 4 | 2 | 3.33 | 3 | ☐ |
| PUR1307d | Maintain bid files | 4 | 2 | 3.33 | 3 | ☐ |
| SP7000 | Conduct progressive discipline within agency guidelines | 4 | 4 | 4 | 4 | ☐ |

**Importance:** 1 = Not Important          2 = Somewhat Important          3 = Very Important          4 = Extremely Important

**Frequency:** 1 = Annually          2 = Monthly or as needed          3 = Weekly          4 = Daily

**Weight:** 1 = Non Critical for Totals 1 - 1.99          2 = Critical for Totals 2 - 2.99          3 = Very Critical for Totals 3 - 3.4          4 = Extremly Critical for Totals 3.5 - 4

**LCSO/Clark
DEF004538**

| | | | | | | |
|---|---|---|---|---|---|---|
| SP7001a | Conduct/Supervise Employee Performance Evaluations | 4 | 4 | 4 | 4 | ☐ |
| SP7003 | Assist superiors in making decisions on issues where no guidelines or policy exists | 4 | 4 | 44 | 1 | ☐ |
| SP7004 | Review completed work assignments by employees for achievement of task and objectives | 4 | 4 | 4 | 4 | ☐ |
| SP7007 | Resolve conflicts among personnel | 4 | 4 | 4 | 4 | ☐ |
| SP7008 | Assign and direct subordinates | 3 | 2 | 2.67 | 2 | ☐ |
| SP7009 | Motivate staff, fellow employees, volunteers, and/or explorers | 4 | 2 | 3.33 | 3 | ☐ |
| SP7010 | Implement changes and new programs as directed | 4 | 4 | 4 | 4 | ☐ |
| SP7011 | Inform superiors of events and activities in progress | 3 | 4 | 3.33 | 3 | ☐ |
| SP7012 | Counsel employee(s) to improve work productivity | 4 | 4 | 4 | 4 | ☐ |
| SP7013 | Enforce health and safety regulations as required | 4 | 4 | 4 | 4 | ☐ |
| SP7018 | Demonstrate positive working relationship with colleagues and other units within the agency | 4 | 4 | 4 | 4 | ☐ |
| SP7019 | Provide leadership on employee assignments | 4 | 3 | 3.67 | 4 | ☐ |
| SP7020 | Develop efficient document/records management/office filing systems | 4 | 4 | 4 | 4 | ☐ |
| SP7025 | Inform colleagues and/or staff of actions taken, decisions made and potential problems | 4 | 4 | 4 | 4 | ☐ |
| SP7026 | Recommend changes in working conditions/programs/procedures for improved efficiency | 4 | 2 | 3.33 | 3 | ☐ |
| SP7027 | Liaison with intra/inter agency personnel | 4 | 4 | 4 | 4 | ☐ |

**Importance:** 1 = Not Important   2 = Somewhat Important   3 = Very Important   4 = Extremely Important

**Frequency:** 1 = Annually   2 = Monthly or as needed   3 = Weekly   4 = Daily

**Weight:** 1 = Non Critical for Totals 1 - 1.99   2 = Critical for Totals 2 - 2.99   3 = Very Critical for Totals 3 - 3.4   4 = Extremly Critical for Totals 3.5 - 4

LCSO/Clark
DEF004539

| SP7029b | Provide information to staff regarding law and policy changes | 4 | 4 | 4 | 4 | ☐ |
| SP7036 | Develop/assist in development of budget request. | 4 | 4 | 4 | 4 | ☐ |
| SP7046a | Make recommendations to superiors as to unit training needs and resolution | 4 | 2 | 3.33 | 3 | ☐ |
| SP7046c | Train new staff | 3 | 2 | 2.67 | 2 | ☐ |
| SP7046d | Provide remedial training | 4 | 2 | 3.33 | 3 | ☐ |
| SP7054 | Provide for proper application of delegated authority | 4 | 4 | 4 | 4 | ☐ |
| SP7056e | Review/approve time sheets and/or leave requests. | 3 | 3 | 3 | 3 | ☐ |
| SP7058b | Participate in hiring of personnel | 4 | 4 | 4 | 4 | ☐ |
| SP7101 | Review personnel evaluations of staff/subordinates | 4 | 4 | 4 | 4 | ☐ |
| SP7102a | Review and research policy, procedure, and/or legal issues | 4 | 4 | 4 | 4 | ☐ |
| SP7102d | Monitor compliance of new and current policies, regulations, laws, and procedures as required | 4 | 4 | 4 | 4 | ☐ |
| SP7105a | Perform budget management activities. | 4 | 4 | 4 | 4 | ☐ |
| SP7107 | Manage operational functions of section /division /department. | 3 | 2 | 2.67 | 2 | ☐ |
| SP7111a | Prepare workload assessment and/or develop goals/objectives | 3 | 2 | 2.67 | 2 | ☐ |
| SP7112 | Recommend employee commendations | 4 | 2 | 3.33 | 3 | ☐ |
| SP7201 | Attend staff/component meetings/briefings | 3 | 2 | 2.67 | 2 | ☐ |
| SP7203 | Perform work area inspections | 3 | 2 | 2.67 | 2 | ☐ |
| SP7204b | Assume operational control of division/shift/workarea during | 3 | 2 | 2.67 | 2 | ☐ |

Importance: 1 = Not Important      2 = Somewhat Important      3 = Very Important      4 = Extremely Important

Frequency: 1 = Annually      2 = Monthly or as needed      3 = Weekly      4 = Daily

Weight: 1 = Non Critical for Totals 1 - 1.99      2 = Critical for Totals 2 - 2.99      3 = Very Critical for Totals 3 - 3.4      4 = Extremly Critical for Totals 3.5 - 4

LCSO/Clark
DEF004540

| | emergency | | | | | |
|---|---|---|---|---|---|---|
| SP7208 | Respond to personnel grievances/complaints | 3 | 4 | 3.33 | 3 | ☐ |
| **POLICY** | | | | | | |
| PL1 | Accepts supervision and direction | 4 | 4 | 4 | 4 | ☐ |
| PL10 | Media relations | 2 | 1 | 1.67 | 1 | ☐ |
| PL18 | Abide by Code of Ethics | 4 | 4 | 4 | 4 | ☐ |
| PL19 | Leave and Attendance | 3 | 4 | 3.33 | 3 | ☐ |
| PL2 | Grooming and dress | 3 | 4 | 3.33 | 3 | ☐ |
| PL20 | Messaging return/follow-up | 3 | 4 | 3.33 | 3 | ☐ |
| PL3 | Observes work hours | 4 | 4 | 4 | 4 | ☐ |
| PL4 | Contact with public | 2 | 1 | 1.67 | 1 | ☐ |
| PL5 | Operation and care of equipment | 3 | 3 | 3 | 3 | ☐ |
| PL8 | Human diversity awareness | 4 | 4 | 4 | 4 | ☐ |
| **PROFICIENCY** | | | | | | |
| PR1 | Officer safety | 3 | 4 | 3.33 | 3 | ☐ |
| PR150 | Public relations skills | 4 | 4 | 4 | 4 | ☐ |
| PR151 | Organizational Skills | 3 | 3 | 3 | 3 | ☐ |
| PR152 | Planning and scheduling skills | 3 | 1 | 2.33 | 2 | ☐ |
| PR19 | Human resource management skills | 2 | 1 | 1.67 | 1 | ☐ |
| PR20 | Time management skills | 3 | 3 | 3 | 3 | ☐ |
| PR21a | Leadership skills | 3 | 4 | 3.33 | 3 | ☐ |
| PR21b | Motivational skills | 3 | 3 | 3 | 3 | ☐ |
| PR23 | Inter-personal skills | 3 | 4 | 3.33 | 3 | ☐ |
| PR26 | Budget management skills | 3 | 1 | 2.33 | 2 | ☐ |
| PR29 | General communications skills | 3 | 4 | 3.33 | 3 | ☐ |
| PR30 | Public speaking | 2 | 1 | 1.67 | 1 | ☐ |

**Importance:** 1 = Not Important     2 = Somewhat Important     3 = Very Important     4 = Extremely Important

**Frequency:** 1 = Annually     2 = Monthly or as needed     3 = Weekly     4 = Daily

**Weight:** 1 = Non Critical for Totals 1 - 1.99     2 = Critical for Totals 2 - 2.99     3 = Very Critical for Totals 3 - 3.4
4 = Extremly Critical for Totals 3.5 - 4

LCSO/Clark
DEF004541

| | | | | | | |
|---|---|---|---|---|---|---|
| PR31 | Problem solving | 3 | 4 | 3.33 | 3 | ☐ |
| PR4 | Verbal communications | 3 | 4 | 3.33 | 3 | ☐ |
| PR42 | Team building skills | 4 | 4 | 4 | 4 | ☐ |
| PR5 | Written communications | 3 | 4 | 3.33 | 3 | ☐ |
| PR50 | Knowledge of personnel/administrative law | 3 | 4 | 3.33 | 3 | ☐ |
| PR57 | Knowledge of organizational structure | 2 | 2 | 2 | 2 | ☐ |

**PHYSICAL/COGNITIVE ABILITIES**

| | | | | | | |
|---|---|---|---|---|---|---|
| PHY03 | Stooping ability | 4 | 4 | 4 | 4 | ☐ |
| PHY04 | Twisting ability | 4 | 4 | 4 | 4 | ☐ |
| PHY05 | Kneeling ability | 4 | 4 | 4 | 4 | ☐ |
| PHY08 | Reaching ability | 4 | 4 | 4 | 4 | ☐ |
| PHY09 | Standing ability | 4 | 4 | 4 | 4 | ☐ |
| PHY10 | Walking ability | 4 | 4 | 4 | 4 | ☐ |
| PHY12a | Pushing ability (medium) | 4 | 4 | 4 | 4 | ☐ |
| PHY13a | Pulling ability (medium) | 4 | 4 | 4 | 4 | ☐ |
| PHY14a | Lifting ability (light) | 4 | 4 | 4 | 4 | ☐ |
| PHY16 | Dexterity (extremities) | 4 | 4 | 4 | 4 | ☐ |
| PHY18 | Verbal communication ability | 4 | 4 | 4 | 4 | ☐ |
| PHY19 | Written communications ability | 4 | 4 | 4 | 4 | ☐ |
| PHY20 | Hearing ability | 4 | 4 | 4 | 4 | ☐ |
| PHY24 | Mid-Range Vision ability | 4 | 4 | 4 | 4 | ☐ |
| PHY29 | Sense of Smell ability | 4 | 4 | 4 | 4 | ☐ |
| PHY30 | Internal Work Environment | 4 | 4 | 4 | 4 | ☐ |

---

Importance: 1 = Not Important        2 = Somewhat Important        3 = Very Important        4 = Extremely Important

Frequency: 1 = Annually        2 = Monthly or as needed        3 = Weekly        4 = Daily

Weight: 1 = Non Critical for Totals 1 - 1.99        2 = Critical for Totals 2 - 2.99        3 = Very Critical for Totals 3 - 3.4
4 = Extremly Critical for Totals 3.5 - 4

LCSO/Clark
DEF004542

Notes, Comments or Additional Performance Measures to be added:

SUBJECT MATTER EXPERT APPROVAL

| Jenn Clark | | 4-22-21 |
| --- | --- | --- |
| PRINT NAME | SIGNATURE | DATE |
| | | |
| PRINT NAME | SIGNATURE | DATE |
| | | |
| PRINT NAME | SIGNATURE | DATE |

SUPERVISORY APPROVAL

| Annmarie Pero | | 4/20/21 |
| --- | --- | --- |
| PRINT NAME | SIGNATURE | DATE |

| | | | | |
| --- | --- | --- | --- | --- |
| **Importance:** | 1 = Not Important | 2 = Somewhat Important | 3 = Very Important | 4 = Extremely Important |
| **Frequency:** | 1 = Annually | 2 = Monthly or as needed | 3 = Weekly | 4 = Daily |
| **Weight:** | 1 = Non Critical for Totals 1 - 1.99 | 2 = Critical for Totals 2 - 2.99 | 3 = Very Critical for Totals 3 - 3.4 | |
| | 4 = Extremly Critical for Totals 3.5 - 4 | | | |

LCSO/Clark
DEF004543

**Smith, Vanessa**

| | |
|---|---|
| **From:** | Smith, Vanessa |
| **Sent:** | Friday, April 16, 2021 8:54 |
| **To:** | Clark, Jenna |
| **Subject:** | JTAs |
| **Attachments:** | Purchasing Agent.pdf; Purchasing Manager.pdf; Purchasing Director.pdf |

Good morning Jenna,

Undersheriff Holloway updated the verbiage for PL19 for all of our agency JTAs. I have made this change and attached the JTAs and Importance Reports for your area for new signature pages. If you notice any other revisions you would like me to make please let me know, otherwise I just need the signed reports back. Each position has the JTA and the Importance Report combined in the PDF, so we should have six total signature pages. Please let me know if you have any questions!

Thank you,

**Vanessa Smith | Program Coordinator**
Desk: 239-477-1049
**Accreditation**
**Lee County Sheriff's Office**
vsmith@sherifleefl.org | www.sherifleefl.org

***IMPORTANT MESSAGE***
This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this email by error, please notify us immediately and destroy the related message. This footnote also confirms that this email message has been swept for the presence of computer viruses, worms, hostile scripts and other email-borne network threats. PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from government officials are public records available to the public and media upon request. Your email communications may be subject to public disclosure per Sec. 119 F.S.

