UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNA CLARK,

        Plaintiff,

v.

CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida,

        Defendant.

Case No. 2:22-cv-614-SPC-NPM

## **EXHIBIT INDEX**

| NUMBER | TITLE |
|---|---|
| 28-1 | January 19, 2024 Affidavit of Annmarie Reno with exhibits (1-8) |
| 28-2 | Transcript and exhibits from October 10, 2023 deposition of Undersheriff John Holloway Rule 30(b)(6) |
| 28-3 | Transcript and exhibits from the October 10, 2023 deposition of Undersheriff John Holloway Fact Witness |
| 28-4 | Transcript and exhibits from the October 24, 2023 deposition of Annmarie Reno |
| 28-5 | Transcript and exhibits from the October 11, 2023 deposition of Dawn Heikkila |
| 28-6 | Transcript and exhibits from the October 4, 2023 deposition of Captain Travis Hicks |
| 28-7 | Transcript from the October 25, 2023 deposition of Jill Jones |
| 28-8 | Transcript and exhibits from the December 7, 2023 deposition of Jenna Clark |

| NUMBER | TITLE |
|---|---|
| 28-9 | Transcript from the October 18, 2023 deposition of Tanya Tanner |
| 28-10 | Exhibit Index |