# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JENNA CLARK,

    Plaintiff,

v.

Case No. 2:22-cv-614-SPC-NPM

CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, JENNA CLARK ("Plaintiff"), by and through her undersigned counsel, hereby moves this Court for an extension of time of twenty-one (21) days, up to and including March 8, 2024, to respond to Defendant's Case Dispositive Motion for Summary Judgment and Supporting Memorandum of Law ("Defendant's Motion") [D.E. 28], and in support states as follows:

    1.    On January 26, 2024, Defendant filed its Case Dispositive Motion for Summary Judgment and Supporting Memorandum of Law.

    2.    Pursuant to Local Rule 3.01(c), Plaintiff's response to Defendant's Motion is currently due on or before February 16, 2024.

    3.    The Court may grant an extension of time upon a showing of good cause. Fed. R. Civ. P. 6(b).

1

4. Due to the voluminous record in this case and the complexity of the issues presented, Plaintiff requires additional time to properly review Defendant's Motion and prepare her response. Defendant's Motion alone includes approximately 1,197 pages of exhibits, in addition to any other record materials that must reviewed in order for Plaintiff to provide a complete response.

5. Accordingly, Plaintiff respectfully requests an extension of time of twenty-one (21) days, up to and including March 8, 2024, to respond to Defendant's Motion.

6. Plaintiff's request is made in the interest of justice, as an extension will ensure Plaintiff's arguments and the record evidence in support are fully presented to the Court.

7. This motion is not made for the purposes of delay and Defendant will not be prejudiced by the extension of time.

WHEREFORE, Plaintiff respectfully requests an extension of time of twenty-one (21) days, up to and including March 8, 2024, to respond to Defendant's Case Dispositive Motion for Summary Judgment and Supporting Memorandum of Law.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Undersigned counsel has conferred with counsel for the Defendant, who has advised that the Defendant opposes the relief sought herein. Counsel for the Defendant has further advised that the Defendant would not oppose a request for an extension of 7-10 days.

Dated:  Miami, Florida       **DEREK SMITH LAW GROUP, PLLC**
        January 30, 2024,     *Counsel for Plaintiff*

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com

*[Certificate of service on the following page]*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on January 30, 2024, on all counsel of record on the service list below via CM/ECF.

By: /s/ *Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ALLEN, NORTON & BLUE, PA**

David J. Stefany
324 S. Hyde Park Ave
Suite 225
Tampa, FL 33606
813/251-1210
Fax: 813-253-2006
Email: dstefany@anblaw.com

Maelyn Marie Morrison
324 S. Hyde Park Ave., Suite 225
Tampa, FL 33606
813-251-1210
Fax: 813-253-2006
Email: mmorrison@anblaw.com

*Counsel for Defendant*