UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNA CLARK,

    Plaintiff,

v.

Case No. 2:22-cv-614-SPC-NPM

CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida,

    Defendant.
_____/

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, JENNA CLARK ("Plaintiff"), by and through her undersigned counsel and pursuant to Local Rule 3.01(b), hereby moves this Court for leave to exceed the twenty (20) page limitation for her response to Defendant's Case Dispositive Motion for Summary Judgment and Supporting Memorandum of Law ("Defendant's Motion") [D.E. 28], and in support states as follows:

    1.    On January 26, 2024, Defendant filed its Case Dispositive Motion for Summary Judgment and Supporting Memorandum of Law.

    2.    Plaintiff's response to Defendant's Motion is currently due on or before March 1, 2024.

1

3. Pursuant to the Court's Case Management and Scheduling Order [D.E. 19], and Local Rule 3.01(b), Plaintiff's response is currently limited to twenty (20) pages in length.

4. Despite diligent efforts to condense her response within the Court's standard page limit, Plaintiff requires an additional five (5) pages to adequately address the factual disputes relating to Plaintiff's claims and the legal arguments raised by Defendant's Motion.

5. Accordingly, Plaintiff respectfully requests leave to file a response to Defendant's Motion not to exceed twenty-five (25) pages in length.

8. This motion is made for good cause and Defendant will not be prejudiced by granting the leave requested herein.

WHEREFORE, Plaintiff respectfully requests leave to file her response to Defendant's Case Dispositive Motion for Summary Judgment and Supporting Memorandum of Law in excess of twenty (20) pages, but not to exceed twenty-five (25) pages.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Undersigned counsel has conferred with counsel for the Defendant, who has advised that the Defendant does not oppose the relief sought herein.

Dated:  Miami, Florida  **DEREK SMITH LAW GROUP, PLLC**
       February 22, 2024,  *Counsel for Plaintiff*

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on February 22, 2024, on all counsel of record on the service list below via CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ALLEN, NORTON & BLUE, PA**

David J. Stefany
324 S. Hyde Park Ave
Suite 225
Tampa, FL 33606
813/251-1210
Fax: 813-253-2006
Email: dstefany@anblaw.com

*Counsel for Defendant*

3