## AFFIDAVIT OF JENNA CLARK

**STATE OF FLORIDA** )

**COUNTY OF LEE** )

BEFORE ME, the undersigned authority, personally appeared JENNA CLARK, who being first duly sworn, states the following:

1. My name is Jenna Clark. I am over eighteen (18) years of age and am otherwise competent to make this affidavit.

2. I make all of the statements in this affidavit based upon my own personal knowledge.

3. I am familiar with the nature of an oath and the penalties or punishment associated with knowingly making a false certification or declaration.

4. I understand that this statement is given under oath and if any statements are untrue that I may be prosecuted for perjury.

5. I was employed by the Lee County Sheriff's Office ("Defendant"), since approximately 1992, initially serving as a Financial Assistant and serving in various roles before eventually being promoted to the position of Director of Purchasing.

6. Throughout my employment, I consistently performed my duties to the best of my abilities and was regarded as an exemplary employee by my supervisors and peers. I had a history of positive performance employees during my employment.

7. Defendant's Executive Director, Annmarie Reno, held supervisory authority over me, including the power to hire, fire, demote, and promote employees.

8. In 2019, I underwent open heart surgery due to health problems and took approved sick leave for the procedure.

9. Upon my return to work, Ms. Reno made derogatory comments regarding my age and medical leave, suggesting that I should consider going on disability. These comments included Ms. Reno stating, "you should look into going on disability." When I asked Ms. Reno why I would go on disability, Reno replied, "for all of that" and gestured towards my body.

10. These comments were discriminatory in nature, as I had not exhibited any difficulty performing my job duties and had made arrangements to assist with work-related tasks during my absence.

11. Ms. Reno subsequently made disparaging remarks about my salary and retirement benefits. These comments included Ms. Reno stating, "you know we pay 30% of your salary to the Florida Retirement System, right?", implying that I was over-compensated or undeserving of these benefits.

12. In August of 2021, I required surgery and requested sick leave, which was communicated to Defendant through Ms. Reno and Defendant's Human Resources Director, Dawn Heikkila. On August 12, 2021, I sent an email message to Ms. Heikkila informing her of my surgery and my need to take leave beginning on August 18, 2021.

13. Despite my inquiry about using FMLA leave benefits, Ms. Heikkila advised me to delay submitting FMLA paperwork, citing her workload.

14. Defendant never provided me with any information or notices regarding my rights under the FMLA.

15. I would have taken additional leave to recover from my surgery and used my paid leave benefits concurrently if Defendant had informed me of my FMLA rights and properly designated my qualifying leave under the FMLA.

16. During my leave for surgery, I was reprimanded by Ms. Reno for insubordination. I had never received any warning or reprimand for insubordination in my 29 years of employment prior to this incident.

17. Ms. Reno contacted me while I was on sick leave that my position as Director of Purchasing was being eliminated due to a supposed reorganization.

18. I was shocked and upset by this news, especially considering my long-standing dedication to Defendant and my proximity to retirement.

19. During a telephone conversation with Ms. Heikkila, I expressed my interest in applying for alternative positions with Defendant. In response, Ms. Heikkila informed me that I did not have the option of applying to any positions.

20. Ms. Heikkila discouraged me from pursuing other positions and informed me that Defendant would not consider me for other positions, stating that the available positions required "strict testing" to even be considered. Heikkila also remarked that the positions required "memory" and "attention to detail," insinuating that I was too old to meet the requirements and emphasizing that even if I was considered for the positions, I would not receive comparable benefits.

21. At the time of our conversation, Defendant had several available positions that I am aware of, including: (1) Communications Call Taker position, (2) Automotive Mechanic position, (3) Florida Corrections Deputy position, (4) Florida Law Enforcement Deputy Position, and Certified Law Enforcement Deputy – School Resource Officer.

22. As a matter of practice, during my employment Defendant commonly offered positions to existing employees without requiring a formal application to be considered for a position. I am aware of several employees who were offered positions without submitting a formal application during my tenure.

23. Defendant prevented me from applying to open positions and failed to consider me for any open positions, despite me being highly qualified for at least one open and available position, Communications Call Taker.

24. On August 24, 2021, only nine days after my request for leave, I received a letter from Defendant dated August 15, 2021, indicating that my position was being eliminated as part of a "Reduction in Force."

25. The termination letter stated that I would have 10 days from receipt of the letter to either elect early retirement or lose my job, with no option to apply to alternative positions.

26. At the time of receiving the letter, it was my understanding that I would lose my health insurance benefits and either a portion, or all, of my retirement benefits, if I did not choose to retire early and was terminated from my employment.

27. Faced with no other choice, I reluctantly resigned from my position and initiated early retirement, resulting in a significant reduction in my retirement pension benefits.

