| POSITIONS ELIMINATED | | | | | | |
|---|---|---|---|---|---|---|
| **Position** | **Name** | **Status** | **Age** | **Gender** | **Supervisor** | **Comment** |
| Senior Services Coordinator | Jami Bartz | Inactive | 58 | Female | Claire Schell | 1/31/2021- Retired/Position Eliminated |
| Secretary of Traffic | Marsha Sprankel | Inactive | 66 | Female | Dennis Petraca | 2/28/21- Retired/Position Eliminated |
| Major of Professional Standards | Tracy Estep | Inactive | 48 | Female | John Holloway | 6/24/21 - Retired/Position Eliminated |
| Director of Purchasing | Jenna Clark | Inactive | 59 | Female | Annmarie Reno | 9/4/2021 - Retired/Position Eliminated |
| Community Liaison | Amy DellAquilla | Inactive | 58 | Female | Michael Truscott | 10/11/2021- Resigned/Position Eliminated |
| Director of Fleet Management | James Jones | Active | 51 | Male | Jeremiah Marcotte | 11/4/2021 - Title Change to Fleet Services Specialist/Position Eliminiated/Pay Cut |
| Communications Manager | Anthony Ramsey | Inactive | 46 | Male | Karen Ciofani | 10/14/21- Resigned/Position Eliminated |