# Lee County Sheriff's Office

## Office of Professional Standards

## Staff Inspection Final Report



## Purchasing

## Workload Assessment and Staff Inspection

## October 2020

LCSO/Clark
DEF004386

# Lee County Sheriff's Office

_____       _____
Sheriff Carmine Marceno                                   Date
Office of the Sheriff

_____       _____
Undersheriff Eric Smith                                   Date
Office of the Sheriff

_____       _____
Chief John Holloway                                       Date
Office of the Sheriff

_____       _____
Annmarie Reno                                             Date
Support Services Executive Bureau

_____       _____
Jenna Clark                                               Date
Purchasing Director

_____       _____
Traci Estep                                               Date
Professional Standards Division

_____       _____
Commander Paul Cummins                                    Date
Professional Standards Division

_____       _____
Captain Matthew Herterick                                 Date
Training Division

_____       _____
Sergeant Diana Cintron                                    Date
Staff Inspector – Professional Standards Division

LCSO/Clark
DEF004387

# Lee County Sheriff's Office

## Table of Contents

Title Page .................................................................................................................. 1

Signatures Page ......................................................................................................... 2

Table of Contents ...................................................................................................... 3

Executive Summary.................................................................................................... 4

Purchasing Formal Inspection .................................................................................... 6

Introduction ............................................................................................................... 7

Description of Purchasing………….......................................................................... 7

Mission, Objectives, and Methodology of Formal Inspection ..................................... 8

Policy, Procedure, and Accreditation Compliance ......................................................9

Staffing Assessment..................................................................................................11

Personnel Assessment.............................................................................................. 16

     Member Surveys ................................................................................................ 16

     Personal Interviews ........................................................................................... 22

     Member Self-Assessments ................................................................................ 22

     Inspector Observations....................................................................................... 24

Conclusion................................................................................................................ 25

References................................................................................................................ 27

LCSO/Clark
DEF004388

# Lee County Sheriff's Office

## Executive Summary – Purchasing Inspection

In August 2020, Sergeant Diana Cintron of the Lee County Sheriff's Office Professional Standards Division began a formal staff inspection of Purchasing.  The summarized results are below:

## Conclusion

1. Does Purchasing meet the agency's formal expectations?

   *Yes.*

2. Does Purchasing's practices and procedures ensure compliance with LCSO policies, procedures, and professional standards?

   *Yes.*

3. Are there deficiencies in integrity, training, morale, policy, supervision, or personnel at Purchasing?

   *There are no recognizable deficiencies in integrity, training, morale, policy, first line supervision, and personnel.*

4. Are resources adequate for achieving agency goals and objectives?

   *Several Purchasing Agents requested a handheld Barcode scanner and a camera to take pictures of stock items.  The staffing resources are inadequate according to the workload analysis.  The addition of two (2) Purchasing Agent allocations is recommended for Purchasing.*

5. Are internal and external communications effective?

   *Yes.*

6. Is there sufficient safety and security for personnel?

   *Yes.  There is sufficient safety and security for personnel, and the equipment provided meets and exceeds all operational and Accreditation standards.*

7. Are the written directives for this unit adequate?

   *Yes.  Written directives meet all State and Federal laws, and Accreditation Standards.*

LCSO/Clark
DEF004389

# Lee County Sheriff's Office

8. Evaluation of the record keeping practices for organization, completeness, and ability to retrieve information.

   *The record keeping practices of Purchasing are organized, complete, and the software available provides easy retrieval of information.*

9. Other Recommendations
   *There are no other recommendations at this time.*

## **Objectives**

1. Does Purchasing comply with the law, policy, and CALEA standards?  *Yes.*

2. Is the Purchasing facility safety and security appropriate? *Yes.*

3. Are equipment safety, and equipment needs met? *Yes.*

4. Is adequate supervision assigned to Purchasing? *Yes.*

5. Are adequate personnel assigned to Purchasing?  *No.*

   *Recommendation:* The current staffing level is inadequate and it is recommended that two (2) additional Purchasing Agent positions be allocated.

The Purchasing Division of the Lee County Sheriff's Office appears to be running at a high to very high level of productivity according to all of the employees.  Most of the personnel appear to be happy to very happy to be assigned there.  Supervisors appear extremely qualified, and are well liked by their employees.  Nearly all of the staff showed high to very high levels of morale and job satisfaction.

It is difficult to obtain the perfect level of equipment, service, and employee satisfaction in a law enforcement agency.  The Purchasing Division is a very small unit with a group of very hard working and dedicated employees.  With their expertise in purchasing goods and services for the department, the certified staff can focus on keeping the residents and visitors of Lee County safe.

LCSO/Clark
DEF004390

# Lee County Sheriff's Office

# Purchasing Formal Staff Inspection

LCSO/Clark
DEF004391

# Lee County Sheriff's Office

## Purchasing Formal Staff Inspection

## Introduction

In August 2020, Sergeant Diana Cintron of the Lee County Sheriff's Office Professional Standards Division began a formal staff inspection of the Purchasing Division, commonly referred to as "Purchasing." On August 26, 2020, Sgt. Cintron held a pre-inspection meeting with Purchasing Director Jenna Clark. It was determined that Purchasing Director Clark would be the liaison for the inspection process. The inspection began in October of 2020 and concluded in November 2020.

## Description of Purchasing

### Location

The Lee County Sheriff's Office Purchasing Division is comprised of Purchasing Director/Management and Purchasing Agents. The strength of the Central Purchasing System is its ability to serve the operating components/divisions without requiring them to maintain their own internal purchasing process. The value of centralized purchasing has long been recognized in both government and private business.