1

# EXHIBIT 5

# Lee County Sheriff's Office
# Job Description with Cover Sheet

**Job Title:** Purchasing Manager

**Job Classification:** PURM-C15

**Bureau:** Civilian Operations Bureau

**Salary Range:** $50,000 - $96,720

**Pay Grade:** C15E

**This Position Supervises the Following Positions:** Purchasing Agent

**Position Reports To:** Purchasing Director

**Exempt:** Yes

**Sworn:** No

**General Description of Duties:** This class involves administrative and clerical work purchasing a variety of supplies and equipment. Work involves responsibility for research, pricing and negotiation for purchase of quality items at the best price, preparing purchase orders, and keeping an inventory of items ordered and received. Duties include contacting vendors for availability of products, preparing bid specifications, and following-up on delivery of products and the provision of contracted services. Work is performed under the general supervision of the Purchasing Director. Supervison of personnel.

Equipment Used:
Computer, Phones, Copiers, Fax Machines, Shredders, Paper Folders, Printers.

Physical Attributes:
Manual dexterity and ambulate independently.

**Educational Requirements:** Minimum management courses required by LCSO Operations Manual and or previous management experience; Accounting

**Work Experience Requirements:** Minimum of 5 years experience in all facets of Goverment/Law Enforcement Purchasing

**Required Certifications and/or Qualifications:** Typing skills 30 wpm
Basic computer skills
Clerical skills
Positive public relations skills
Professional telephone skills
Knowledge of general accepted accounting principles
Knowledge of correct English usage

LCSO/Clark
DEF000740

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|----|-----------|---------------------|

|  | Reviewed By: LEHMAN, SHANNON M | Review Date: | 4/16/2021 |
|--|--|--|--|
|  | Approved By: Clark, Jenna D | Date Approved: | 4/16/2021 |
|  | Notes: |  |  |

LCSO/Clark
DEF000741

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| **TASK** | | |
| AD1366a | Approve/review expenditures | The employee supervises/reviews all requests for purchases, ensuring that the purchases are valid and processed according to SOP.  The employee reviews and analyzes all bids, basing selection on cost, quality, delivery, and vendor location. |
| AD1367 | Verify and authorize payables | The employee supervises and/or reviews all payables to ensure that all required documentation is correctly processed and that the payments are valid. |
| AD1375 | Supervise purchasing function | The employee supervises the purchasing of products and services, ensuring compliance with all applicable statutes, rules, policies, and regulations |
| ALL1000 | Complete assignments as directed | The employee will successfully complete all assignments as directed and within the specified time frame in accordance with agency policies |
| ALL1001 | Maintain work areas | The employee ensures that his/her work area is clean, organized, safe and presentable in accordance with agency policies and procedures |
| ALL1002 | Participate in meetings/training | As applicable, the employee actively participates in meetings, training, testing, education, and/or activities as directed and in accordance with established agency policies/procedures, and disseminates information received to agency members as appropriate |
| ALL1003 | Complete, update, submit required reports/documents/forms | The employee will ensure all required reports are thoroughly and accurately completed, updated, and submitted to the appropriate authority/personnel in a timely manner; double check all work to assure it is accurate; maintain required documentation for the accreditation process |
| ALL1005 | Complete and  review  time sheets | The employee ensures that his/her time sheet is accurate, up to date, completed and submitted to the appropriate personnel/department in a timely manner pursuant to agency policy |
| GS1130a | Verify personnel time sheets | The employee will accurately review and verify personnel time sheets for their respective area to include time off and overtime entries and will make sure timsheets are created and signed in a timely manner in accordance with agency policy. Inaccurate time sheets are returned to the originator for correction. |
| GS1132 | Assist in organizing bids for contracts/services/equipment/supplies | The employee will assist in organizing bids by researching pertinent information and preparing accurate comparison reports detailing vendor bid information, in accordance with agency policies. |

**LCSO/Clark**
**DEF000742**

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| GS1133 | Maintain vendor files | The employee will establish and accurately update electronic vendor files to reflect any changes in contact information or pricing, in accordance with agency policy. |
| GS1134 | Update technical manuals/suppliers catalogues | The employee will request and or receive/maintain/ review all electronic manuals, regulations/standards, and electronic supplier catalogue updates, documenting and distributing the updates to the appropriate personnel in a timely manner consistent with agency policy |
| GS1137a | Generate, proofread, and route correspondence/reports | The employee will generate correspondence/memoranda/forms replies to correspondence received.  As applicable, the employee also will proofread and edit the correspondence, and send the edited document to the appropriate personnel/agency in a timely manner for approval if required, in accordance with supervisory direction and agency policy |
| GS1137c | Update records, reports, documentation, manuals, files and logs | The employee will ensure that all documents/records/reports/manuals/files/ and/or logs pertinent to a specific job task are generated and/or accurately updated as required, properly filed, secured if applicable |
| GS1139a | Sort and distribute incoming mail | The employee will review incoming mail and correctly distribute it to the appropriate departments and/or personnel in accordance with agency policy |
| GS1139c | Pick up and sort outgoing mail | The employee will pick up outgoing mail from designated locations according to the specified schedule if applicable, and will appropriately sort, log and process. The employee will ensure that all outgoing mail is properly addressed, sealed and delivered/placed in the designated location for pick up/delivery. |
| GS1168a | Prepare and/or submit purchase requisitions | As needed, the employee prepares, verifies and/or submits purchase requisitions for equipment, ensuring all required information is accurate, complete, and submitted to appropriate authority in a timely manner. |

LCSO/Clark
DEF000743

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| GS1196a | Conduct/document equipment inventory | The employee will coordinate/conduct a property inventory of all property assigned to their respective area of responsibility at a frequency determined by agency policies/procedures, accurately verifying the location of each item. Lost or missing items will be documented and reconciled in a timely manner in accordance with agency policies/procedures. If applicable, all related paperwork such as transfer forms, disposal forms, etc. will be completed by the employee in accordance with agency policies/procedures. |
| PUR1305 | Conduct research for equipment/parts/supplies procurement. | Given the requirement to procure equipment, supplies, or parts, the employee will conduct adequate research in order to determine the optimum supplier in terms of price, quality, and delivery, in accordance with agency policy. |
| PUR1306a | Process purchase orders | Given a purchase order, the employee will verify all required information regarding the ordered item(s) is correct and ensure the items are delivered to the requestee in a timely manner in accordance with agency policy. |
| PUR1306b | Supervise/maintain blanket purchase agreements | The employee will supervise or accurately maintain blanket purchase agreements in accordance with agency policies and procedures. |
| PUR1306d | Write purchase orders, contracts, bid specs | The employee writes purchase orders, invitations to bid, requests for proposals and contracts, ensuring they are complete, accurate and conform with applicable purchasing and agency rules and regulations. |
| PUR1307a | Review bid/request for quote specifications | The employee will carefully review specifications used as the basis for bids on all commodities/services within an assigned field and within the employee's area of responsibility, ensuring that the specifications conform with all appropriate purchasing guidelines and adequately represent the interests/intentions of the requesting entity. |
| PUR1307b | Advertise bids/request for quotes | The employee will facilitate the advertising of competitive bids, ensuring they appear in the appropriate publications/locations to make them available to the vendor community and/or distributing them to interested vendors contained on approved participant lists in accordance with applicable rules/regulations/requirements. Employee will be cognizant of the requirements pursuant to purchasing and legal agency guidelines. |

LCSO/Clark
DEF000744

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PUR1307c | Review bids/quotes received | The employee will obtain competetive bids from vendors and will analyze and/or tabulate them to help determine the most appropriate bid based on price, responsiveness to specifications, quality, service and delivery, in accordance with agency policy. |
| PUR1307d | Maintain bid files | The employee will maintain all appropriate documentation pertaining to the bid process, including as appropriate, a copy of the bid specifications, copies of responses received, a listing of vendors that received copies of the bid and/or any other related documentation required.  The employee will ensure that all retained documentation is stored in a manner that facilitates ready retrieval as necessary. |
| PUR1315a | Verify invoices on received goods/supplies | The employee will accurately and thoroughly check invoices, packing slips, and receipts against purchase orders for all deliveries in order to verify items received are exactly as ordered, with inconsistencies reconciled in a timely manner pursuant to agency policies.  If applicable, employee will generate a receiving report and will forward the received items to the appropriate location. |
| PUR1315b | Review and process irregular invoices | The employee will carefully review and clarify all irregular invoices  for payment as appropriate and in accordance with agency policies/procedures. |
| QM1825a | Issue and/or record clothing/uniform supplies. | The employee will issue and/or accurately record all clothing and uniform supplies issued to employees in accordance with agency policy. |
| QM1826 | Maintain record of equipment transfers. | Given a computer equipped with inventory control software, the employee will accurately record all transfers of equipment in accordance with agency policy. |
| QM1827a | Maintain inventory records. | Given a computer and inventory control software, the employee will correctly tag new items / equipment and accurately enter all items received into the inventory control program in accordance with agency policy. |
| SP7000 | Conduct progressive discipline within agency guidelines | The employee effectively modifies subordinate behavior within agency guidelines to achieve conformity with department job performance requirements and policy. |

LCSO/Clark
DEF000745

**POSITION: Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7001a | Conduct/Supervise Employee Performance Evaluations | The employee conducts special, probationary, annual and other required evaluations to assess subordinates performance and plan performance improvement strategies. As applicable, this also includes members of outside agencies assigned to the supervisory employee. Employee also solicits or provides information/input regarding subordinate employee performance as requested. Evaluations are conducted according to agency evaluation schedule, guidelines and policies and if applicable, includes a career counseling session with the employee. |
| SP7003 | Assist superiors in making decisions on issues where no guidelines or policy exists | The employee will research and analyze the issue / problem at hand and provide superiors with valid and defensible information / data in oral or written format as requested, in order to assist in arriving at the most appropriate decision consistent with agency mission, goals and the law. |
| SP7004 | Review completed work assignments by employees for achievement of task and objectives | The employee will review completed work assignments products for accuracy and achievement of all objectives, providing the originator with appropriate feedback to encourage task completion according to desired specifications. |
| SP7007 | Resolve conflicts among personnel | The employee applies the appropriate techniques consistent with agency policies in order to successfully identify and resolve personnel conflicts without causing disruption to the effectiveness of the work area. |
| SP7008 | Assign and direct subordinates | The employee will assign subordinates as applicable to tasks / projects based on ability and staffing resources. The employee will effectively direct assignments to ensure goal achievement is consistent with agency policies. |
| SP7009 | Motivate staff, fellow employees, volunteers, and/or explorers | The employee directs, modifies, and controls/encourages employee behaviors to achieve the stated goals and fulfill the mission of the agency. |
| SP7010 | Implement changes and new programs as directed | The employee efficiently and effectively implements changes and new programs exactly as directed by superiors within the time frame specified in accordance with agency policies. |
| SP7012 | Counsel employee(s) to improve work productivity | The employee resolves any performance problems through effective counseling consistent with agency policies in order to improve productivity. |

LCSO/Clark
DEF000746

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7013 | Enforce health and safety regulations as required | The employee will ensure that their area of responsibility is in complete compliance with health and safety regulations in accordance with established agency policies, EPA, FMJS & FCAC requirements if applicable, OSHA regulations, HIPPA, Department of Health and any other applicable regulatory agencies |
| SP7018 | Demonstrate positive working relationship with colleagues and other units within the agency | The employee works effectively with other agency members and/or Cigna onsite health personnel in order to maximize work area output and services consistent with agency policies |
| SP7019 | Provide leadership on employee assignments | The employee applies appropriate combinations of supportive and directive behaviors towards employees in order to enhance goal attainment and foster positive morale. |
| SP7020 | Develop efficient document/records management/office filing systems | The employee maintains a system designed to facilitate efficient, secure and systematic document/file maintenance, storage and retrieval consistent with agency policies and all applicable laws. |
| SP7025 | Inform colleagues and/or staff of actions taken, decisions made and potential problems | The employee will ensure that continuity and operational efficiency is obtained through accurate timely dissemination of information consistent with agency policy and procedures |
| SP7026 | Recommend changes in working conditions/programs/procedures for improved efficiency | The employee will monitor and recommend changes in working conditions, programs, and/or procedures to improve efficiency and productivity and forward any such recommendations to supervisor |
| SP7027 | Liaison with intra/inter agency personnel | The employee will initiate, develop and maintain channels of communications and work effectively with inter/intra agency personnel in order to achieve objectives and goals and better serve the needs of the agency and/or community. |
| SP7029b | Provide information to staff regarding law and policy changes | The employee will inform and explain to all staff both verbally and in writing any changes in procedure, policy, and laws immediately upon receipt of written directives or memos describing such changes. If applicable, the employee will request and receive written acknowledgement of any such changes from all staff members and will monitor their conformance with these changes to ensure compliance.  As applicable, all changes in policy, procedure, and laws will be posted in an area where they are visible to all staff members. |

LCSO/Clark
DEF000747

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7036 | Develop/assist in development of budget request. | The employee will provide input and/or develop budget requests which provide for adequate expenditures and prioritize needs based upon an analysis of department/department objectives and job performance requirements consistent with agency policies, goals, and mission. |
| SP7046a | Make recommendations to superiors as to unit training needs and resolution | The employee will research training needs and make the appropriate recommendations to superiors and/or Cigna supervisors in order to resolve any current or potential performance deficiencies in accordance with agency policies and applicable state/federal statutes and/or regulations. |
| SP7046c | Train new staff | As applicable, the employee provides accurate and complete information and coaches employees in order to ensure task performance is to standard and in accordance with agency policies.  The employee procures or provides training for staff in compliance with section protocols and in compliance with all applicable local, state, and federal statutes and regulations.  The employee or a Field Training Officer will provide and document effective and timely remedial training as required to improve performance. |
| SP7046d | Provide remedial training | The employee or a field training officer will provide and document effective and timely remedial training as required by the immediate supervisor to improve performance. |
| SP7056e | Review/approve time sheets and/or leave requests. | The designated employee or supervisor will review employee time sheets and/or leave requests for accuracy, reconciling inaccuracies and/or grant or refuse leave requests in accordance with agency policies and staffing levels.  If required, the employee will also maintain a calendar reflecting all employee leave approvals in an accurate and up to date manner. |
| SP7058 | Participate in hiring/promotion/transfer of personnel | The employee will properly develop/assist in development of selection and/or promotion/transfer processes/criteria in accordance with agency policies/procedures and/or will actively administer or participate in the selection process to help identify the most appropriate and qualified individual for hiring, promotion or transfer. |
| SP7059 | Forward complaint documentation | The employee will promptly forward all written complaint documentation to the appropriate unit/authority pursuant to agency policies/procedures. |
| SP7102d | Monitor compliance of new and current policies, regulations, laws, and procedures as required | The employee ensures that all personnel are in compliance with and have knowledge of current or new policies, procedures, regulations, and laws pursuant to agency policy. |