28. Prior to my termination, I had accrued vacation leave benefits of 404.51 hours, sick leave benefits of 263.23 hours, and personal leave benefits of 100 hours.

29. After my termination, I was paid out for 404.51 vacation leave hours, 100 sick leave hours, and 0 personal leave hours. As a result, I lost incurred losses in the form of 163.24 accrued sick leave hours and the value of 100 accrued personal leave hours.

30. I also incurred compensatory damages as a result of Defendant's failure to reinstate me to my position at the conclusion of sick leave, including my loss of salary, benefits, and other compensation.

31. I make this affidavit in support of my opposition to Defendant's Motion for Summary Judgment, as I believe there are genuine issues of material fact in dispute regarding my claims for age discrimination, FMLA interference, and FMLA retaliation.

I HEREBY CERTIFY that I have read each of the statements set forth in this Affidavit, consisting of 5 pages and I affirm that the statements made are true and correct based upon my own personal knowledge, and the documents referenced are all true and complete copies of records kept by me.

JENNA CLARK

STATE OF FLORIDA
COUNTY OF Lee

Sworn to and subscribed before me the undersigned authority by means of [✓] physical presence or [__] online notarization, this 29th day of Ebruary, 2024, by JENNA CLARK, who is [__] personally known to me or [✓] who produced Florida DL as identification.

[Notary Seal]

Notary Public – State of Florida



MELANIE L. FULARCZYK
Notary Public, State of Florida
Commission# HH 477328
My comm. expires Nov. 7, 2025

5

# EXHIBIT 1

**From:** Heikkila, Dawn <​███​>
**Sent:** Thursday, August 12, 2021 1:16 PM EDT
**To:** Clark, Jenna <JClark@sheriffleefl.org>
**Subject:** RE: message

Ok…well we are so busy right now that I am going to hold off on the FMLA…if you end up needing more time that that just let me know and I will have to do the FMLA paperwork.

Thanks and I wish you a speedy recovery!!



**Dawn Heikkila, Director**
Lee County Sheriff's Office
**Desk:** ███
DHeikkila@sheriffleefl.org
www.sheriffleefl.org

**From:** Clark, Jenna <JClark@sheriffleefl.org>
**Sent:** Thursday, August 12, 2021 1:06 PM
**To:** Heikkila, Dawn ███
**Subject:** RE: message

18-20
24-27
Total of 7 days.

**Jenna Clark | Purchasing Director**
Desk: 239-477-1313
**Purchasing**
**Lee County Sheriff's Office**
JClark@sheriffleefl.org | www.sheriffleefl.org

**From:** Heikkila, Dawn ███
**Sent:** Thursday, August 12, 2021 1:04 PM
**To:** Clark, Jenna <JClark@sheriffleefl.org>
**Subject:** RE: message

Ok…if you are out more than a week I will forward it to Amy for FMLA…do you know how long you plan to be out?



**Dawn Heikkila, Director**
Lee County Sheriff's Office
**Desk:** 239-477-1132
DHeikkila@sheriffleefl.org
www.sheriffleefl.org

**From:** Clark, Jenna <JClark@sheriffleefl.org>
**Sent:** Thursday, August 12, 2021 12:26 PM
**To:** Heikkila, Dawn ███
**Subject:** message

Hi Dawn –

I called you to let you know I have surgery scheduled on the 18th - Annmarie said to let you know, she already approved my time.

Thanks!
Jenna

**Jenna Clark | Purchasing Director**
Desk: 239-477-1313
**Purchasing**
**Lee County Sheriff's Office**
JClark@sheriffleefl.org | www.sheriffleefl.org

***IMPORTANT MESSAGE***

LCSO/Clark
DEF001294

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this email by error, please notify us immediately and destroy the related message. This footnote also confirms that this email message has been swept for the presence of computer viruses, worms, hostile scripts and other email-borne network threats. PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from government officials are public records available to the public and media upon request. Your email communications may be subject to public disclosure per Sec. 119 F.S.

**LCSO/Clark**
**DEF001295**

# EXHIBIT 2

To: Undersheriff John Holloway

From: Executive Director Annmarie Reno

Date: August 19, 2021

Re: Purchasing Director Jenna Clark

In July 2021 I held a meeting with both Purchasing Director Clark & Manager Lehman to discuss ordering Civilian Support Unit uniforms and supplies (formerly VOICE). I instructed them both to start issuing them out to the members (including jackets) as soon as the new polo shirts arrived so that we could start to remove the VOICE items from the shelves and burn them.

I continued to request an update on the status of the new items because I wanted to ensure the that we were going to meet the launch date for the *New Civilian Support Unit.* Director Clark ensured me that we would meet the date and everything was under control. Again I reminded her that they needed to remove all the VOICE items from inventory and she told me that she would take care of it.