The goal of Purchasing is to obtain items at the lowest reasonable rate and within the time requested, or as soon as possible. The Purchasing Division is also responsible for ensuring proper authorization and recording of all purchase transactions by its personnel.

There are three different purchasing procedures: Standard Purchasing requires an online purchase order; In-House Store Purchasing requires an online requisition; and Software Purchasing requires Technical Support and Facilities Division Director approval prior to submission of an online purchase order.

Purchasing is located in the Lee County Sheriff's Office Main Headquarters at 14750 Six Mile Cypress Parkway, Fort Myers, FL 33912. Lee County Sheriff's Office personnel have access to Purchasing and its employees Monday - Friday, 9:00 a.m. – 4:00 p.m. There is ample parking for personnel. The building provides adequate security with video surveillance. There are no major issues with the location or property.

### Personnel

As of October 2020, Purchasing contains 7 allotments distributed as follows: 1 Purchasing Director, 1 Purchasing Manager, 5 Purchasing Agents.

### Daily Operations

LCSO/Clark
DEF004392

# Lee County Sheriff's Office

Purchasing Division personnel work four, 10-hour days. Scheduling is set to cover a workweek of Monday – Friday.

Purchasing Director position involves responsible supervisory, administrative and operational duties specific to the position. The Director researches and prepares various reports, composes and constructs policy, procedure and directives, and the budget for the component. The Purchasing Director Jenna Clark works from 8:00 a.m. – 6:00 p.m., Tuesday - Friday.

The Purchasing Manager position involves administrative and clerical work purchasing a variety of supplies and equipment. Work involves responsibility for research, pricing and negotiation for purchase of quality items at the best price, preparing purchase orders, and keeping an inventory of items ordered and received. Duties include contacting vendors for availability of products and the provision of contracted services. Work is performed under the general supervision of the Purchasing Director. Purchasing Manager Shannon Lehman works 6:30 a.m. – 4:30 p.m., Monday – Thursday.

The Purchasing Agents duties involve responsibility for research, pricing and negotiation for purchase of quality items at the best price, preparing purchase orders, and keeping an inventory of items ordered and received. Duties include contacting vendors for availability of products, preparing bid specifications, and following-up on delivery of products and the provision of contracted services. Additionally, Purchasing agents answer phones, provide customer service to employees at the front counter, and meet vendors at the loading dock and accept delivery of products.

Purchasing Agent Daysi Castillo works 7:00 a.m. – 5:00 p.m., Monday – Friday. Purchasing Agent Christine Cross works 6:00 a.m. – 4:00 p.m., Tuesday – Friday. Purchasing Agent Danielle DePonto works 7:15 a.m. – 5:15 p.m., Monday – Thursday. Purchasing Agent Brenda Hector works 8:00 a.m. – 6:00 p.m., Monday and Friday and 10:00 a.m. – 8:00 p.m. Tuesday and Thursday. Purchasing Agent Gwen Legler works 6:00 a.m. – 4:00 p.m., Tuesday - Friday.

## Mission, Objectives, and Methodology of Formal Inspection

1. **Mission**
   a. To determine if Purchasing meets the agency's formal expectations.
   b. To review practices and procedures to ensure compliance with LCSO policies, procedures, and professional standards.
   c. To detect deficiencies in integrity, training, morale, policy, supervision, or personnel.
   d. To determine if resources are adequate for achieving agency goals and objectives.
   e. To evaluate the effectiveness regarding internal and external communications.
   f. To evaluate the safety and security of personnel.
   g. To evaluate the adequacy of written directives related to this unit.

LCSO/Clark
DEF004393

# Lee County Sheriff's Office

    h.   To review the record keeping practices for organization, completeness, and ability to retrieve information.

2. **Objectives**
   a. Ensure compliance with the law, policy, and CALEA standards.
   b. Ensure facility safety and security is appropriate.
   c. Ensure equipment safety, and equipment needs are met.
   d. Ensure that adequate supervision is assigned.
   e. Ensure that adequate personnel are assigned.

3. **Methodology**
   a. Meetings, email and phone contact with supervisors.
   b. Physical inspection of facilities.
   c. Review of relevant databases (PowerDMS, CAD, etc...)
   d. Surveys, including a component survey and unit member survey.
   e. Personal interviews with personnel.
   f. Analysis of the Division workload.

## Policy, Procedure, and Accreditation Compliance

**Commander's Component Survey**

Purchasing Director Jenna Clark completed a "Component Survey" as part of this formal inspection.  The Component Survey noted no concerns.

**Power DMS Inbox Summary**

Sgt. Diana Cintron generated a *Signatures Summary* and a *Student Records* report in the Power DMS system.  The report revealed no major issues.  This shows that personnel sign all mandatory documents and complete online courses in a timely manner.

**Official Manpower Allotments**

As of October 21, 2020, Purchasing contains 7 allotments distributed as follows: 1 Purchasing Director, 1 Purchasing Manager, 5 Purchasing Agents.

The Purchasing budget and allocations (Budget Account #20302) Manpower Report is provided in the Appendix.

**Current Budget**

Sergeant Cintron obtained a copy of the Purchasing current budget for FY 20/21.  Purchasing is allotted $1,665,414.00.  No anomalies were noted in their expenditure report and their budget is consistent with that of other similar units at the Sheriff's Office.

LCSO/Clark
DEF004394

# Lee County Sheriff's Office

**Accreditation Compliance**

Sgt. Cintron received an email from Manager Tanya Tanner in Accreditation on November 5, 2020.  Manager Tanner stated that Purchasing was up-to-date on all of their standards and that there were no concerns or anomalies.  A copy of the Accreditation standards for Purchasing is located in the Appendix.