**LCSO/Clark
DEF000748**

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7112 | Recommend employee commendations | The employee will recognize outstanding subordinate performance that is well above and beyond expectations, constitutes an act of bravery, results in the saving of a life or any other qualifying act/behavior that reflects positively on the individual and/or the agency and will recommend appropriate commendation consistent with agency policies and procedures. |
| SP7208 | Respond to personnel grievances/complaints | The employee will respond appropriately to personnel grievances/complaints in accordance with agency policies/procedures and in a timely manner.  Responses provided will be clear, concise and factual, supported by applicable policies/procedures and/or supervisory/legal staff instructions as appropriate. As directed/as needed and required. |

**POLICY**

| ID | Statement | Performance Standard |
|---|---|---|
| PL1 | Accepts supervision and direction | The employee responds to supervision, guidance and direction of superiors in a positive, receptive manner and in accordance with agency policies and legal professional code of conduct. |
| PL18 | Abide by Code of Ethics | The employee will conduct himself/herself in an ethical and professional manner, abiding by the established code of ethics as stipulated in the General Orders, LCSO Operations Manual, and Corrections Bureau Policy, Procedure Manuals and Florida Bar |
| PL19 | Leave and Attendance | The employee displays reliable attendance. The employee follows all leave and attendance related policies/procedures, including, but not limited to submission of vacation and personal requests, notification to supervisor regarding absence from work due to illness or untimely incidents |
| PL2 | Grooming and dress | The employee will be appropriately groomed and attired so as to present a professional image in accordance with the agency policies and procedures |
| PL20 | Messaging return/follow-up | As applicable, the employee will check his/her assigned mailbox, telephone/electronic messages, e-mails and any designated bulletin boards according to the established schedule or designated frequency for each.  The employee will return any messages in a prompt and professional manner and will respond accurately and appropriately to any information contained on the bulletin board, received via mail, e-mail or newsletter |

**LCSO/Clark**
**DEF000749**

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PL3 | Observes work hours | The employee is to be at his/her designated work location at or prior to the scheduled beginning of the shift and performs the appropriate duties until the end of the shift.  If applicable, the employee also is available "on-call" after hours, responding to "on-call" requests in a timely manner consistent with agency policies/procedures |
| PL4 | Contact with public | The employee demonstrates a polite, helpful, courteous, proud, productive and professional image when engaged in his/her assigned duties with the public, consistent with agency policy |
| PL5 | Operation and care of equipment | The employee properly inspects, operates and maintains equipment to manufacturers' specifications and/or within the specified parameters. If applicable, the employee checks to ensure all assigned safety equipment is present and operational, in accordance with agency policies.  Employee will report any discrepancies to the proper personnel |
| PL8 | Human diversity awareness | The employee demonstrates an understanding, consideration and respect of cultural, religious and gender differences when interacting with the public, students, colleagues, inmates and co-workers |

**PROFICIENCY**

| ID | Statement | Performance Standard |
|---|---|---|
| PR107 | Maintenance and/or knowledge of General Orders, Policy, Procedure Manuals to include Public Record Law | The employee has the ability to read, interpret and follow procedural and policy manuals related to the job performed by the incumbent and demonstrate this knowledge via oral or written testing if required and in daily operations |
| PR127 | Knowledge and ability to perform tasks | The employee demonstrates sufficient knowledge of all tasks performed by personnel and has the ability to apply this knowledge to train new personnel and/or personally perform the subordinate's tasks when necessary. |
| PR17 | Information systems entry/retrieval skills | The employee is able to accurately enter and/or retrieve information from job specific applicable computer systems in a timely manner.  These systems may include, but are not limited to:  ERP Software, Records Management, Master Menu, Power DMS, TMS and any new system as required |
| PR18 | Computer/software/office equipment skills/knowledge | The employee demonstrates a strong knowledge and skill in the use of office equipment and/or computer peripherals, including as applicable: Microsoft Office, Excel, Word, PowerPoint, Adobe Acrobat Writer, specialized computer program software/systems, printer, copier and any other equipment required to perform position tasks |

**LCSO/Clark**
**DEF000750**

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PR19 | Human resource management skills | The employee effectively manages, directs and develops personnel resources in order to achieve the desired objectives, goals and mission of the agency. |
| PR20 | Time management skills | The employee efficiently organizes, prioritizes, schedules and manages daily work activities, tasks and special assignments. The employee should demonstrate the ability to work independently with limited supervision |
| PR21a | Leadership skills | The employee demonstrates the appropriate combination of supportive behaviors in order to accomplish the desired objectives and goals. |
| PR21b | Motivational skills | The employee is able to utilize employee behaviors in order to achieve goals and objectives in a team-oriented environment |
| PR23 | Inter-personal skills | The employee demonstrates and promotes congenial, respectful and productive behaviors and positive attitudes toward teamwork and toward others in working relationships and situations |
| PR29 | General communications skills | The employee has the ability to express ideas and effectively communicate information verbally and in written form as well as the ability to process verbal information, physical cues and body language in order to effectively listen to individuals. Portrays good judgment skills when making decisions |
| PR31 | Problem solving | The employee has the ability to look beyond surface issues to identify, analyze and handle problems with very little supervisory intervention and develop effective responses and solutions to resolve such problems |
| PR4 | Verbal communications | The employee conveys verbal information in a clear, concise and intelligent manner |
| PR42 | Team building skills | The employee demonstrates a conscientious effort in achieving and contributing to organizational goals as compared with individual goals. Displays positive attitude about the agency |
| PR5 | Written communications | The employee's written communications are accurate, concise, legible, timely and grammatically correct |
| PR55 | Knowledge of Quality Assurance and/or compliance directives | The employee is cognizant and knowledgeable of the QA directives and compliance criteria as required by all applicable regulatory bodies as related to the job incumbent's area of responsibility. |

**PHYSICAL/COGNITIVE ABILITIES**

**LCSO/Clark**
**DEF000751**

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY01 | Climbing ability | The employee is required to be able to ascend or descend ladders, stairs, scaffolding, ramps, and the like, using feet and legs and/or hands and arms. Body agility is emphasized. This factor is important if the amount and kind of climbing exceeds that of ordinary locomotion. |
| PHY02 | Balancing ability | The employee is required to maintain body equilibrium to prevent falling when walking, standing on one or both feet, or crouching on narrow, slippery, or erratically moving surfaces. This factor is important if the amount and kind of balancing required exceeds that needed for ordinary locomotion and maintenance of body equilibrium. |
| PHY03 | Stooping ability | The employee is required to be able to bend the body downward and forward by bending the spine at the waist and requires full use of the lower extremities and back muscles. |
| PHY04 | Twisting ability | The employee is able to turn the body around to both the left and right at least 45 degrees from the waist; and turn the head around to both the left and right at least 45 degrees. |
| PHY05 | Kneeling ability | The employee is able to bend the left/right/both legs at the knee(s) to come to rest on either or both knees. |
| PHY07 | Crawling ability | The employee is able to move about on hands and knees or hands and feet. |
| PHY08 | Reaching ability | Extending hand(s) and arm(s) fully or partially in any direction. The type of reaching occurs constantly or consistently and may require reaching overhead, from shoulder level, and below the waist. |
| PHY10 | Walking ability | The employee is able to move about on foot over long distances to perform various task duties. The walking speed varies between 1 and 3 miles per hour. Walking surfaces include asphalt, concrete, rock, wood, grass, carpet, tile and stone. |
| PHY12 | Pushing ability (heavy) | Pressing hands and arms, or legs and feet, in a continuous effort against objects/persons to move the objects/persons away from the individual exerting the pushing force. The amount of pushing force is described as heavy (50-250 pounds). |
| PHY13 | Pulling ability (heavy) | Using hands and arms in a continuous motion to draw objects/persons toward the individual exerting the pulling force. The amount of force the employee must pull is described as heavy (50-250 pounds). |

**LCSO/Clark**
**DEF000752**

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY14 | Lifting ability (heavy) | Raising objects in an upward movement, or moving objects from position to position at the same level. The weight of the object being lifted or moved is described as heavy (50-250 pounds). The vertical lifting requirement ranges between 12 and 36 inches. |
| PHY16 | Dexterity (extremities) | Working with hands and arms to seize, hold, grasp, and turn objects. Ability to rotate and bend wrist. |
| PHY17 | Touch Perception | Perceiving object attributes/characteristics such as shape, size, texture, temperature by touching with the skin, particularly with fingertips. |
| PHY18 | Verbal communication ability | Ability to express/convey directions, instructions, information orally in a clear manner. Ability to communicate verbally within a wide decibel range from whispers to loud sounds. This is a critical requirement with regard to command and control type tasks, and important with regard to working with others on a day-to-day basis in a team-oriented setting. |
| PHY19 | Written communications ability | Ability to express ideas, instructions, directions, details, diagrams, and narratives in written form. Must be able to write in a clear manner. This is important for report/correspondence/documentation related tasks. |
| PHY20 | Hearing ability | Ability to perceive, isolate, extract, analyze, identify, locate source, and comprehend sound and voices within a wide decibel range, from whispers to loud noises. Ability to isolate and distinguish critical sounds/noise/oral communications from background noises. This is a critical ability with regards to officer safety requirements. |
| PHY21 | Repetitive Motion ability | The employee is able to endure constant motion of extremities and/or joint areas. |
| PHY22 | Far Vision ability | Clarity of vision (for both eyes) at or exceeding 20 feet. |
| PHY23 | Near Vision ability | Clarity of vision (for both eyes) at 20 inches or less. |
| PHY24 | Mid-Range Vision ability | Clarity of vision (for both eyes) at distance more than 20 inches and less than 20 feet. |
| PHY25 | Depth Perception ability | Ability to judge distances, dimensions, and spatial relationships (for both eyes) in order to see objects/persons as and where they are in relation to foreground/background objects and space. |
| PHY26 | Visual Focus ability | Ability to adjust the lens of the eye(s) to bring objects into clear and sharp focus from varying distances. |
| PHY27 | Color Vision ability | Ability to see, identify, and distinguish colors. |
| PHY28 | Field of Vision ability | Ability to observe an area's horizontal and vertical fields while both eyes are fixed on a given point. |

**LCSO/Clark
DEF000753**

**POSITION:**   **Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY29 | Sense of Smell ability | Ability to perceive, distinguish, and locate source of various smells and odors such as smoke, alcohol, toxic fumes. |
| PHY30 | Internal Work Environment | Work performed in an internal environment, i.e. office, vehicle, etc... Employee must possess the ability to move between floors of multi-level facilities, either individually or in a group, through the use of elevators, escalators, stairs or ramps. |

**LCSO/Clark**
**DEF000754**

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|----|-----------|---------------------|

Notes, Comments or Additional Performance Measures to be added:

SUBJECT MATTER EXPERT APPROVAL

ShANNON LEHMAN          Shannon M Lehman          4/19/21
PRINT NAME                    SIGNATURE                      DATE

_____          _____          _____
PRINT NAME                    SIGNATURE                      DATE

_____          _____          _____
PRINT NAME                    SIGNATURE                      DATE

SUPERVISORY APPROVAL

Jenna Clark               _____          4-22-21
PRINT NAME                    SIGNATURE                      DATE

LCSO/Clark
DEF000755

# EXHIBIT 6

*Carmine Marceno*
**Sheriff**



*"Proud to Serve"*

**State of Florida**
**County of Lee**

August 15, 2021

Dear Mrs. Clark,

The Lee County Sheriff's Office has undergone an evaluation of significant aspects of current operations to determine ways to improve policies, practices and efficiencies. As you know, the Sheriff's Office was forced to absorb additional expenses and obligations as well as other increased costs including but not limited to; substantial increases in FRS employer pension rates, LCSO's self-funded Health Plan costs and inmate medical expenses.

As a result of this evaluation, LCSO is conducting a *Reduction in Force*. Effective September 4, 2021 your position as "Purchasing Director" is being eliminated. You will be placed on Administrative Leave with Pay immediately upon this notice and given the opportunity to retire.

**Deadline for this decision will be September 3, 2021 at 4:00pm**; or your appointment will be withdrawn on September 4, 2021.

Human Resources has included basic information in this packet but contacting the individuals below will be crucial for whatever option you choose. Your contact for HR will be Cari Turner, she can be reached at 239-477-1360; your contact for Health Benefits and FRS is Doreen Salvagno, she can be reached at 239-477-1121.

Thank you for your service to The Lee County Sheriff's Office and I wish you well in future endeavors.

Sincerely,

Dawn Heikkila
Director of Human Resources
Lee County Sheriff's Office
239-477-1132
dheikkila@sheriffleefl.org



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Six Mile Cypress Parkway • Fort Myers, Florida 33912-4406 • (239) 477-1000**

**LCSO/Clark
DEF000189**

# EXHIBIT 7

### 22.1.1.9   Part-time Employees and Benefits:

The Lee County Sheriff's Office employs full time, part time, temporary and on-call employees.  A Full time employee is one who works a regularly scheduled work-week consisting of 40 hours or more per week (42 or more if a certified deputy sheriff).