I also requested that we start discarding all the older uniforms that were no longer being utilized because we were running out of room in Purchasing.

On Thursday, August 12, 2021 @1:30 pm I held a meeting in my office with both Director Clark & Manager Lehman to inform them that we would be moving forward with the implementation of the new bar coding Inventory Management System for our warehouse. I explained to them that Diana Blewis would be the Project Manager and that they needed to allow her to converse with the members of Purchasing so that they had some input to the setup. Both Director and Manager were excited about the new system. After leaving my office I was informed by Manager Blewis that Director Clark was less than receptive to the point that Manager Blewis informed Director Clark that she was asked to complete a project and that if she continued to talk over her while she was explaining the goal that she would walk down to my office and inform me that Director Clark was not being a team player.

On Monday, August 16, 2021 I walked down to Purchasing to inquire how the project was moving along. I was given a tour by Manager Lehman (since Director Clark is out of the office) to show me around only to see boxes of old uniforms and old stock that was still in the warehouse. When I inquired as to why all the items were still in our inventory I was informed that Director Clark would not allow them to dispose of it. There were multiple boxes of old holsters, old civilian and certified uniforms, old time cards, old voice uniforms, and old unusable equipment. When I asked Purchasing Agent Gwen Legler why we still had old VOICE shirts, jackets, hats and windbreakers I was told that Director Clark would not let her get rid of the items because we might need to use them. I asked Purchasing Agency Legler to please bag up

LCSO/ Clark
DEF000565

all the old VOICE items to be burned and any items that the Dominican Republic could use we would drop off on their dock.

As of today all old items have been removed from the Warehouse and we are ready to start the bar code scanning Inventory Management System implementation project.

Director Clark clearly defied my directive to have all the old items removed from LCSO Inventory as instructed and showed total insubordination towards me as her direct supervisor.


Annmarie Reno
Executive Director
Support Services

# EXHIBIT 3



LCSO/Clark
DEF000114

# EXHIBIT 4



**Carmine Marceno**
Sheriff

State of Florida
County of Lee

*"Proud to Serve"*

August 15, 2021

Dear Mrs. Clark,

The Lee County Sheriff's Office has undergone an evaluation of significant aspects of current operations to determine ways to improve policies, practices and efficiencies. As you know, the Sheriff's Office was forced to absorb additional expenses and obligations as well as other increased costs including but not limited to; substantial increases in FRS employer pension rates, LCSO's self-funded Health Plan costs and inmate medical expenses.

As a result of this evaluation, LCSO is conducting a *Reduction in Force*. Effective September 4, 2021 your position as "Purchasing Director" is being eliminated. You will be placed on Administrative Leave with Pay immediately upon this notice and given the opportunity to retire.

**Deadline for this decision will be September 3, 2021 at 4:00pm**; or your appointment will be withdrawn on September 4, 2021.

Human Resources has included basic information in this packet but contacting the individuals below will be crucial for whatever option you choose. Your contact for HR will be Cari Turner, she can be reached at 239-477-1360; your contact for Health Benefits and FRS is Doreen Salvagno, she can be reached at 239-477-1121.

Thank you for your service to The Lee County Sheriff's Office and I wish you well in future endeavors.

Sincerely,

Dawn Heikkila
Director of Human Resources
Lee County Sheriff's Office



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
14750 Six Mile Cypress Parkway • Fort Myers, Florida 33912-4406 • (239) 477-1000

LCSO/Clark
DEF004350

# EXHIBIT 5



Plaintiff Bates No. JC000008

**Office of the Sheriff - Lee County, Fort Myers, FL 33912**

| Emp No | Employee Name | | Dept. | Advice Date | Week Starting | Week Ending | Type | Advice No. |
|---|---|---|---|---|---|---|---|---|
| 941 | JENNA CLARK | | 00120302 | 09/10/2021 | 08/22/2021 | 09/04/2021 | REG B/W | 484384 |