**Goals and Objectives**

Goals and Objectives are written goals and written objectives that agency components use to measure the success or failure of their unit.  Located on the agency intranet, personnel are able to see and obtain a copy of each goal and objective for their unit.  Unit Commanders update these goals and objectives in January of each calendar year.  The formal Goals and Objectives for Purchasing can be found in the Appendix.

1.  **Written Goals and Objectives**

    At the time of the inspection, the 2019 Goals and Objectives were completed.  The 2019 Goals and Objectives revealed the following concerns and notable accomplishments:

    a.  Track number of purchase orders processed.
        i.  2019 Baseline:
            Total purchase orders and pick tickets processed:  6,641, a 19% increase from 2018.

            *Recommendations – No recommendations at this time.*

    b.  Maintain efficiency in inventory control.
        i.  2019 Baseline:
            During 2019, the NIGP (National Institute for Government Purchasing) Commodity/Service Codes have not been consistently utilized.  The goods and services that we acquire are not enough volume to utilize the codes. Photo imaging of equipment and supplies is an ongoing process so this would be considered not on target.

            *Recommendations – No Recommendations at this time.  The process is moving forward per Director Jenna Clark.*

LCSO/Clark
DEF004395

# Lee County Sheriff's Office

**Job Task Analysis (JTA's)**

Purchasing has the following non-staff level positions:  Purchasing Agent.  The Job Task Analysis for the above listed job classifications are in the Appendix.

**Facilities and Equipment**

Purchasing is located in the Lee County Sheriff's Office Main Headquarters at 14750 Six Mile Cypress Parkway, Fort Myers, FL 33912.  Lee County Sheriff's Office personnel have access to Human Resources and its employees Monday - Friday, 9:00 a.m. – 4:00 p.m.  There is ample parking for personnel.  The building provides adequate security with video surveillance.  There are no major issues with the location or property.

**Facility Safety and Security**

Purchasing has a controlled access system for entry into the secure areas of the building, and all equipment is protected and locked.  Purchasing maintains a good combination of security and approachability for members, and the controlled access and provides a higher than normal level of security.

## Staffing Assessment

**Introduction**

The Lee County Sheriff's Office is required to perform periodic workload assessments so that personnel may be appropriately allocated and distributed across the various organizational components.

The Commission on Accreditation for Law Enforcement Agencies (CALEA) standard 16.1.2 states: "The agency allocates personnel to, and distributes them within all organizational components in accordance with documented periodic workload assessments."  The purpose of this standards is to encourage the appropriate deployment of personnel by determining service demands through the use of workload assessments and computer-based or manual methods of personnel allocation and distribution. (Shane, 2009, p.99)

The intent of this standard is to encourage the equalization of individual workloads among and within organizational components.  The analysis should specify all incidents and factors used in making each workload assessment and indicate any time and location factors necessary to complete a task.

Basing the allocation of personnel on workload demands can have a significant influence on the efficiency and effectiveness of the agency.  The agency should attempt to prevent over or under staffing by ensuring that, the personnel strength of an organizational component is consistent with the workload.  The nature or number of tasks as well as their complexity, location, and time

LCSO/Clark
DEF004396

# Lee County Sheriff's Office

required for completion are some of the factors influencing workload demands. The process of allocating personnel to each organizational component also permits the agency to determine the overall number of personnel required to meet its needs and fulfill its objectives.

Assignment of personnel to Purchasing should be based on a thorough analysis of what Purchasing Agents are actually responsible for. The work of Purchasing Agents is much more than answering telephone calls, reading, and returning emails to other personnel within the agency. It is conducting tasks related to research, pricing and negotiation for purchase of quality items at the best price, preparing purchase orders, and keeping an inventory of items ordered and received. Duties include contacting vendors for availability of products, preparing bid specifications, and following-up on delivery of products and the provision of contracted services. Additionally, personnel answer phones, provide customer service to employees at the front counter, and meet vendors at the loading dock and accept delivery of products.

**Workload Assessment Methodology**

The methodology used to perform the Purchasing Agents Workload Assessment is one suggested by CALEA inspectors and is formally presented in the textbook *What Every Chief Executive Should Know; Using Data to Measure Police Performance* by Dr. Jon Shane, who is a professor of criminal justice at the John Jay College of Criminal Justice at the City University of New York. Dr. Shane's model is easy to use, easily taught to others, and accurate in determining staffing needs.

1. **Purchasing Agents**

   **The Explanation of Each Step in the Methodology for Purchasing Agents - Self-Reported Workload Analysis**

   The methodology used to perform the Purchasing Agents Workload Assessment is the same one used by the Lee County Sheriff's Office in previous years to determine staffing needs of various units and it includes workload and actual work on their regular duties.

   **Explanation of Each Step in the Methodology**

   > **Step 1**- Gather existing data on Purchasing Agents activities to determine those tasks completed daily by Purchasing Agents has to create a list of principle modalities.

   > **Step 2**- Develop a list of principle modalities. The Purchasing Agents have reported these tasks as common tasks performed daily. (AKA principle modalities).