Employees working less than 30 regularly scheduled hours per week are considered **part-time**. An on-call employee is one that has no regular schedule or set hours, but is called in from time to time to cover an emergency absence or other manpower shortage.  A temporary employee is one that is hired to fill a position that is not expected to last longer than six months in duration. Temporary employees may work full or part time.

Under no circumstances are part time or on-call employees permitted to work more than 24.5 hours per workweek. Part-time and on-call employees are to work a minimum of 12 hours per month without going over the 24.5 hours per work week. Positions being filled on a routine basis with part time or on-call employees should be reevaluated and authorization for a full time employee should be considered if warranted.  Part-time employees receive no employee benefits. On-call and temporary employees receive no FRS or other employment benefits.

### 22.1.1.10   Employment Rights of Personnel Assigned Under a Written Agreement for LE Services

Employment rights of personnel assigned to work under a written agreement are not denied the right to employee benefits, appropriate training when available, and the opportunity to test for promotional positions or specialized assignments when other qualifications are met.

## 22.2   BENEFITS

## 22.2.1   (22.1.2) Leave Program

The granting of leave shall be in writing and shall be approved by the Sheriff, or designee, prior to the leave being taken, except in the case of an emergency.  Said leave shall be granted if the member has sufficient time accrued, unless this would create undue hardship on the remaining scheduled personnel, as in the case of too many other personnel already scheduled for leave time.  When prior approval for leave cannot be obtained by the member due to an emergency, the Watch Commander will be notified, and a leave request filed immediately. It will be the Watch Commander's responsibility to forward the information to the member's supervisor.

If a request for a leave of absence is disapproved by the Office, and the employee takes unauthorized leave, the Sheriff or designee, will place the person on leave without pay.  After three-(3) consecutive work-days missed, the Office shall consider the person to have abandoned their position and have resigned from the Sheriff's Office.  The following is an overview of leave benefits:

LCSO/Clark
DEF001022

Full-time members are required to work a full-time schedule or account for hours missed by using accrued leave time.  If a member must be absent from work for whatever reason, they must use the appropriate amount of accrued leave time that would bring their combined work and leave time to the scheduled 80 or 84 hours required for the pay period.  The employee may not choose to take time missed from work as "Leave without pay" unless it is approved FMLA. If the member has exhausted all accrued leave time, the missed time then becomes leave without pay. A pattern of abuse may be cause for disciplinary action.

### 22.2.1.1   (22.1.2-a) Administrative Leave:

1.  Court Leave: Members subpoenaed as prospective jurors or witnesses in any matter before the Court will be granted leave with pay under the following conditions:

    A.  Non-sworn personnel who must attend Court as a juror or witness during designated duty hours will merely be excused from assigned duties.

    B.  Sworn personnel appearing before any judicial agency of the criminal justice system as a witness or arresting deputy during designated duty hours will merely be excused from their assigned duties.

    C.  Personnel, while extra-duty, who are required to attend court as a witness in connection with official duties will be compensated in accordance with overtime rules.

    D.  Whenever a member is a defendant or litigant in a personal suit, administrative leave with pay will be denied unless such litigation is the result of an act performed by the member as part of official duties with the Office.

2.  Voting Privileges:  Members residing at such distances from their assigned work locations which may prevent exercising their voting privileges, may be authorized a maximum of two hours leave with pay for the purpose.

3.  Attending Meetings and Conferences:  The Sheriff may grant leave with pay to permit members to attend professional meetings or conferences designed to improve the professionalism of the Office.  Members granted a leave of absence for this purpose will submit an official transcript of record or official grade card signifying successful participation in any meeting, workshop, seminar, or conference attended.

4.  Examinations or Promotional Testing:  A member may be granted leave with pay in order to participate in promotional examinations, or other matters, as determined by the Sheriff.

22:13

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 07/21

5.      Administrative Leave from Duty (non-disciplinary):  In every instance in which a deputy's actions or use of deadly force and where such use of force results in death or serious bodily injury to another person, the deputy shall be immediately relieved of duties or be given administrative duties.  (Additional information regarding the use of deadly force and administrative leave may be found in Chapter 1.)

## 22.2.1.2   (22.1.2-b) Personal Hours:

The Lee County Sheriff's Office does not grant formal holiday leave, as described by the Lee County Board of County Commissioners, such as; New Year's Day, Washington's Birthday, Good Friday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, etc.  However, personal hours are given in order to provide equitable time off for all full-time personnel. These hours may be utilized on such holidays if workload/manpower allows, and your supervisor has authorized the use of the hours.  Certified and non-certified personnel receive 100 hours per year of personal hours, which may be taken upon supervisory approval.  Personal hours are automatically credited to the members leave records in January.  Personal hours begin to accrue from the date of employment.  Personal hours utilized during a pay period do not count as hours worked for purposes of determining whether any overtime premiums are due pursuant to Federal Law.  Employees shall submit, in advance, a request for personal time to their immediate supervisor, or to a member of their chain-of-command, should their supervisor be unavailable. Personal hours not utilized by midnight December 31st of each year are forfeited. Personal hours may not be used as terminal leave.  Unused personal hours are not compensable at the time of termination, resignation or retirement.

## 22.2.1.3   (22.1.2-c) Sick leave:

All full time personnel of the Sheriff's Office shall be entitled to sick leave. Personnel are not entitled to use sick leave until it is earned Sick Leave.  Sick Leave begins accruing on the first day of full-time employment and accrues at the rate of eighty (80) hours per year for non-certified personnel and eighty-four (84) hours per year for certified personnel. Sheriff Office members who are unable to report for duty due to illness shall notify their immediate supervisor, or a member within their chain-of-command, a minimum of one (1) hour prior to their scheduled reporting time, when possible. If the member is too sick or incapacitated to telephone, he/she shall have a reliable person to telephone for them. The employee's supervisor will enter into VCS when sick leave is taken. Sick leave may not be exchanged for any other benefits. Sick leave may be taken in 30-minute increments for approved purposes.  The only approved purposes are actual illness of the member or serious illness of a spouse or dependent child. Sick leave may be used to care for a parent with a serious illness ONLY when the employee is on approved FMLA for that purpose. Doctor and dentist visits for treatment or diagnosis will be considered illness for purposes of this policy.  This means you may utilize sick leave hours to get a checkup or physical if the doctor or dentist's availability conflicts with your duty schedule. You are required to coordinate this type of use with your commander if it is not an emergency situation.  If an employee calls in sick for three consecutive shifts or days, they may be required

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 07/21

to present a note from the treating physician excusing them from work for the days missed and authorizing their return with or without restrictions. The note shall then be forwarded to Risk Management for filing. Supervisors shall also notify Risk Management concerning any employee who misses more than three sick days of work for potential FMLA purposes.

### 22.2.1.4   Transfer of Sick Leave:

The Sheriff's Office has a very liberal leave policy to accommodate vacations, holidays, unanticipated needs and illnesses. Occasionally members exhaust all of their leave time resulting in the loss of steady income while recuperating from their illness. At the same time other members have, over a period of time, accumulated excess sick hours that they do not need to draw upon. The Sheriff has approved the transfer of sick hour credits from one agency member to another under certain circumstances. Members may donate any sick hours they have accumulated that are above 200 hours. Personal/Vacation hours accrued may not be donated. If a member is terminating from the Lee County Sheriff's Office, they may not donate any accumulated excess time within their sick bank.

### DEFINITIONS:

1. **Sick time**: Time that a member accrues bi-weekly or that is given bi-annually, as indicated in official payroll records, is intended to be used for personal illness or to care for immediate family members when they are ill.

2. **Member in good standing:** Full time employee of the agency that has completed their probationary period and has no pending disciplinary action, especially as it relates to the abuse of leave time.

3. **Donation of sick time:** Voluntary, permanent and irrevocable transfer of accrued sick time hours from one member to another. When an agency member wishes to donate accumulated sick time to another agency member they must fill out the "Sick Time Transfer Authorization Form" (LCSO form #86) indicating the exact number of hours being transferred and who the receiving party is (maximum per year donation is 80 hours). Sick leave hours may be transferred to a member that has exhausted all forms of accumulated leave time during a serious, extended illness. The transfer of sick time is NOT intended to be used for a single day's minor illness or for an employee who has failed to properly manage their accrued time for a foreseeable absence. These requests will be reviewed and approved every 30 days. The member receiving the sick time transfer must be a member in good standing and the time must actually be used for personal illness or caring for a seriously ill immediate family member of the employee. Use of donated hours will not be permitted for those employees on Intermittent FMLA. When time is donated from one person to another it is permanently donated, not loaned, and cannot be replaced when the receiving member accumulates new time. Time cannot be given to supplement workman's compensation leave. This policy will

22:15

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

not have any adverse effect on the Family Medical Leave Act.  Requests for donation of time will be submitted to the Sheriff for approval, via a To/From letter from the employee through their appropriate chain of command.  Once the use of donated time has begun, the status of the leave will be reviewed at the regular duty status meeting of Bureau Commanders to evaluate the future need.  A member should seriously consider the ramifications of giving up their accrued sick time.  You should consider any time you might need for future illness or injury. You should not give up any time that you may later want to cash-in at the time of your separation or retirement or under the guidelines that may allow you to participate in the annual sick leave buy-back program.

**22.2.1.5   Annual Buy Back of Sick Leave:**

Full-time non-probationary employees are eligible to sell 80/84 hours under the Annual Buy Back if they have more than 200 hours of unsold and unused sick leave as of the last pay check of the fiscal year.  Members may sell all, any or none of the unused hours above 200 hours.  Election forms will be sent out mid-October.  If Finance does not receive the members Annual Buy Back election form by the due date specified on the form the member will not receive a payment.  Unsold hours may be used to receive a paycheck if the member needs to take sick leave or leave under the Family Leave Act ("FMLA").

1.   Members who leave Lee County Sheriff's Office before the Annual Buy Back will be paid for any unused hours (above 200) accrued during the current fiscal year.

     Payment for sold hours will be at the following rate:

     A.   50% of your current pay rate if you are a full-time Lee County Sheriff's Office member.

2.   **Unsold (banked) hours accrued prior to 8/22/98**: Upon separation from Lee County Sheriff's Office members employed prior to 8/22/98 will be paid for half of any <u>unused </u>hours that were banked during the August 1998 one time buy back.

     Effective 10/1/07 members employed after 8/22/98 who separate from the agency will be paid for their unused banked hours up to bank limit of 200 hours at the below listed rate

     A.   50% of your current pay rate if you are a full-time Lee County Sheriff's Office member.

     If a member ceases to be employed by the Office of the Sheriff and is due any payment for accrued benefits, the Sheriff retains the right to make payments either in a lump sum amount or in normal payroll amounts until the obligation is fully paid.

LCSO/Clark
DEF001026

### 22.2.1.6   (22.1.2-d) Vacation Leave:

The Lee County Sheriff's Office recognizes that some duties are monotonous and repetitious while other duties, especially law enforcement, create stress, both of which contribute to low productivity and error.  The primary purpose of vacation leave is to provide periodic vacations away from Office duties.

The Office acknowledges and meets management's responsibility to provide good working conditions to maintain a healthy work force by providing paid vacation leave as a period of release from daily requirements.

The policy and procedure in which vacation leave is acquired is as follows:

Begins accruing on the first day of full time employment.

**Accrues at the rate of 120 hours per year (3 weeks) for non-certified personnel and 126 hours per year (3 weeks) for certified personnel.**

**Increases to 160 hours (4 weeks) for non-certified personnel, and 168 hours (4 weeks) for certified personnel after 10 years of continuous full time employment.**

**Increases to 200 hours (5 weeks) for non-certified personnel, and 210 hours (5 weeks) for certified personnel after 20 years of continuous full time employment.**

Each member must schedule vacation leave with the approval of their immediate commander.

Unused accrued vacation leave may only be taken upon supervisory approval.  A supervisor is not obligated to allow more than 3 weeks leave during any consecutive 12 month period (4 weeks for 10 year members or 5 weeks for 20 year members).

Annual leave is paid at an employee's current rate, and, the hours are not counted as worked hours for determining any overtime which might be due to an employee during payroll period.

### 22.2.1.7   Annual Buy Back of Vacation leave:

Full-time non-probationary employees are eligible to sell hours under the Annual Buy Back if they have more than 200 hours of unsold and unused vacation leave as of the last pay check of the fiscal year.  Members may sell Lee County Sheriff's Office all, any or none of the unused hours which they have accrued during the fiscal year and that are above 200 hours. Full-time non-probationary employees are eligible to sell up to 80/84 hours under the Annual Buy Back of Vacation Leave Policy. Buy back can occur as long as the member has the vacation time accrued and not scheduled to be utilized as of the last pay check of the calendar year.  Election forms will be sent out at the end of January.  If Finance does not receive the members Annual Buy Back election form by the due date specified on the form all unused hours accrued during the calendar year will be banked (as long as the accrued hours are under the vacation cap of 600 hour) and the

22:17

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

member will not receive a paycheck for use of vacation time off as policy.  The Annual Buy Back of Vacation Leave will be paid out in the first quarter of the new year.

If a member ceases to be employed by the Office of the Sheriff and is due any payment for accrued benefits, the Sheriff retains the right to make payments either in a lump sum amount or in normal payroll amounts until the obligation is fully paid.

**22.2.1.8   Vacation Leave Cap:**

Maximum accrued vacation leave is set at 600 hours. Effective January 1, 2018, members of the Lee County Sheriff's Office may only carry over a maximum of 600 hours of vacation leave into the next calendar year. Members currently having 500 hours or more of accrued leave, and all members when they reach 600 hours, must use all annual accrued leave in the calendar year it is accrued, or they will lose it.