| Earnings | Rate | Days/Hrs. | Current | YTD | Deductions | Current | YTD | Employer | Employer YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG WAGE | | | | 51069.96 | FICA | 282.65 | 5856.31 | 282.65 | 5856.31 |
| VACATION | | | | 3191.16 | MEDICARE | 66.10 | 1369.62 | 66.10 | 1369.62 |
| SICK LEAVE | | | | 2131.24 | MED INS | | | | 13147.92 |
| PERSONAL | | | | 4558.80 | DENTAL | | | | 1005.52 |
| ADMLVWP | | 100.00 | 4558.80 | 4695.56 | VISION | | | | 25.52 |
| SICKPAYOUT | | | | 4558.80 | AFLAC-PRE | | 595.79 | | |
| VACPAYOUT | | | | 18440.80 | AFLAC-ADJ | | -91.66 | | |
| VACBBKC | | | | 3647.04 | FED INCOME | 1002.94 | 17926.90 | | 24636.38 |
| GTL | | | | 443.36 | FRS-HM | | 2632.01 | | |
| LEASE | | | | 1863.54 | COL-AT | | 1077.48 | | |
| FUEL | | | | 360.31 | | | | | |
| | | | | | DEPOSITS: | | | | |
| | | | | | DIRDEPNET | 2757.11 | 53476.91 | | |
| | | | | | SUNTRUST | | | | |
| | | | | | DIRDEP$1 | 450.00 | 9450.00 | | |
| | | | | | SUNCOAST CREDIT UNION | | | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| VACATION | 396.82 | 7.69 | 404.51 | | 138.42 | 554.51 |
| SICK | 260.15 | 3.08 | 100.00 | 163.23 | 55.44 | 196.75 |
| PERSONAL | | | 100.00 | | 100.00 | 100.00 |

**Withholding Allowances**

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 2 | 150.00 |

**Advice Totals**

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 4,558.80 | 73,936.85 |
| Gross Pay | 4,558.80 | 94,960.57 |
| Deductions | 1,351.69 | 29,366.45 |
| Net Pay | 3,207.11 | 62,926.91 |

**Office of the Sheriff - Lee County**
Payroll Advice
14750 Six Mile Cypress Pkwy.
Fort Myers, FL 33912-4406
239-477-1025

Advice Date: 09/10/2021
Advice Number: 484384

JENNA D CLARK
9 JACKSON AVENUE
LEHIGH ACRES, FL  33936

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

**Plaintiff Bates No. JC000009**

**Office of the Sheriff - Lee County, Fort Myers, FL 33912**

Advice Amount: **$12,541.59**

| Emp No | Employee Name | Dept. | Advice Date | Week Starting | Week Ending | Type | Advice No. |
|---|---|---|---|---|---|---|---|
| 941 | JENNA CLARK | 00120302 | 09/10/2021 | 08/22/2021 | 09/04/2021 | REG B/W | 484385 |

| Earnings | Rate | Days/Hrs. | Current | YTD | Deductions | Current | YTD | Employer | Employer YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG WAGE | | | | 51069.96 | FICA | 1143.33 | 5856.31 | 1143.33 | 5856.31 |
| VACATION | | | | 3191.16 | MEDICARE | 267.39 | 1369.62 | 267.39 | 1369.62 |
| SICK LEAVE | | | | 2131.24 | MED INS | | | | 13147.92 |
| PERSONAL | | | | 4558.80 | DENTAL | | | | 1005.52 |
| ADMLVWP | | | | 4695.56 | VISION | | | | 25.52 |
| SICKPAYOUT | | 404.51 | 18440.80 | 4558.80 | AFLAC-PRE | | 595.79 | | |
| VACPAYOUT | | | | 18440.80 | AFLAC-ADJ | | -91.66 | | |
| VACBBKC | | | | 3647.04 | FED INCOME | 3935.27 | 17926.90 | | |
| GTL | | | | 443.36 | FRS-HM | 553.22 | 2632.01 | 5349.68 | 24636.38 |
| LEASE | | | | 1863.54 | COL-AT | | 1077.48 | | |
| FUEL | | | | 360.31 | | | | | |
| | | | | | DEPOSITS: | | | | |
| | | | | | DIRDEPNET SUNTRUST | 12091.59 | 53476.91 | | |
| | | | | | DIRDEP$1 SUNCOAST CREDIT UNION | 450.00 | 9450.00 | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| VACATION | 396.82 | 7.69 | 404.51 | | 138.42 | 554.51 |
| SICK | 260.15 | 3.08 | 100.00 | 163.23 | 55.44 | 196.75 |
| PERSONAL | | | 100.00 | | 100.00 | 100.00 |

**Withholding Allowances**

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 2 | 150.00 |

**Advice Totals**

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 17,887.58 | 91,824.43 |
| Gross Pay | 18,440.80 | 94,960.57 |
| Deductions | 5,899.21 | 29,366.45 |
| Net Pay | 12,541.59 | 62,926.91 |

Office of the Sheriff - Lee County
Payroll Advice
14750 Six Mile Cypress Pkwy.
Fort Myers, FL 33912-4406
239-477-1025

Advice Date: 09/10/2021   Advice Number: 484385

JENNA D CLARK
9 JACKSON AVENUE
LEHIGH ACRES, FL 33936

**DIRECT DEPOSIT NON-NEGOTIABLE**

Plaintiff Bates No. JC000010