   >> i.    Phone Calls and Emails
   >> ii.   Checking in Orders, and Receive Orders

LCSO/Clark
DEF004397

# Lee County Sheriff's Office

iii.   Pull Pick Ticket Orders and Send Order Ready Notifications
iv.   Customer Service Front Counter/Back Door, Receive/Process Packages
v.   Process Pick Ticket Orders, Process Purchase Orders and Pull Orders
vi.   Enter In-House Supply Replenishment Order, Enter Requisitions/Orders
vii.   Meeting with Jenna, Shannon or Assist Other Employees
viii.   Receive Purchase Orders
ix.   Enter/Finish Jail Supply Order, Finish Reviewing Supplies for Corrections
x.   Convert Requisitions to Purchase Orders, Finish/Follow-up Pending Requisitions
xi.   Enter/Update JM Todd New Leases
xii.   Follow-up with Vendors Open Orders/Orders Not Delivered
xiii.   Process/Convert Requisitions, Scan Requisitions and Purchase Orders
xiv.   Process New Hire, Size Appointment New Hire, Fill Out Paperwork for New Hires
xv.   Cut Patches Off Used Uniforms and Hang/Dispose of Uniform
xvi.   Process Uniform Request/Returns, Check Used Uniforms, Work in New/Used Uniforms
xvii.   Pull/Restock Uniforms and Equipment for Uniform Request, Restock Inner Belts
xviii.   Add Sizing Labels to Garment Bags for New LE Uniform
xix.   Other Administration Duties

**Step 3**- Total minutes available for work in a typical day, and typical week, were calculated with MS Excel.

**Step 4**- Total minutes used and left unused for work by Purchasing Agents were calculated with MS Excel.

**Step 5**- The percentage of actual available minutes used by the unit was calculated with MS Excel.

**Step 6**- The top five modalities on which Purchasing Agents spend the majority of their time were calculated with MS Excel.

**Step 7**- The relief factor of 1.33 was included in these calculations.

The below chart indicates the results for the time required to fulfill Purchasing Agents demands.  The summarized results indicate that there is a requirement of 7 full-time equivalent (FTE) positions to handle the Purchasing Agents workload.  This indicates that a total of 5 (five) employees are performing the work of seven (7) FTE positions.  The self-reported analysis also indicated that the Purchasing Agents are using 100% of their available time working on Purchasing Agent principal modalities.  It would appear

LCSO/Clark
DEF004398

# Lee County Sheriff's Office

that the current staffing level is inadequate and it is recommended that two (2) additional Purchasing Agent positions be allocated.  The full results can be found in the Appendix.

| Purchasing - Civilian Purchasing Agent - TIME / WORKLOAD ANALYSIS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tasks Routinely Performed by The Detectives | Day 1 | Day 2 | Day 3 | Day 4 | Weekly Minutes | Weekly Hours | Monthly Hours | Annual Hours | % Of Weekly Minutes |
| Phone calls and Emails | 693 | 579 | 602 | 652 | 2526 | 42.10 | 182.29 | 2187.516 | 20.83% |
| Checking in Orders, Receive Orders | 14 | 129 | 88 | 140 | 421 | 7.02 | 30.38 | 364.586 | 3.47% |
| Pull Pick Ticket Orders and Send Order Ready Notifications | 153 | 42 | 19 | 6 | 220 | 3.67 | 15.88 | 190.52 | 1.81% |
| Customer Service Front Counter/ Back Door, Receive/ Process Packages | 448 | 436 | 583 | 557 | 2024 | 33.73 | 146.07 | 1752.784 | 16.69% |
| Process Pick Ticket Orders, Process Purchase Orders and Pull Orders | 412 | 355 | 281 | 395 | 1043 | 17.38 | 75.27 | 903.238 | 8.60% |
| Entered In House Supply Replenishment Order, Enter Requisitions/ Orders | 111 | 239 | 62 | 98 | 490 | 8.17 | 35.36 | 424.34 | 4.04% |
| Meeting with Jenna, Shannon or Assist other Employees | 73 | 137 | 140 | 45 | 395 | 6.58 | 28.51 | 342.07 | 3.26% |
| Receiving Purchase Orders | 23 | 0 | 0 | 0 | 23 | 0.38 | 1.66 | 19.918 | 0.19% |
| Enter/ Finish Jail Supply Order, Finish Reviewing Supplies For Corrections | 61 | 0 | 0 | 0 | 61 | 1.02 | 4.40 | 52.826 | 0.50% |
| Convert Requisitions to Purchase Orders, Finish/ Follow-up Pending Requestions | 0 | 39 | 46 | 159 | 244 | 4.07 | 17.61 | 211.304 | 2.01% |
| Enter/ Update JM Todd New Leases | 0 | 0 | 274 | 0 | 274 | 4.57 | 19.77 | 237.284 | 2.26% |
| Follow-up with Vendors Open Orders/ Orders Not Delivered | 0 | 0 | 0 | 33 | 33 | 0.55 | 2.38 | 28.578 | 0.27% |
| Process/ Convert Requisitions, Scan Requisitions and Purchase Orders | 278 | 246 | 414 | 331 | 1269 | 21.15 | 91.58 | 1098.954 | 10.46% |
| Process New Hire, Stac Appointment New Hire, Fill Out Paperwork for New Hires | 27 | 41 | 60 | 7 | 135 | 2.25 | 9.74 | 116.91 | 1.11% |
| Cut Patches Off Used Uniforms and Hang/ Dispose Uniform | 21 | 77 | 0 | 0 | 98 | 1.63 | 7.07 | 84.868 | 0.81% |
| Process Uniform Request/ Returns, Check Used Uniforms, Work in New/ Used Uniforms | 239 | 249 | 245 | 295 | 1028 | 17.13 | 74.19 | 890.248 | 8.48% |
| Pulled/ Restocked Uniforms & Equipment for Uniform Request, Restock Inner Belts | 7 | 35 | 0 | 0 | 42 | 0.70 | 3.03 | 36.372 | 0.35% |
| Add Sizing Labels to Garment Bags For New LE Uniform | 0 | 0 | 0 | 20 | 20 | 0.33 | 1.44 | 17.32 | 0.16% |
| Other Administrative Duties | 441 | 579 | 221 | 420 | 1661 | 27.68 | 119.87 | 1438.426 | 13.69% |
| Total = | 3001 | 3003 | 3035 | 2968 | 12007 | 200.12 | 866.51 | 10398.062 | 98.99% |
| | | | | | | | | | |
| Total Available Minutes / Includes ALL Time With No Deductions | | | | | | | | | |
| | | | | | | | | | |
| Total Daily Minutes Actually Available For Work   600 x 4 = 2400 | | | | 2400 | 600 available work minutes in one shift times 4 shifts each week  (breaks are part of relief factor included in calculations below) | | | | |
| Total Weekly Minutes Actually Available For Work 600 x 4 x 5 = 12000 | | | | 12000 | 600 available minutes in one shift times 4 Shifts times 5 work members | | | | |
| Total Weekly Minutes Actually Used For Work By This Unit | | | | 12007 | Actual documented time worked by the Unit during a regular four day work week. | | | | |
| Unused Work Minutes | | | | -7 | Actual available time not taken advantage of | | | | |
| Percentage Of Actual Available Minutes Used By This Unit | | | | 100% | Percentage of the actual available time used by the entire unit as a whole | | | | |
| | | | | | | | | | |
| Top Five Categories This Unit Is Spending Time On Weekly | | | | | | | | | |
| | | | | | | | | | |
| Tasks Related to New Hire - Scan, Start Action Sheet, Prep New File | | | | 20.83% | | | | | |
| Tasks Related to Other Administrative Duties | | | | 16.69% | | | | | |
| Tasks Related to Phone calls and Emails | | | | 13.69% | | | | | |
| Tasks Related to Applications, Applicants, Employment Verification | | | | 10.46% | | | | | |
| Tasks Related to MUNIS - Management, Repair, Requests, Documentation | | | | 8.60% | | | | | |
| 70% of their work week is spent on these five categories | | | | 70% | | | | | |
| | | | | | | | | | |
| Full Time Equivalency Evaluation | | | | | | | | | |
| | | | | | | | | | |
| One Full Time Equivalent / Actual Work Time With Deductions | | | | 1574 | 1 FTE = 1574 Hours = 10 Hrs Daily x 4 Days Weekly = 40 Hrs Weekly x 52.14 Weeks Yearly = 2086 Hrs Relief Factor of 512 hours   = 1574 Hrs | | | | |
| Total Annual Hours | | | | 10398.062 | Total FTE hours worked by the unit annually | | | | |
| Full Time Equivalency | | | | 7 | This number indicates that 5 Purchasing Agents are doing the work of 7 Purchasing Agents during an average work week. | | | | |