1. **Leave requests – member's responsibilities**

   A. It is the responsibility of each member to submit annual vacation leave requests before February 28th.  If requests are submitted later in the year and cannot be met due to scheduling conflicts (e.g., too many personnel already approved for leave) the member will request alternate leave or they will be assigned leave time conducive to operational needs.  If accrued vacation hours at the end of the year exceed the maximum 600 hour cap, or the member's individual cap established on February 1, 2000, these hour shall be forfeited.  *Exception:*  if a previously approved leave is canceled by the agency due to extreme circumstances, is not able to be rescheduled in the current year, (e.g., natural disaster, emergency, non-changeable trial date, etc.), then the hours will be carried over to the following year for use during that year.

   B. **Mandatory assignment of leave -** If scheduling conflicts arise, the component supervisor will assign vacation leave based on seniority (date of rank / date of submission).  Because of the complexity of scheduling and to avoid any member losing hours due to the limit on annual leave carryover, there will be instances when the component supervisor will assign vacation leave *at* non-peak times even though the member is not seeking leave at that time.

   C. **Final compensation for accrued leave -** When members separate from the Lee County Sheriff's Office they will receive a payment for any unused vacation leave (up to a maximum of 500 accrued leave hours) at their separation hourly rate of pay. Per Florida Retirement System (FRS) guidelines, up to 500 hours-may be included in the final compensation calculation for retirement.  These hours are not counted as worked hours

22:18

LCSO/Clark
DEF001028

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 07/21

for determining any overtime, which might be due an employee during a payroll period.   Members may only sell these 500 hours at 100% once in their career at Lee County Sheriff's Office. Leave hours in excess of 500 hours will be compensated at ½ separation hourly rate. An employee may choose to have their 500 hours paid up to 6 months prior to their DROP date. At this time, any hours in excess of the 500 will be paid at ½ separation hourly rate. Per FRS any hours paid in excess of 500 hours are *not* included in the final compensation calculation for retirement.

### 22.2.1.1   The FRS Investment Plan

Those members who are currently in the FRS Pension Plan and are contemplating a one-time change to the FRS Investment Plan prior to leaving the agency should adhere to the following instructions:

A.   It is imperative that the member submit in writing 90 days prior to their retirement/separation date a letter through the chain of command requesting that the Sheriff approve their request to separate from the LCSO.  Once the Sheriff officially accepts and approves the request, the member will be considered retired/separated from the LCSO effective upon the agreed separation date.

B.   A letter should accompany the above, to the Finance Director requesting that their accrued vacation hours be paid out in advance of their leave date so that the hours are counted towards the member's final compensation.

C.   This amount must be reported to FRS one month prior to the employee's separation with LCSO.

D.   In order to calculate these hours in the conversion, the member cannot change to the Investment Plan prior to the reporting of these funds, but must do so before separating with LCSO.  If FRS does not receive this amount reported one month prior to the separation date, than it will not be counted towards the member's final compensation and LCSO will not be able to make adjustments.

### 22.2.1.2   (22.1.2-e) Maternity Leave:  Please refer to the information regarding the Family/Medical Leave Act within this Chapter.

### 22.2.1.3   Bereavement Leave:

In the event of a death in the immediate family, a member may be granted administrative absence with pay to grieve the loss of a close family member, prepare for and attend a funeral, and/or to any other immediate post-death matters. The maximum time allowed is three (3) consecutive days. If travel out-of-state is requires a total of 4 days will be allowed.   Immediate

**LCSO/Clark
DEF001029**

family is defined as:  mother, father, brother, sister, child, stepchild, husband or wife, grandchild
and grandparent.  An in-law is considered the same as a blood relative.

### 22.2.1.4   Military Leave:

1.    Lee County Sheriff's Office is committed to protecting the job rights of
      employees/members absent on military leave. In accordance with federal and state
      law, it is the Agency's policy that no employee or prospective employee will be
      subjected to any form of discrimination on the basis of that person's membership
      in or obligation to perform service for any of the Uniformed Services of the
      United States. Specifically, no person will be denied employment, reemployment,
      promotion, or other benefit of employment on the basis of such membership.
      Furthermore, no person will be subjected to retaliation or adverse employment
      action because such person has exercised his or her rights under this policy. If any
      employee believes that he or she has been subjected to discrimination in violation
      of this policy, the employee should follow their chain of command, and
      immediately contact their Bureau Commander or Human Resources. "Employee"
      is used interchangeably with "Member" throughout this policy.

2.    Military Leave - It shall be the policy of the Lee County Sheriff's Office to adhere
      to the following guidelines set forth for Military Leave for active duty military
      service if Military Leave for military training purposes. Any employee who is a
      member of any reserve component of the armed forces of the United States or of
      the Florida National Guard shall be entitled to leave of absence from their duties
      for all periods of military service during which they are engaged in the
      performance of active duty or military training in the service of this State, or of
      the United States.

3.    **Procedures for All Military Leave**

      A.    The employee will provide his or her immediate supervisor and the
            Human Resources Division with notice that the employee will be engaging
            in military service, including, where feasible, a copy of the orders
            directing the military service, unless the employee is prevented from doing
            so by military necessity. Employees are required to provide such notice
            within 30 days of  being called up for military service regardless of the
            type of service (i.e. training, active duty military service call up); unless
            the orders were issued with, less than 30 days notice.

            1)    If the military leave is for leave without pay for military service the
                  employee must complete a memo through his/her chain of
                  command to the Bureau Commander with a copy of his/her
                  military orders. The Bureau Commander will review and sign the

LCSO/Clark
DEF001030

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

request for leave without pay for military service and forward documents to Human Resources and Finance for processing.

a) Employees on military leave may, at their option, use any or all accrued paid vacation or personal leave during their military service.

b) When the employee intends to return to work, he or she must notify their immediate supervisor and Human Resources within the application period set forth below. (Ordinarily 90 days from date of discharge)

c) If the employee does not return to work, the supervisor must notify their Bureau Commander and Human Resources so that appropriate action may be taken.

2) Human Resources shall be the point of contact for members on military deployment. The member must provide Human Resources with a contact name and phone number on behalf of them while on military leave. (22.1.9a)

3) Out-processing will be completed, including an exit interview with the Sheriff or designee, if deployment will be longer than 180 days. (22.1.9c)

4) Depending on the length of leave, Human Resources may require that the agency owned firearms and vehicles  be returned to the appropriate custodian for storage or reissue. (22.1.9d)

5) When the member returns from military service, Human Resources will complete any necessary paperwork for the member's re-activation and may schedule an interview with the Sheriff or designee. (22.1.9e)

6) The member's Bureau will complete an action sheet placing them on military leave.

7) The member will provide Human Resources a copy of his/her DD214 when appropriate, after they return.

8) Upon return, the member will complete any needed initial and/or refresher training, and weapons qualification as appropriate. The member's Bureau will complete an action sheet removing them from military leave. (22.1.9f)

LCSO/Clark
DEF001031

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 07/21

9)   Human Resources will communicate as necessary with the
deployed member. (22.1.9g)

4.   **Military Leave with Pay for Military Training -** Pursuant to Sect. 115.07, Fla.
Stat., each employee who is on military leave for military training shall be paid
his or her regular salary or compensation for a period, or periods, not exceeding
240 working hours in any one (1) annual period. Scheduled off duty days do not
count toward the 240 working hours allowed. The employee continues to earn
service credit, and applicable annual and/or sick leave accruals while on Military
Leave with Pay. All other rights and benefits continue to which the employee is
otherwise entitled. A regular employee who has exhausted the 240 working hours
of paid leave in any one annual period may elect to use accrued annual leave. In
addition, a regular employee may use accrued sick leave if the employee provides
proof to the Agency that he/she was sick while called to military service for
training.

A.   In accordance with federal law and state law, employees are not required
to use vacation leave for military service. However, employees may elect
to use their vacation leave. Employees must request in writing to use
unused vacation leave balances or take leave without pay for the entire
military leave period.

B.   If an employee decides not to use their accrued vacation/flex leave, and
elects to be on military leave without pay for their military service, the
member will not earn annual or sick leave during any of those military
service periods in which the member is on leave without pay.

5.   **Military Leave without Pay -** shall be granted to all members for periods
training activity with the armed forces of the United States, its reserve
components or the Florida National Guard for periods beyond the 240 working
hours of paid leave in any one annual period. Military leave without pay shall be
granted to employees voluntarily entering the regular components of the Armed
Forces of the United States. Members called up for active duty military service
should refer to the section below regarding when they will be placed on leave
without pay status.

A.   During a period of unpaid military leave, a regular employee may retain
all accrued accumulated annual and/or sick leave.

B.   Annual and/or sick leave will not accrue during an unpaid leave status.

C.   Leave accrual rates will be adjudicated as if the person had never been
absent from our agency for this military leave.

6.   **Active Duty Military Service Call Ups**

22:22

LCSO/Clark
DEF001032

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

A.   Active Duty Military service means a call up for active military service not otherwise qualifying as a reserve or guard training.

B.   During the first 30 calendar days of active duty military service, members will be paid full regular pay by LCSO. Employee will be paid according to their regular work schedule beginning with the first day of their long-term military leave. Deductions will continue to be deducted/taken from the employee's paycheck.

C.   Active Duty Military Service Call Ups that Exceed 1 month but less than 6 months:

1)   For active duty military service call ups that exceed 1 month but less than 6 months, LCSO will provide the individual a monthly pay differential equal to the difference between the current gross monthly wage or salary and the sum of the gross military pay and allowances beginning with the 31st calendar day of activation for up to 181 days/6 months of call up.

2)   Following the first 30 calendar days and up to 181 days/6 months of call up, individuals are entitled to continue LCSO medical, dental, and vision coverage and the cost of coverage will be as if the individual were not on military leave. Employee/member must contact the Insurance Benefit Coordinator to discuss options regarding insurance coverage while on military leave. If the member chooses to continue or cancel coverage they must notify the Insurance Benefit Coordinator within 30 days of the beginning date of military leave.

D.   Active Duty Military Service Call Ups that Exceed 6 Months:

1)   If a member receives Military orders extending their active duty military service for a length of period exceeding 6 months then the member will be placed on Military Leave Without Pay status beginning on the 181st day of their extended active duty military service time. The member will be afforded the right of re-employment in the job that they left for the purpose of the active duty call up or in a substantially equivalent job, (refer to policy on separation from office) provided they:

2)   Present a certificate of satisfactory completion of service, DD214

3)   Apply for reinstatement within the time limits specified by law, ordinarily 90 days from the date of discharge from the service, and;

22:23

4) Would not have been laid off if employment had not been interrupted by military service.

5) A determination of the terms and conditions of re-instatement (rate of pay, seniority status where appropriate, length of service for benefits eligibility purposes, etc.) will be discussed with the Bureau Commander upon their return.

E. The member will be sent a letter informing the member that he/she may choose to continue medical coverage for him/herself and/or any covered family members under COBRA for up to 24 months or until discharge, whichever is less, by paying up to 100% of the full contribution of the premium. The military provides health insurance free to military members and their families when they have been activated for military service. In addition, when the employee returns to active employment, upon receipt of military form DD214 with honorable discharge, the agency will submit missed contributions to the Florida Retirement System for this period of military service.

**7.** **Continuation of Benefits -**

A. Insurance

1) If elected, medical insurance coverage may be continued during a period of military service for the lesser of:

  a) 24 months following the beginning of the military leave without pay status; or

  b) The day after the date on which the employee fails to report to work or apply for employment as determined in Re-employment Rights.

B. If coverage is continued, the employee will be required to pay premiums as follows:

1) 30 or less days of service – no cost of health, dental, vision premium for employee and dependents if status Military Leave with Pay or

2) For Active Duty call up(s) continuation of coverage of health, vision, dental coverage's will be up to 6 months at no cost for the employee if coverage is elected within first 30 days of military activation.

LCSO/Clark
DEF001034

3) The group term life/AD&D insurance provided by the Agency will terminate the day the employee is on Military Leave without Pay.

4) Voluntary supplemental life/AD&D and other insurance and pay roll deductions will terminate the day the employee is on Military leave without pay.

C. If the employee elects to discontinue insurance coverage, a waiting period may or may not be imposed for reinstatement of coverage upon reemployment. Continuation of plans will be in accordance with the provisions of the plan(s).

D. **Pension -** With respect to the FRS retirement plan, upon reemployment, employees who have taken military leave will be credited for purposes of vesting with the time spent in military service and will be treated as not having incurred a break in service. Immediately upon reemployment, the employee must provide a copy of their DD214, to Finance showing honorable discharge, the agency will then submit missed contributions for the military service time.

E. A returning employee is entitled to the same seniority, rights and benefits; he/she would have had if employment had been continuous. Except as listed in E.2. in this policy, annual and/or sick leave will not accrue during an unpaid leave status.

### 22.2.1.5  Educational Leave:

 If it is determined that further education will benefit the Office, the Sheriff may grant a leave of absence without pay to any member requesting the same, in writing, through the chain-of-command, with the recommendation of the member's Bureau Commander that such leave of absence be granted.  Educational Leaves will not exceed twelve (l2) months UNLESS the Sheriff deems it justified and reasonable to extend, on an individual basis.  Members who have been granted a leave of absence for educational purposes will submit an official transcript of record or official grade card from the school or institution attended at the end of each term or grade period. An official transcript of record of all courses taken, grade attainment in each and credits received, will be submitted by the member, through the chain-of-command, to the Sheriff immediately upon return to active duty.