(This chart can be viewed in the Appendix)

**Relief Factor Calculations and Tables for Purchasing Agents**

Purchasing Agents are permitted a specified number of Vacation, Sick, Personal, and Training hours that takes them away from their regular duties.  Therefore, a relief factor, which accounts for personnel usage of this time, must be factored into the staffing assessment.  Using averages, the Relief Factor for Purchasing Agents working 10-hour shifts is 1.33.  This means that 1.33 people must be hired to do the work of one full time equivalent position.

LCSO/Clark
DEF004399

# Lee County Sheriff's Office

| | Standard Relief Factor for Civilian Employees 10/Shift | |
|---|---|---|
| | Category | Civilian |
| 1 | Total hours identified by policy (based on a standard 40 hour work week (40 x 52.14 = 2086) | 2086 |
| 2 | Vacation Hours Per Year | 160 |
| 3 | Personal Hours Per Year | 100 |
| 4 | Sick Hours Per Year | 80 |
| 5 | Break Time Hours Per Year | 172 |
| 6 | Total of Lines 2-6 | 512 |
| 7 | Subtract Line 6 from Line 1 | 1574 |
| 8 | Relief Factor (divide line 1 by line 7 and round to 2 decimal places) | 1.33 |

As indicated by the Time/Workload Analysis chart, the shift relief factor was already calculated into the Purchasing Agents workload. Including the shift relief factor, the workload of 7 Purchasing Agents will require two (2) additional allocations. It should be noted that this assessment revealed existing Purchasing Agents are working on principle modalities 100% of the time.

**Results Summary**

As of this assessment, there are 7 total allotments in Purchasing with 5 non-supervisory positions. There are five (5) Purchasing Agents doing the work of 7.

*Recommendation* – The addition of two (2) Purchasing Agent allocations.

LCSO/Clark
DEF004400

# Lee County Sheriff's Office

## Personnel Assessment

**1. Member Surveys**

As part of the workload inspection of Purchasing, all members received a "Member Survey" disseminated by Sgt. Diana Cintron consisting of thirty-one (31) questions directly related to the individual worker. Sgt. Cintron provided seven (7) unit members with a hyperlink to the anonymous, confidential, web-based survey and requested it be completed. Seven (7) of the 7 members or 100% of personnel responded. A copy of the thirty-question member survey is included in the appendix.