## 22.2.2   THE FAMILY AND MEDICAL LEAVE ACT OF 1993 (22.1.2 E):

The U.S. Department of Labor's Employment Standards Administration, Wage and Hour Division, administers and enforces the Family and Medical Leave Act (FMLA) for all private, state and local government employee and some federal employees. Most federal and certain

LCSO/Clark
DEF001035

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

congressional employees are also covered by the law and are subject to jurisdiction of the U.S. Office of Personnel Management or the Congress.

The FMLA entitles eligible employees to take up to 12 weeks of unpaid, job-protected leave in a 12-month period for specified family and medical reasons. Amendments to the FMLA by the National Defense Authorization Act for FY 2008 (NDAA), Public Law 110-181, expanded the FMLA to allow eligible employees to take up to 12 weeks of job-protected leave in the applicable 12-month period for any "qualifying exigency" arising out of the fact that a covered military member is on active duty, or has been notified of an impending call or order to active duty, in support of a contingency operation. The NDAA also amended the FMLA to allow eligible employees to take up to 26 weeks of job-protected leave in a "single 12-month period" to care for a covered service member with a serious injury or illness

Amendments to the FMLA by the NDAA for Fiscal Year 2010 (2010 NDAA), Public Law 111-84, Section 565, expand coverage for military exigency leave and military caregiver leave.  The changes in the 2010 NDAA provide exigency leave coverage to the spouse, parent, son, or daughter of a service member in the Regular Armed Forces who is deployed to a foreign country. Provisions also expand caregiver coverage to family members of veterans receiving treatment, recuperation, or therapy for a serious injury or illness incurred in the line of duty if the injury or illness was within a five-year period before the leave commences.  The coverage applies even if the injury or illness manifested itself after the service member's discharge from military service. For detailed information on the 2010 amendments, visit http://www.dol.gov/whd/fmla/.

### 22.2.2.1   Employer Coverage

FMLA applies to all public agencies, including state, local and federal employers, local education agencies (schools), **and** private-sector employers who employed 50 or more employees in 20 or more workweeks in the current or preceding calendar year, including joint employers and successors of covered employers.

### 22.2.2.2   Employee Eligibility

To be eligible for FMLA benefits, an employee **must**:

1.   Work for a covered employer;

2.   Have worked for the employer for a total of 12 months;

3.   Have worked at least 1,250 hours over the previous 12 months; and

4.   Work at a location in the United States or in any territory or possession of the United States where at least 50 employees are employed by the employer within 75 miles.

LCSO/Clark
DEF001036

While the 12 months of employment need not be consecutive, employment periods prior to a break in service of **seven** years or more need not be counted unless the break is occasioned by the employee's fulfillment of his or her National Guard or Reserve military obligation (as protected under the Uniformed Services Employment and Reemployment Rights Act (USERRA)), or a written agreement, including a collective bargaining agreement, exists concerning the employer's intention to rehire the employee after the break in service. *See*, FMLA Special Rules for Returning Reservists.

### 22.2.2.3  Leave Entitlement

A covered employer must grant an eligible employee up to a total of **12 work weeks** of **unpaid** leave during any 12-month period for one or more of the following reasons:

1.    For the birth and care of a newborn child of the employee;

2.    For placement with the employee of a son or daughter for adoption or foster care;

3.    To care for a spouse, son, daughter, or parent with a serious health condition;

4.    To take medical leave when the employee is unable to work because of a serious health condition; **or**

5.    For qualifying exigencies arising out of the fact that the employee's spouse, son, daughter, or parent is on active duty or call to active duty status as a member of the Regular Armed Forces and who is deployed to a foreign country.

A covered employer also must grant an eligible employee who is a spouse, son, daughter, parent, or next of kin of a current member of the Armed Forces, including a member of the National Guard or Reserves, with a serious injury or illness up to a total of **26 workweeks** of **unpaid** leave during a "single 12-month period" to care for the service member. Under the 2010 NDAA amendments, the definition of "covered service member" is expanded to include a veteran "who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness" if the veteran was a member of the Armed Forces "at any time during the period of 5 years preceding the date on which the veteran undergoes that medical treatment, recuperation, or therapy." *See* Fact Sheet 28A for specific information regarding military family leave.

Spouses employed by the same employer are limited in the **amount of** family leave they may take for the birth and care of a newborn child, placement of a child for adoption or foster care, or to care for a parent who has a serious health condition **to a combined total of 12 weeks** (or 26 weeks if leave to care for a covered service member with a serious injury or illness is also used). Leave for birth and care, or placement for adoption or foster care, must conclude within 12 months of the birth or placement.

22:27

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

Under some circumstances, employees may take FMLA leave intermittently – taking leave in separate blocks of time for a single qualifying reason – or on a reduced leave schedule – reducing the employee's usual weekly or daily work schedule. When leave is needed for planned medical treatment, the employee must make a reasonable effort to schedule treatment so as not to unduly disrupt the employer's operation. If FMLA leave is for birth and care, or placement for adoption or foster care, use of intermittent leave is subject to the employer's approval.

Under certain conditions, employees **or** employers may choose to "substitute" (run concurrently) accrued **paid** leave (such as sick or vacation leave) to cover some or all of the FMLA leave. An employee's ability to substitute accrued paid leave is determined by the terms and conditions of the employer's normal leave policy. Lee County Sheriff Office's policy requires an employee on FMLA to utilize all available accruals (sick, personal, vacation) while on leave.

Any leave taken as part of a worker's compensation claim will be designated as FMLA leave and will run concurrently with the FMLA leave entitlement.

6.      "**Serious health condition**" means an illness, injury, impairment, or physical or mental condition that involves either:

A.      Inpatient care (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical-care facility, including any period of incapacity (*i.e.*, inability to work, attend school, or perform other regular daily activities) or subsequent treatment in connection with such inpatient care; **or**

B.      Continuing treatment by a health care provider, which includes:

1)      A period of incapacity lasting more than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that **also** includes:

a)      treatment two or more times by or under the supervision of a health care provider (*i.e.*, in-person visits, the first within 7 days and both within 30 days of the first day of incapacity); **or**

b)      one treatment by a health care provider (*i.e.*, an in-person visit within 7 days of the first day of incapacity) with a continuing regimen of treatment (*e.g.*, prescription medication, physical therapy); **or**

2)      Any period of incapacity related to pregnancy or for prenatal care. A visit to the health care provider is not necessary for each absence; **or**

3) Any period of incapacity or treatment for a chronic serious health condition which continues over an extended period of time, requires periodic visits (at least twice a year) to a health care provider, and may involve occasional episodes of incapacity. A visit to a health care provider is not necessary for each absence; **or**

4) A period of incapacity that is permanent or long-term due to a condition for which treatment may not be effective. Only supervision by a health care provider is required, rather than active treatment; **or**

5) Any absences to receive multiple treatments for restorative surgery or for a condition that would likely result in a period of incapacity of more than three days if not treated.

## 22.2.2.4  Benefits Coverage During Leave

A covered employer is required to maintain group health insurance coverage for an employee on FMLA leave whenever such insurance was provided before the leave was taken and on the same terms as if the employee had continued to work. If applicable, arrangements will need to be made for employees to pay their share of health insurance premiums while on leave. In some instances, the employer may recover premiums it paid to maintain health coverage for an employee who fails to return to work from FMLA leave.

## 22.2.2.5  Job Restoration

A member eligible for family and/or medical leave – with the exception of those members designated by law as "highly compensated members" – will be restored to their original position or to a position with equivalent pay, benefits, and other terms and conditions of appointment (including shift and location). The Sheriff cannot guarantee that a member will be returned to their original assignment. An employee's use of FMLA leave cannot result in the loss of any employment benefit that the employee earned or was entitled to **before** using FMLA leave, nor be counted against the employee under a "no fault" attendance policy. A member is not entitled to the accrual of any seniority or appointment benefits that would have occurred if leave was not taken.  A member who takes family or medical leave will not lose any appointment benefits that accrued before the date leave began. If a bonus or other payment, however, is based on the achievement of a specified goal such as hours worked, products sold, or perfect attendance, and the employee has not met the goal due to FMLA leave, payment may be denied unless it is paid to an employee on equivalent leave status for a reason that does not qualify as FMLA leave.

An employee has no greater right to restoration or to other benefits and conditions of employment than if the employee had been continuously employed.  An employee on FMLA leave is not protected from actions that would have affected him or her if the employee was not

22:29

**LCSO/Clark**
**DEF001039**

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 07/21

on FMLA leave. For example, if a shift has been eliminated, or overtime has been decreased, an employee would not be entitled to return to work, that shift, or the original overtime hours.

Additional restrictions and conditions may be obtained from the Human Resources Director, as part of the Federal Legislation.

### 22.2.2.6   Notice and Certification

1. **Employee Notice**

Employees seeking to use FMLA leave are required to provide 30-day advance notice of the need to take FMLA leave when the need is foreseeable and such notice is practicable. If leave is foreseeable less than 30 days in advance, the employee must provide notice as soon as practicable – generally, either the same or next business day. When the need for leave is not foreseeable, the employee must provide notice to the employer as soon as practicable under the facts and circumstances of the particular case. Absent unusual circumstances, employees must comply with the employer's usual and customary notice and procedural requirements for requesting leave.

Employees must provide sufficient information for an employer reasonably to determine whether the FMLA may apply to the leave request. Depending on the situation, such information may include that the employee is incapacitated due to pregnancy, has been hospitalized overnight, is unable to perform the functions of the job, and/or that the employee or employee's qualifying family member is under the continuing care of a health care provider.

When an employee seeks leave for a FMLA-qualifying reason for the first time, the employee need not expressly assert FMLA rights or even mention the FMLA. When an employee seeks leave, however, due to a FMLA-qualifying reason for which the employer has previously provided the employee FMLA-protected leave, the employee must specifically reference either the qualifying reason for leave or the need for FMLA leave.

2. **Employer Notice**

Covered employers must post a notice approved by the Secretary of Labor explaining rights and responsibilities under FMLA. At the LCSO this notice is placed on the Intranet and is part of the DOL poster series posted through the agency. An employer that willfully violates this posting requirement may be subject to a fine of up to $110 for each separate offense. Additionally, employers must either include this general notice in employee handbooks or other written guidance to employees concerning benefits, or must distribute a copy of the notice to each new employee upon hiring.

When an employee requests FMLA leave or the employer acquires knowledge that leave may be for a FMLA purpose, the employer must notify the employee of his or her

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

eligibility to take leave, and inform the employee of his/her rights and responsibilities under FMLA. When the employer has enough information to determine that leave is being taken for a FMLA-qualifying reason, the employer must notify the employee that the leave is designated and will be counted as FMLA leave. The employer's decision to designate leave as FMLA-qualifying must be based only on information received from the employee or the employee's spokesperson (e.g., if the employee is incapacitated, the employee's spouse, adult child, parent, doctor, etc., may provide notice to the employer of the need to take FMLA leave). Sheriff's Office policy does not allow an employee to "waive" their rights under FMLA.

3.   **Certification**

Employers may require that an employee's request for leave due to a serious health condition affecting the employee or a covered family member be supported by a certification from a health care provider. The certification must state the date on which the health condition commenced, the probable duration of the condition, and a brief, appropriate description of the medical condition.  If the member is needed to care for a spouse, child or parent, the certification must state this, along with an estimate of the amount of time the member will be needed.  If the member has a serious health condition, the certification must state that the member cannot perform the functions of his or her job. In the case of a foreseeable leave, if an employee fails to provide certification in a timely manner as required by F.S.825.313, then an employer may deny FMLA coverage until the required certification is provided. In the case of unforeseeable leave, an employer may deny FMLA coverage for the requested leave if the employee fails to provide a certification within 15 calendar days from receipt of the request for certification unless not practicable due to extenuating circumstances. i.e. a medical emergency. If the employee never produces the certification, the leave is not FMLA leave, and the employer can deny FMLA protections.

An employer may require second or third medical opinions (at the employer's expense) and periodic recertification of a serious health condition. An employer may use a health care provider, a human resource professional, a leave administrator, or a management official – but not the employee's direct supervisor – to authenticate or clarify a medical certification of a serious health condition. An employer may have a uniformly-applied policy requiring employees returning from leave for their own serious health condition to submit a certification that they are able to resume work. If reasonable safety concerns exist, an employer may, under certain circumstances, require such a certification for employees returning from intermittent FMLA leave.

## 22.2.2.7  Unlawful Acts

It is unlawful for any employer to interfere with, restrain, or deny the exercise of any right provided by FMLA. It is also unlawful for an employer to discharge or discriminate against any

LCSO/Clark
DEF001041

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

individual for opposing any practice, or because of involvement in any proceeding, related to FMLA.

**22.2.2.8   Enforcement**

The Wage and Hour Division investigates complaints. If violations cannot be satisfactorily resolved, the U.S. Department of Labor may bring action in court to compel compliance. Individuals may also be able to bring a private civil action against an employer for violations.

**22.2.2.9   Other Provisions**

Salaried executive, administrative, and professional employees of covered employers who meet the Fair Labor Standards Act (FLSA) criteria for exemption from minimum wage and overtime under Regulations, 29 CFR Part 541, do not lose their FLSA-exempt status by using any unpaid FMLA leave. This special exception to the "salary basis" requirements for FLSA's exemption extends only to an "eligible" employee's use of leave required by FMLA.

**22.2.2.10   Military Family Leave:**

The 2008 National Defense Authorization Act, Public Law 110-181, section 585(a) amended the FMLA to provide eligible employees working for covered employers two important new leave rights related to military service:

1.    Eligible employees are entitled to up to 12 weeks of leave because of "any qualifying exigency" arising out of the fact that the spouse, son, daughter or parent of the employee is on active duty, or has been notified of an impending call to active duty status, in support of a contingency operation.