Below are the survey questions:

1) Do you believe that your unit is performing at an acceptable level?
2) Are you aware of any policies or procedures that are not being followed?
3) If you answered yes to the above question, please specify which policy or procedure is not being followed?
4) Has technology improved your personal work performance?
5) Is your work satisfying?
6) Do you know the goals and objectives of your unit?
7) Do you have the necessary tools and resources to do your job?
8) If you do not have the necessary tools and resources to do your job, please list the tools and resources that you need.
9) Is your equipment periodically inspected as required by policy?
10) Were you given the requisite training upon selection to your unit?
11) Have you received additional unit related training since you started in this unit?
12) Is training available to you in your current assignment?
13) Has the training you have received improved your job performance?
14) Is your supervisor aware of your work performance?
15) Does your supervisor support your actions and decision?
16) Does your supervisor encourage your ideas and opinions?
17) Does your supervisor inform you on matters that affect your job?
18) (Short answer question) What are the positive things about your unit/shift?
19) (Short answer question) What are the negative things about your unit/shift?
20) (Short answer question) Have you taken an active role in finding solutions to unit issues?
21) (Short answer question) What could you or the agency do to help maximize your job performance?
22) (Short answer question) Is there any equipment not provided to you that could help you to perform better?

LCSO/Clark
DEF004401

# Lee County Sheriff's Office

23) (Short answer question) If you answered yes to the above, please list the equipment that could be provided which would help you perform your job better.

24) (Short answer question) Is there any training that you would like to have more frequently?

25) (Short answer question) If you answered yes to the above, please list the type of training you would like to receive.

26) (Short answer question) Are there any procedures that can be modified to save time?

27) (Short answer question) If you answered yes to the above, please list the procedure changes that you would make to save time.

28) Are you aware that all files, spread sheets and/or pertinent information should be uploaded to the proper program or sent to the official custodian within the Lee County Sheriff's Office and not be kept in your own personal files?

29) Do you have any personal files that should be uploaded in Spillman or any other LCSO programs?

30) (Short answer question) Is there anything you would like to add about your work or your unit?  If so, please let us know below.

31) What would you like us to know that would benefit Purchasing or was not covered previously?

**_Survey Responses:_**

(Duplicate or unassociated written answers have been omitted.  The full responses can be viewed in the Appendix.

1. Do you believe that your unit is performing at an acceptable level?
     i.  Yes – 100%
    ii.  No – 0%
2. Are you aware of any policies or procedures that are not being followed?
     i.  Yes – 0%
    ii.  No – 100%
3. If you answered yes to the above question, please specify which policy or procedure is not being followed.  N/A
4. Has technology improved your personal work performance?
     i.  Yes – 86%
    ii.  No – 14%
5. Is your work satisfying?
     i.  Yes – 100%
    ii.  No – 0%
6. Do you know the goals and objectives of your unit?
     i.  Yes – 100%

LCSO/Clark
DEF004402

# Lee County Sheriff's Office

      ii.  No – 0%

7. Do you have the necessary tools and resources to do your job?
   - i. Yes – 83%
   - ii. No – 17%

8. (Short answer question) If you do not have the necessary tools and resources to do your job, please list the tools and resources that you need.
   - i. Written Answers:
     - a. "Although would like to add a few bar code scanners, along with a good camera to take pictures of stock items."
     - b. "The tools they have given us to do the job is very labor intensive and inconsistent when performing certain tasks. Which in turn makes the job very frustrating at times."
     - c. "Would be nice to have a handheld scanner to scan items directly into the person's issuance."

9. Is your equipment periodically inspected as required by policy?
   - i. Yes – 100%
   - ii. No – 0%

10. Were you given the requisite training upon selection to your unit
    - i. Yes – 100%
    - ii. No – 0%

11. Have you received additional unit related training since you started in this unit?
    - i. Yes – 100%
    - ii. No – 0%

12. Is training available to you in your current assignment?
    - i. Yes – 100%
    - ii. No – 0%

13. Has the training you received improved your job performance?
    - i. Yes – 100%
    - ii. No – 0%

14. Is your supervisor aware of your work performance?
    - i. Yes – 100%
    - ii. No – 0%

15. Does your supervisor support your actions and decisions?
    - i. Yes – 100%
    - ii. No – 0%

16. Does your supervisor encourage your ideas and opinions?
    - i. Yes – 100%
    - ii. No – 0%

17. Does your supervisor inform you on matters that affect your job?
    - i. Yes – 100%

LCSO/Clark
DEF004403

# Lee County Sheriff's Office

    ii.  No – 0%

18. (Short answer question)   What are the positive things about your unit/shift?
    i.  Written Answers:
        a.  "I feel everyone tries to work as a team, and I am approachable if they have concerns."
        b.  "Management in the unit is very approachable and easy to talk with.  I enjoy the job, just not the Munis program we have switched to, to complete the job."
        c.  "Every day is a challenge and in this unit you can't never stop learning."
        d.  "We are able to provide customer service and necessities to other employees in the agency."
        e.  "I am able to successfully work with my partner/co-workers, have great support from my supervisors, different projects, responsibilities to stay busy, great relationships with other employees in the agency and co-workers."
        f.  "Each member has different areas that they handle and excel in. The team has an excellent work ethic and multi-task both individually and as a unit."
        g.  "Open door policy.  Both Shannon and Jenna are always willing to help and to also answer any questions or problems I come across."

19. (Short answer question)  What are the negative things about your unit/shift?
    i.  Written Answers:
        a.  "N/A."
        b.  "The glitchy Munis program we are using to do the job."
        c.  "In occasions the miscommunication."
        d.  "Sometime attitudes can be difficult to deal with."
        e.  "Others with low morale, negativity or causing issues with other."
        f.  It is a smaller unit, so when it comes to scheduling it can hard to have multiple personnel off?"