2.    An eligible employee who is the spouse, son, daughter, parent, or next of kin of a covered service member who is recovering from a serious illness or injury sustained in the line of duty on active duty shall be entitled to up to 26 weeks of leave during a single 12-month period to care for the service member. This military caregiver leave is available during a single 12-month period during which an eligible employee is entitled to a combined total of 26 weeks of all types of FMLA leave.

On October 28, 2009, the President signed into law the National Defense Authorization Act for Fiscal Year 2010 (2010 NDAA), Public Law 111-84. Section 565 of the 2010 NDAA amends the Family and Medical Leave Act (FMLA). These amendments expand the military family leave provisions added to the FMLA in 2008, which provide qualifying exigency and military caregiver leave for employees with family members who are covered military members.

The 2010 NDAA amendments to the FMLA provide that an eligible employee may take FMLA leave for any qualifying exigency arising out of the fact that the employee's spouse, son, daughter, or parent is on (or has been notified of an impending call to) "covered active duty" in

the Armed Forces. "Covered active duty" for members of a **regular** component of the Armed Forces means duty during deployment of the member with the Armed Forces to a foreign country. "Covered active duty" for members of the **reserve** components of the Armed Forces (members of the U.S. National Guard and Reserves) means duty during deployment of the member with the Armed Forces to a foreign country under a call or order to active duty in a contingency operation as defined in section 101(a)(13)(B) of title 10, United States Code. (Prior to the 2010 NDAA amendments, qualifying exigency leave did not apply to employees with family members serving in a regular component of the Armed Forces and there was no requirement that members of the National Guard and Reserves be deployed with the Armed Forces to a foreign country.)

The 2010 NDAA also expands the <u>military caregiver leave</u> provisions of the FMLA. Military caregiver leave entitles an eligible employee who is the spouse, son, daughter, parent, or next of kin of a "covered service member" to take up to 26 workweeks of FMLA leave in a single 12-month period to care for a "covered service member" with a "serious injury or illness". Under the 2010 NDAA amendments, the definition of "covered service member" is expanded to include a **veteran** "who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness" if the veteran was a member of the Armed Forces "at any time during the period of 5 years preceding the date on which the veteran undergoes that medical treatment, recuperation, or therapy." (Prior to the 2010 NDAA amendments, military caregiver leave was limited to care for current members of the Armed Forces, including regular components and National Guard and Reserves.)

In addition, the 2010 NDAA amends the FMLA's definition of a "serious injury or illness". For a current member of the Armed Forces the definition is amended to include not only a serious injury or illness that was incurred by the member in line of duty on active duty but also a serious injury or illness that "existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the Armed Forces" that may render the member medically unfit to perform the duties of the member's office, grade, rank, or rating. For a veteran, a serious injury or illness is defined as "a qualifying injury or illness that was incurred by the member in line of duty on active duty in the Armed Forces (or existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the Armed Forces) and that manifested itself before or after the member became a veteran."

## 22.2.2.11   Procedures for Requesting Leave:

A member requesting leave shall submit a "To-From", via chain-of-command, to Risk Management.  A member intending to take family or medical leave because of an expected birth or placement, or because of a planned medical treatment, must submit the request for leave at least thirty (30) days before the leave is to begin (excluding exigent circumstances).  If, due to exigent circumstances, leave is to begin within thirty (30) days or less, a member must give notice to their supervisor and Risk Management as soon as the necessity for the leave arises.

22:33

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

**22.2.2.12   Use of Agency Vehicles While on FMLA:**

No Sheriff's Office member will be allowed to maintain possession of an agency vehicle for any leave of absence that exceeds fourteen days.  Vehicles shall be turned in to the Fleet Division as soon as possible at or near the time of leave commencement.

**22.2.2.13   Retroactive Designation of Leave:**

The agency may designate leave retroactively when the leave was taken for an FMLA-qualifying reason but the agency was initially unaware of the reason, or when the agency knows the reason for the leave, but needs time to confirm that the leave qualifies under FMLA. If an absence is at first not FMLA leave, but later becomes such, only that portion of the leave is designated as FMLA.

**22.2.2.14   Domestic Violence/Employee Leave**

Employees with at least three months service time are eligible to request up to three working days of leave within a 12-month period if the employee is a victim of domestic violence and the leave is sought for:

1.   Seek an injunction for protection against domestic violence;

2.   Obtain medical care or mental health counseling;

3.   Obtain services from a victim-services organization;

4.   Make the employee's home secure or to seek new housing; or

5.   To seek legal assistance to address issues arising from the act of domestic violence and to attend and prepare for court-related proceedings arising from the act of domestic violence.

The employee is required to provide advance notice of the leave (except in cases of imminent danger) and use all available annual or vacation leave, personal leave and sick leave available prior to using the leave provided for in House Bill 55.

Employers are required to document the act of domestic violence, and keep the information relating to the employee's leave confidential.

**22.2.2.15   Leave of Absence Without Pay:**

The Sheriff's Office recognizes that, on occasion, a member may have need of some time off from work when they do not have sufficient credits accumulated to cover this time and/or the available FMLA has been exhausted for the current eligibility period.  The Sheriff may grant a member of the Sheriff's Office a leave of absence without pay, with good and sufficient reasons,

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

within the confines of the law. Said leave of absence will be no longer than SIX (6) months and must be applied for in writing to the Sheriff via the chain-of-command.

Status upon return from leave without pay: A member who takes such leave waives their right to be reinstated at the same rank, pay and/or job assignment, although at the Sheriff's discretion the member may be allowed to retain seniority.

### 22.2.2.16   Fringe Benefits and Wage Increase Restrictions:

1.  Members will not earn annual or sick leave benefits while on leave of absence without pay.

2.  No credit towards retirement time will be earned by a member while on leave of absence without pay or **unpaid** FMLA leave.

3.  The Office of the Sheriff will not provide group insurance benefits for members on leave of absence without pay, except as defined in the Family/Medical Leave Act.

### 22.2.2.17   (22.1.3-c) Disability leave – worker's compensation, disability Status, modified duty:

### 22.2.2.18   Worker's Compensation:

Effective August 1, 2017, Florida Sheriffs Risk Management Fund (FSRMF), began handling all workers' compensation claims for the Florida Sheriff's Worker's Compensation Self-Insurance Fund (FSWCSIF), which includes the Lee County Sheriff's Office. The following is a summary of the Worker's Compensation Policy for this agency and Florida Statute 440:

1.  **Law Enforcement Personnel Maliciously or Intentionally Injured.**  Any certified law enforcement officer who, while acting within the course of employment, is maliciously or intentionally injured, shall be carried at full pay.

2.  **Injured - But NOT Malicious or Intentional.**  The day of the accident or injury, the Lee County Sheriff's Office will pay the employee full pay and charge regular hours or salary; this follows Chapter 440, Florida Statutes.

    If the worker's comp physician places the employee on a no work status, starting on day 2 of the absence, the employee shall be carried at full pay status (100% of **gross pay**) for a period not to exceed six (6) months from date of injury without being required to use accrued leave time.  Full pay status shall be based on the member's salary at the time of the accident.

    In the event the Worker's Compensation leave becomes an unpaid leave, or Worker's Compensation benefits have been exhausted, the substitution provision

22:35

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 07/21

becomes applicable and the Lee County Sheriff's Office will require the use of accrued paid leave by the member.

Any and all leave associated with an on-the-job injury or illness (paid or unpaid), where the injury or illness is a "serious health condition," as defined in the Family and Medical Leave Act, shall be designated as FMLA and run concurrently with Worker's Compensation.

**NOTE:** *Any injury that occurs as the result of the employee's failure to use a safety device or equipment, as required by state law and/or agency policy, shall result in a 25% reduction of the employee's work comp benefits, as stated in Florida Statutes 440.09.*

### 22.2.2.19   Reporting Guidelines for Personnel Injuries (22.2.2 D)

The purpose of this general order is to define specific guidelines for the reporting and handling of line of duty (Workers Compensation) injuries involving employees of the Lee County Sheriff's Office. This procedure is designed to facilitate the prompt and accurate completion of all reports and other documents required by the State of Florida, the Sheriff's Workers Compensation insurance carrier, and the Sheriff's Office, for personnel who are injured while working or while on duty and acting on behalf of the Sheriff's Office.

1.   Definitions:

A.   Injury – Bodily injury or death by accident, arising out of and in the course of employment, and such disease or infection as naturally or unavoidably results from such injury.

B.   Carrier – At the time the injury occurs, the insurance company that approves and provides payment for Workers Compensation claims.

C.   Line of Duty Disability (Workers Compensation) – As defined by Chapter 440, F.S.S., an injury or illness that renders Sheriff's Office personnel unable to perform the required duties of their job classification and occurs as a direct result of performing authorized duties or while engaged in employment. The determination as to whether the injury or illness qualifies as "in the line of duty" requires case by case review, with the insurance carrier making the final decision.

D.   Risk Management Unit – Administers workers compensation and light duty. Monitors all disabled statuses for the Office. Telephone 239-477-1136, 239-477-1122, or 239-477-1466. Fax 239-477-1127.

E.   Florida Sheriffs Risk Management Fund (formerly North American Risk Services), Altamonte Springs, FL – The workers compensation insurance

LCSO/Clark
DEF001046

company administrating all work related injuries and illnesses sustained after 00:01 hours on August 1, 2017.

F.    Supervisor's and Employee's First Notice of Injury Form – A Sheriff's Office form that is used to document line of duty accidents/injuries, even if no medical evaluation/treatment is required. The form shall be completed by the employee and a supervisor and forwarded to Risk Management as soon as possible upon completion.

G.    Notice of Injury Form (DWC-1) – A Florida Department of Labor form that is used to document line of duty injuries requiring medical evaluation/treatment. The Risk Management Analyst will complete this document and report directly to the Worker's Compensation carrier.

H.    Incident Exposure Report – A Sheriff's Office form that is used to document incidents of exposure to bio-hazardous materials and/or blood-borne pathogens.

I.    Appointment – Includes not only appointments with medical personnel involved in the Workers Compensation process, but also any appointments involving therapy, rehabilitation, vocational assessment, etc. Workers comp appointments must be made during non-duty hours when possible. If it is necessary for the member to miss work for an appointment, the member must use any portion of their accrued time to cover the missed period of work.

J.    Corvel – The workers compensation prescription provider. The Corvel Help Desk telephone number is 1-800-563-8438.

2.    Reporting Procedure:

A.    Injuries to Sheriff's Office personnel that occur during the course of employment must be reported to the employer and, under specified circumstances, to the Florida Division of Workers Compensation. The Notice of Injury form must be received by the insurance carrier no later than seven days after knowledge of the injury or accident.

Per F.S.S. 440.092(2), "an injury to a law enforcement officer as defined in Section 943.10(1), Florida Statutes, during the officer's work period or while going to or coming from work in an official law enforcement vehicle, shall be presumed to be an injury arising out of and in the course of employment unless the injury occurred during a distinct deviation for a non-essential personal errand."

22:37

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 07/21

B.    Supervisors shall ensure that all forms and requirements of this policy are completed and emailed to the Risk Management Unit immediately or no later than 24 hours after the injury. The original copies must be sent to Risk Management before 9:00 am the following day. Failure to properly report work related injuries or accidents or failure to complete and forward to the Florida Division of Workers Compensation required reporting forms can result in a levy of a civil penalty of $500.00.

### 22.2.2.20   Disability Status and Modified Duty

Effective management dictates that this agency maintains a proficient mechanism for the use of personnel resources that are limited by disability. Given the demands placed on the Sheriff's Office by the community, each employee is essential to the Office's successful operation. In the absence of an extension of leave, failure to return to work without restrictions, within the authorized time constraints, shall result in dismissal for failure to return to duty at the end of an authorized leave. In the event such action is necessary, it shall not be disciplinary in nature, but shall be for the good of the organization and enable the Sheriff's Office to hire replacement personnel. Members who are placed on disability status or modified duty and were assigned to a specialty unit receiving incentive pay may have their incentive suspended until they return to full duty status within that unit.

1.    DEFINITIONS:

    A.    **Disability:**   A medical condition that renders a Sheriff's Office employee unable to perform the essential duties of their job classification.

    B.    **Workers' Compensation (WC):**   A duty related injury that is covered by the Sheriff's Office Workers Compensation insurance company.

    C.    **Accruals:**   The below listed paid leaves:

        1)    Sick leave

        2)    Vacation leave

        3)    Personal leave

    D.    **Modified Duty (M/D):** A status in which an employee is, not medically capable of working their normal job assignment, but may work at their full salary in alternate position within the agency. A modified duty assignment is not the right of the employee and can be denied by the Sheriff or designee.

22:38

1)     The LCSO does not designate any position as modified duty. If an accommodation is granted, this status will only be accommodated if a position that matches the employee's restrictions is available.

2)     Modified duty assignments shall be for a period not to exceed 90 calendar days. Extension may be granted on specific individual cases only when a doctor determines a specific return to full duty date, not to exceed 60 days beyond the original 90 days. If the employee cannot return to full duty within the above time frames the matter shall be submitted to the Sheriff who may determine the employee's future assignment. Calculations shall be measured on a rolling calendar year, which shall be calculated by measuring backwards twelve (12) months from the date the employee is approved for modified duty.

3)     Work-related disabilities take priority over non-work related disabilities.

4)     Modified duty assignments and schedules are based on the needs of the agency and will not necessarily coincide with the normal duties and schedule of the employee. Likewise, duty hours and duty days will be established based on LCSO needs and availability.

       a)     Personnel on modified duty assignment may work beyond their normally scheduled hours if required due to operational necessity and only if medically unrestricted.

5)     They shall not perform sworn duties, wear Sheriff's Office uniforms, or drive Sheriff's Office vehicles that are readily identifiable as belonging to the Sheriff's Office (i.e. must be unmarked) if an unmarked vehicle is available to be exchanged out for a marked vehicle. Any employee on modified duty shall not be authorized for assignment to paid overtime details.