20. Have you taken an active role in finding solutions to unit issues?
    i.  Yes – 71%
    ii.  No – 29%

21. (Short answer question)  What could you or the agency do to help maximize your job performance?
    i.  Written Answers:
        a.  "N/A."
        b.  "Nothing that I can think of at this time.  They already have given us a counter person which has help tremendously with the interruptions in completing tasks in the Munis

LCSO/Clark
DEF004404

# Lee County Sheriff's Office

      system and given us desk top scanners to help with the workload."

    c.  "Provide better salary and more trainings in other areas."

    d.  "Improve morale."

    e.  "Help to update technology so we are not so paper heavy and doing things manually, such as a scanning/inventory system that ties in with our purchasing system (Munis), electronic signatures, etc."

    f.  "Would be nice to have a handheld scanner to scan items directly into the person's issuance."

22. Is there any equipment not provided to you that could help you to perform better?

    i.  Yes – 43%

    ii.  No – 57%

23. If you answered yes to the above, please list the equipment that could be provided which would help you perform your job better.

    i.  Written Answers:

        a.  "Bar code scanners (handheld)."

        b.  "A handheld scanner that would help with scanning uniforms right in to the employee issuance if this was possible based on procurement program we have in place."

        c.  "Would be nice to have a handheld scanner to scan items directly into the person's issuance."

24. Is there any training that you would like to have more frequently?

    i.  Yes – 43%

    ii.  No – 57%

25. If you answered yes to the above, please list the type of training you would like to receive.

    i.  Written answers

        a.  "Cross training in different areas within the unit."

        b.  "Anything relating to effectively dealing with people."

        c.  "Anything customer service or dealing with people."

26. Are there any procedures that can be modified to save time?

    i.  Yes – 57%

    ii.  No – 43%

27. If you answered yes to the above, please list the procedure changes that you would make to save time.

    i.  Written answers

        a.  "Entering of uniform requests in Munis.  Lots of steps to enter each item."

LCSO/Clark
DEF004405

# Lee County Sheriff's Office

    b. "As mentioned above, advanced technology systems in place would help decrease manual issuance/receipts and having to scan paper. Electronic signatures for issued items, scanning system to take inventory and manage receipts/issuance."

    c. "A handheld scanner than would help with scanning uniforms right into the employee issuance if this was possible, based on procurement program we have in place."

    d. "Would be nice to have a handheld scanner to scan items directly into the person's issuance."

28. Are you aware that all files, spread sheets and/or pertinent information should be uploaded to the proper program or sent to the official custodian within the Lee County Sheriff's Office and not be kept in your own personal files? Is there anything you would like to add about your work or your unit?

    i. Yes – 100%

    ii. No – 0%

29. Do you have any personal files that should be uploaded in Spillman or any other LCSO programs?

    i. Yes – 0%

    ii. No – 100%

30. (Short answer question) Is there anything you would like to add about your work or your unit?

    i. Written Answers:

        a. "The girls in Purchasing work very hard, they are team players and very conscientious in the work they do."

        b. "We have a good little unit here with great management."

        c. "Some co-workers should mind their own business."

        d. "We have a hard working group of people that are tasked with a large workload and they handle it."

        e. "I enjoy my job and really like working for Jenna and Shannon."

31. What would you like us to know that would benefit the Human Resources Unit or was not covered previously?

    i. Written answers

        a. "Nothing."

The major issues observed in the member survey are as follows:

1) *Equipment*:

    a. Throughout the survey, it was mentioned by several Purchasing Agents that they would like to have a handheld Barcode scanner that would scan information into the employee issuance.

    b. A good camera to take pictures of stock items.

LCSO/Clark
DEF004406

# Lee County Sheriff's Office

   c.  Advanced technology systems in place would help decrease manual issuance/receipts and having to scan paper.  Electronic signatures for issued items, scanning system to take inventory and manage receipts/issuance.

*Recommendation*:  If Director Clark agrees with the suggestions of the additional equipment/technology, it should be investigated to determine cost and effectiveness.

2) *Training*:
   a.  Cross training in different areas within the unit.
   b.  A class on effectively dealing with people.
   c.  A class on customer service.

*Recommendation*: The individual should find out where these classes/courses are being offered and provide the Training Division, Paula Robinson, with the information so it may be uploaded into TMS and apply for the offered course.

## 2.  Personal Interviews

Sgt. Cintron made an unannounced visit to speak to the Purchasing Agents in the Purchasing Division. Sgt. Cintron spoke to several people asking them what their job duties were, what their daily tasks comprised of, and their overall job happiness.  The only issue brought up was regarding a handheld scanner to make their job tasks quicker and easier. Although, the unit is a small unit, it appears that the Purchasing Agents and Management are a very closely knitted group.  Sgt. Cintron was sitting at the break table and one Purchasing Agent was eating her lunch. She appeared to be happy and content with her position in Purchasing.  It was very busy and non-stop.

## 3.  Member Self-Assessments

An online Member Self-Assessment was distributed to each member in Purchasing. These anonymous assessments asked personnel to answer four questions and state their highest level of formal education.  Seven of the seven members (100%) returned the assessment.  The possible answers to the questions were Very High, High, Neutral, Low, and Very Low.  The questions were as follows:

1) Morale can be described as one's emotional or mental condition with respect to cheerfulness, confidence, zeal, etc., especially in the face of opposition, hardship, etc… Which of these best describes your personal level of morale?

LCSO/Clark
DEF004407

# Lee County Sheriff's Office

2)  Job satisfaction can be defined as how content an individual is with his or her job, in other words, whether or not they like the job or individual aspects of their position, such as nature of work. Which one of these best describes your level of job satisfaction?