6)     Corrections deputies working inside the jail may wear Sheriff's Office uniforms for identification purposes, as authorized by their division commanders. They may only work in non-inmate contact positions.

7)     Civilian attire for modified duty personnel shall be in accordance with existing LCSO policy.

22:39

E. **Restricted Duty (RD)** – A status in which an employee is precluded from working their normal job assignment because of a response to resistance investigation. On R/D employee may perform administrative tasks at their full salary. The work shall be in any bureau as deemed appropriate by executive command staff. Employees on restricted duty status may only drive unmarked agency vehicles with no yellow tags. The LCSO does not designate any position as R/D therefore this status will only be accommodated if an appropriate position is available.

F. **Fitness for Duty** – A status in which an employee is precluded from working their normal job functions because of psychological unfitness for duty. A mandatory fitness for duty evaluation will be required for any employee wishing to return to work from this status.

  1) Suspension of Authority

    a) Arrest and concealed weapons authority shall be suspended for deputies unable to perform their normal duties due to psychological unfitness for duty.

    b) Notification of psychological unfitness for duty of a deputy shall be made to the respective district/division commander. The commander shall take direct recovery of the badge, ID cards, access cards, issued firearms, vehicle and commission cards from the deputy, advising the deputy that their commission, arrest powers, and right to carry a firearm, has been temporarily suspended by the Sheriff.

    c) Suspension of arrest and concealed weapon authority shall not apply to deputies assigned to disability leave as a result of a physical medical impairment, and is not disciplinary in nature.

G. **Medical Leave of Absence (MLOA)** – A Civil Service status for non-paid leave of absence from employment for medical reasons.

H. **Family and Medical Leave Act (FMLA)** – A federal law allowing paid and/or non paid leave for personal or family medical conditions, or the birth or adoption of a child.

I. **Maximum Medical Improvement (MMI)** – A medical diagnosis that determines the percentage and completion of recovery for a medical incident.

**LCSO/Clark
DEF001050**

J.   **Ability to Work Form (ATW)** – A document that includes the Job Task Analysis description that is completed by the doctor to advise if an employee is able to fulfill their duties.

K.   **Return to Work Form (RTW)** – A (green in color) Sheriff's Office memorandum that an employee must obtain to return to duty upon completion of a disability leave. **<u>This form may only be completed by the Risk Management Unit.</u>** "Green sheets" are to be maintained in the employee's file, NOT returned to Risk Management or Human Resources.

L.   **Disability Status -** A disability status is considered:

   1) Workers Compensation (WC)

   2) Medical Leave of absence (MLOA)

   3) Leave without pay Disability Leave Calendar

   4) Modified Duty (MD)

   5) Family and Medical Leave Act (FMLA)

**22.2.2.21   Return to Duty**

1.   Ability to Work (ATW) form must be completed by a physician stating that the employee may return to full duty, without any restrictions.

2.   If the Sheriff's Office questions the ATW of the employee, the Office reserves the right to request second opinions from other doctors. The employee shall not return to duty until a resolution regarding other requested medical opinions is obtained.

3.   Once the ATW is approved, the employee must receive a Return to Work (RTW) "green sheet "form from the Risk Management Unit.

4.   No supervisor shall allow an employee, under the previously described circumstances, to return to duty without a RTW "green sheet". Supervisors are required to maintain green form documents in the specific units and these files will move with the employee when transfers occur. These green forms will NOT contain PHI (protected health information), only duty status.

**22.2.2.22   Modified Duty Review**

The Duty Status Review Board shall periodically review employee's files that are in a disability and/or a Modified Duty status. Duty Status Review Board: The Board may

22:41

LCSO/Clark
DEF001051

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective:  7/91
Revised: 07/21

occur if a review of an employee's work history determines that a review is warranted or if an ill/injured employee has reached MMI and cannot return to full duty.

Factors that may be considered by the Board include the sum of aggregate calendar days measured on a rolling calendar year in which an employee is on a disability leave or modified duty status excluding FMLA and Worker's Compensation. On a case by case basis, time spent in disabled status or modified duty status throughout the employee's career may be considered.

A.   A Rolling Calendar Year shall be calculated by measuring backward twelve (12) months from the date the employee is approved for modified duty, which shall include each day of disability or modified duty through the use of accruals, excluding FMLA, and every day of no paid leave for illness reasons that have been granted.

B.   If the employee is on a leave the day prior and the day after a day off, the days off are included in the count of days.

C.   Use of Accruals: Accruals may be used to supplement the salary payments of worker's compensation or any authorized leave that does not provide 100% of the daily salary. A day is considered part of the 180 day count when accruals are used for a partial work day to supplement a disability leave.

If the Duty Status Review Board feels the employee's condition is not progressing toward recovery, they may require the employee to attend a status review with a physician.

2.   Employee Notification: Risk Management shall provide affected employees a status notification, on approximately the 90th day and the 150th day count of disability leave.

**22.2.2.23   Resolution of Disability Leave**

On a case by case basis, Workers Compensation Laws, Florida State Retirement rules, Standard Operating Procedures, Rules and Regulations, Civil Service rules, Family and Medical Leave Act, Americans with Disabilities Act, Fair Labor and Standards Act, along with any and all other appropriate State and/or Federal Laws shall be used to evaluate each disability to provide the best benefit for the employee and the Sheriff's Office.

**22.2.2.24   Sheriff's Authority**

The Sheriff, as the appointing authority, may allow an extension of any of the dates provided herein. Such consideration shall be granted at the discretion of the Sheriff, and it is intended this apply only in situations in which an individual has been seriously or

LCSO/Clark
DEF001052

Supercedes
Chapter 22 – Rev. 05/21

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 07/21

permanently injured in the line of duty under extraordinary circumstances, or under situations in which the Sheriff deems that a defined extension would be exceptionally beneficial to the Sheriff's Office. The determination by the Sheriff of what circumstances warrant such an extension to be granted shall be final and binding. Once granted, any extension shall be subject to continuance or curtailment, at the discretion of the Sheriff.

### 22.2.3   (22.1.3-B) HEALTH INSURANCE:

After 60 days of employment, all full-time employees and their dependents receive health insurance. The Sheriff's Office pays 100% for member's medical, dental, vision and life insurance (policy will pay one times your yearly salary at the time of your death, or twice that amount if the death is accidental). The Sheriff's Office also pays 100% for your dependent's medical, dental and vision insurance coverage. Current benefits can be obtained from the Personnel Services Division.

Under the Lee County Sheriff's Health Plan Document/Policy, the employee must notify Personnel Services (Benefits Unit) of an event change within **60 days** of the event. The events listed below require this type of notification:

1.    Marriage of an employee

2.    Divorce or legal Separation of an employee

3.    Birth or adoption of a child.

4.    Court appointed legal guardian of a child

5.    Dependent ceases to be a "dependent child"

6.    Loss of health coverage from another employer

Failure to notify the Benefits Unit within this 60 day time frame will result in 1) a dependent not being covered under our health plan until another qualifying event occurs and the change is made within the 60 day time frame, 2) legal action could result, and the employee will be responsible for repayment of benefits.

Health Insurance is available to qualified beneficiaries for continuance of medical and dental coverage for up to 36 months through Consolidated Omnibus Budget Reconciliation Act, referred to as COBRA. COBRA will notify qualified beneficiaries of rates for coverage and payment is made directly to COBRA.

### 22.2.3.2   Retirement Health Benefits:

The Sheriff's and the Civil Service's policy is to pay a percentage of the cost of the health insurance of members of the Lee County Sheriff's Office who retire from active service after

22:43

LCSO/Clark
DEF001053

# EXHIBIT 8



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9887462352 | 621692999–00001 | 09/23/21 | 913 of 4429 |

## Summary for Jenna Clark: 239–850–0188
**IPHONE ADMIN**

### Your Plan

**Public Safety 1st Resp SP UNL**
$39.99 monthly charge
Unlimited monthly minutes

**UNL Text Messaging**
Unlimited M2M Text
Unlimited Text Message

**Email & Data Unlimited**
Unlimited monthly gigabyte

**M2M National Unlimited**
Unlimited monthly Mobile to Mobile

**UNL Night & Weekend Min**
Unlimited monthly OFFPEAK

**UNL Picture/Video MSG**
Unlimited monthly Picture & Video

> Have more questions about your charges?
> Get details for usage charges at
> b2b.verizonwireless.com.

### Monthly Charges

| | | |
|---|---|---|
| Public Safety 1st Resp SP UNL | 09/02 – 10/01 | 39.99 |
| | | **$39.99** |

### Usage and Purchase Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Calling Plan | *minutes* | unlimited | 86 | –– | –– |
| Mobile to Mobile | *minutes* | unlimited | 58 | –– | –– |
| Total Voice | | | | | $.00 |

| Messaging | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Text | *messages* | unlimited | 7 | | |
| Unlimited M2M Text | *messages* | unlimited | 8 | –– | –– |
| Total Messaging | | | | | $.00 |

| Data | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Gigabyte Usage | *gigabytes* | unlimited | .199 | | |
| Total Data | | | | | $.00 |

| **Total Usage and Purchase Charges** | | | | | **$.00** |

### Surcharges

| | |
|---|---|
| Fed Universal Service Charge | .27 |
| Regulatory Charge | .16 |
| | **$.43** |

| **Total Current Charges for 239–850–0188** | **$40.42** |

## Detail for Jenna Clark: 239–850–0188

### Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/02 | 10:03A | 239–848–0403 | Peak | M2MAllow | Felda FL | Fort Myers FL | 2 | –– | –– | –– |
| 8/02 | 10:08A | 239–980–0192 | Peak | M2MAllow | Felda FL | Fort Myers FL | 2 | | | |
| 8/02 | 10:13A | 239–477–1332 | Peak | PlanAllow | Felda FL | Fort Myers FL | | –– | –– | –– |
| 8/02 | 10:14A | 239–477–1318 | Peak | PlanAllow | Felda FL | Fort Myers FL | | | | |
| 8/02 | 10:14A | 239–477–1314 | Peak | PlanAllow | Felda FL | Fort Myers FL | 7 | –– | –– | –– |

**LCSO/Clark**
**DEF004522**



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9887462352 | 621692999–00001 | 09/23/21 | 914 of 4429 |

## Detail for Jenna Clark: 239–850–0188

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/02 | 10:21A | 239–848–0403 | Peak | M2MAllow,CallWait | Felda FL | Incoming CL | 5 | | --- | --- |
| 8/02 | 10:26A | 239–477–1314 | Peak | PlanAllow | Felda FL | Fort Myers FL | 2 | --- | --- | --- |
| 8/02 | 11:24A | 239–477–1440 | Peak | PlanAllow | Felda FL | Fort Myers FL | 11 | --- | --- | --- |
| 8/02 | 11:52A | 239–896–0222 | Peak | PlanAllow | Felda FL | Incoming CL | 17 | --- | --- | --- |
| 8/02 | 3:01P | 239–477–1318 | Peak | PlanAllow | Felda FL | Fort Myers FL | * | --- | --- | --- |
| 8/02 | 3:02P | 239–477–1314 | Peak | PlanAllow | Felda FL | Fort Myers FL | * | --- | --- | --- |
| 8/04 | 7:57A | 239–839–9839 | Peak | M2MAllow | Fort Myers FL | Incoming CL | * | --- | --- | --- |
| 8/04 | 6:37P | 239–848–0403 | Peak | M2MAllow | Fort Myers FL | Fort Myers FL | * | --- | --- | --- |
| 8/04 | 6:56P | 239–848–0403 | Peak | M2MAllow | Lehigh Acr FL | Incoming CL | 16 | --- | --- | --- |
| 8/06 | 10:29A | 239–785–0411 | Peak | M2MAllow | Ft Myers FL | Fort Myers FL | 2 | --- | --- | --- |
| 8/06 | 1:56P | 239–848–0403 | Peak | M2MAllow | Ft Myers FL | Incoming CL | 4 | --- | --- | --- |
| 8/06 | 5:21P | 239–850–7000 | Peak | M2MAllow | Ft Myers FL | Incoming CL | 4 | | --- | --- |
| 8/07 | 7:25P | 239–839–9839 | Off–Peak | M2MAllow | Alva FL | Fort Myers FL | 9 | --- | --- | --- |
| 8/09 | 1:09P | 863–880–4768 | Peak | PlanAllow | Ft Myers FL | Poinciana FL | * | --- | --- | --- |
| 8/12 | 11:52A | 239–893–0311 | Peak | PlanAllow | Ft Myers FL | Incoming CL | * | | --- | --- |
| 8/18 | 9:47A | 904–344–1609 | Peak | PlanAllow | Palm Beach FL | Incoming CL | * | --- | --- | --- |
| 8/20 | 8:42A | 239–839–8634 | Peak | M2MAllow | Felda FL | Fort Myers FL | * | | --- | --- |
| 8/21 | 7:59A | 239–848–0403 | Off–Peak | M2MAllow | Felda FL | Fort Myers FL | 2 | --- | --- | --- |
| 8/23 | 9:10A | 239–848–0403 | Off–Peak | M2MAllow | Felda FL | Fort Myers FL | 3 | --- | --- | --- |
| 8/23 | 8:09A | 239–850–5927 | Peak | M2MAllow | Felda FL | Incoming CL | 6 | --- | --- | --- |
| 8/23 | 10:09A | 239–477–1000 | Peak | PlanAllow | Felda FL | Fort Myers FL | 40 | | --- | --- |
| 8/23 | 4:40P | 713–623–1433 | Peak | PlanAllow | Felda FL | Incoming CL | 2 | --- | --- | --- |

**LCSO/Clark
DEF004523**