3)  Worker happiness is that happiness that workers feel when they are satisfied with their job and work conditions. Which one of these best describes your level of worker happiness?

4)  Productivity can be defined as the quality, state, or fact of being able to generate, create, enhance, or bring forth goods and services. Which of these best describes your personal level of productivity?

5)  Which of these describes your highest level of formal education?

The answers were as follows:

1)  Which of these best describes your personal level of morale?
    a.  Very High – 25%
    b.  High – 50%
    c.  Neutral – 25%
    d.  Low – 0%
    e.  Very Low – 0%

2)  Which of these best describes your level of job satisfaction?
    a.  Very High – 14%
    b.  High – 71%
    c.  Neutral – 14%
    d.  Low – 0%
    e.  Very Low – 0%

3)  Which of these best describes your level of worker happiness?
    a.  Very High – 13%
    b.  High – 75%
    c.  Neutral – 13%
    d.  Low – 0%
    e.  Very Low – 0%

4)  Which of these best describes your level of productivity?
    a.  Very High – 38%
    b.  High – 50%
    c.  Neutral – 13%
    d.  Low – 0%
    e.  Very Low – 0%

5)  Which of these best describes your current level of education?
    a.  Doctorate – 0%
    b.  Masters – 25%

LCSO/Clark
DEF004408

# Lee County Sheriff's Office

    c.   Bachelors – 24%
    d.   Associates – 0%
    e.   Some College – 38%
    f.   HS Diploma – 13%
    g.   GED – 0%

This assessment showed that Purchasing employees have levels of morale, job satisfaction, worker happiness, and productivity ranged from neutral to very high. Productivity was noted at very high by 50% and high at 50%.  It also showed that several employees had had attained a degree(s) at the level of postsecondary education.

*Note* – Members are encouraged to take advantage of Lee County Sheriff's Office benefits to obtain a low cost, high-quality education.

**4.  Inspector Observations**

Sgt. Cintron made an unannounced visit to Purchasing, speaking to random personnel and observing their work habits.   The personnel appeared to be very happy and comfortable in their positions.  Sgt. Cintron observed that the atmosphere was friendly and welcoming. Sgt. Cintron noticed that the telephone was constantly ringing and the Purchasing Agents were working at the front counter assisting fellow employees. Additionally, Purchasing Agents were reviewing purchase orders and picking up COVID-19 supplies to handout to a fellow worker at the front counter.   The employees were very outgoing and very attentive to Sgt. Cintron's questions and needs. Sgt. Cintron felt very comfortable and welcomed by all of the employees.

LCSO/Clark
DEF004409

# Lee County Sheriff's Office

## Conclusion

### Mission Conclusion

1. Does Purchasing meet the agency's formal expectations?

   *Yes.*

2. Does Purchasing practices and procedures ensure compliance with LCSO policies, procedures, and professional standards?

   *Yes.*

3. Are there deficiencies in integrity, training, morale, policy, supervision, or personnel at Purchasing?

   *There are no recognizable deficiencies in integrity, training, morale, policy, first line supervision, and personnel.*

4. Are resources adequate for achieving agency goals and objectives?

   *Several Purchasing Agents requested a handheld Barcode scanner and a camera to take pictures of stock items. The staffing resources are inadequate according to the workload analysis. The addition of two (2) Purchasing Agent allocations is recommended for the Purchasing Division.*

5. Are internal and external communications effective?

   *Yes.*

6. Is there sufficient safety and security for personnel?

   *Yes. There is sufficient safety and security for personnel, and the equipment provided meets and exceeds all operational and Accreditation standards.*

7. Are the written directives for this unit adequate?

   *Yes. Written directives meet all State and Federal laws, and Accreditation Standards.*

8. Evaluation of the record keeping practices for organization, completeness, and ability to retrieve information.

LCSO/Clark
DEF004410

# Lee County Sheriff's Office

*The record keeping practices of Purchasing are organized, complete, and the software available provides easy retrieval of information.*

9. Other Recommendations
   *There are no other recommendations at this time.*

**<u>Objectives</u>**

6. Does Purchasing comply with the law, policy, and CALEA standards?  *<u>Yes</u>.*

7. Is the Purchasing facility safety and security appropriate? *<u>Yes</u>.*

*8.* Are equipment safety, and equipment needs met? *<u>Yes.</u>*

9. Is adequate supervision assigned to Purchasing? *<u>Yes</u>.*

*10.* Are adequate personnel assigned to Purchasing?  *<u>No.</u>*

   *<u>Recommendation</u>:* The current staffing level is inadequate and it is recommended that two (2) additional Purchasing Agent positions be allocated.


The Purchasing Division of the Lee County Sheriff's Office appears to be running at a high to very high level of productivity according to all of the employees.  Most of the personnel appear to be happy to very happy to be assigned there.  Supervisors appear extremely qualified, and are well liked by their employees.  Nearly all of the staff showed high to very high levels of morale and job satisfaction.

It is difficult to obtain the perfect level of equipment, service, and employee satisfaction in a law enforcement agency.  The Purchasing Division is a very small unit with a group of very hard working and dedicated employees.  With their expertise in purchasing goods and services for the department, the certified staff can focus on keeping the residents and visitors of Lee County safe

LCSO/Clark
DEF004411

# Lee County Sheriff's Office

### <u>References</u>

Lee County Sheriff's Office (2020) *Operations Manual:  2020.*  Fort Myers, FL:  LCSO PowerDMS.

Shane, J.M. (2009).  *What every chief executive should know:  Using data to measure police performance.*  Flushing, NY:  Loose-leaf Law Publications Inc.

LCSO/Clark
DEF004412