

324 South Hyde Park Avenue, Hyde Park Plaza, Suite 225, TAMPA, FL 33606-4127

Telephone 813-251-1210 • Facsimile 813-253-2006

April 28, 2022

***Via EEOC Respondent Portal***

Jose Delarosa, Investigator
U. S. Equal Employment Opportunity Commission
Miami District Office – Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, FL 33131

> Re:  *Jenna Clark v. Lee County Sheriff's Office*
> EEOC Charge No. 510-2022-01352
> [5000.1247 ANB 45(T)]

Dear Investigator Delarosa:

On or about November 16, 2021, Jenna Clark (hereinafter "Charging Party" or "Clark") filed a Charge of Discrimination (the "Charge") against the Lee County Sheriff's Office (hereinafter "Respondent" or "LCSO"), alleging that she was subjected to unlawful discrimination, hostile work environment, and retaliation in violation of the Civil Rights Act of 1964, as amended ("Title VII"), the Age Discrimination in Employment Act of 1967, as amended ("ADEA"), and the Florida Civil Rights Act ("FCRA").[1]

---

[1] Of note, Clark also asserts in her Charge that Respondent violated her rights under the Family and Medical Leave Act ("FMLA"), an allegation which Respondent denies. Such allegations will not be addressed further herein, since the EEOC has no enforcement responsibility for Clark's asserted FMLA claims. *See Boler v. Golden Living Ctr. Kennestone*, No. 1:19-cv-1483-LMM-WEJ, 2019 WL 3519002, at *2 (N.D. Ga. June 10, 2019) (stating that "the EEOC is not responsible for enforcing the FMLA").

Affiliate of Worklaw network:  The Nationwide Network of Management Labor and Employment Law Firms
http://twitter.com/anblaw
SPDN-868764429-3034062

Jose Delarosa, Investigator
U. S. Equal Employment Opportunity Commission
Miami District Office
April 28, 2022
Page 2

The Respondent denies that it engaged in any unlawful discrimination or retaliation against the Charging Party as alleged in her Charge and submits this Position Statement and referenced exhibits to address her allegations.[2]

## I.   Factual Background

The LCSO, currently led by Sheriff Carmine Marceno, is an equal opportunity employer and maintains written policies prohibiting discrimination or harassment on the basis of race, creed, color, religion, national origin, age, sex, sexual orientation, marital status, political affiliation, or physical or mental handicap. The relevant portions of the LCSO's Operations Manual are attached as Composite Exhibit 1.

Clark commenced her employment with the LCSO on June 5, 1992 as a Financial Assistant. (Exhibit 2). Throughout her tenure with the LCSO, Clark held various civilian positions within the Support Services Bureau, until 2012 when she was promoted by former Sheriff Michael Scott to the position of Director of Purchasing. (Exhibit 3). As the Director of Purchasing, Clark reported directly to Annmarie Reno, the Executive Director of LCSO's Support Services Bureau.

In October of 2018, Sheriff Michael Scott announced his retirement from the LCSO and his successor, former Undersheriff Carmine Marceno, was appointed to serve as the Sheriff of Lee County by then Governor Rick Scott. On November, 2020, Sheriff Marceno was elected to office by the citizens of Lee County. Under his leadership of the agency, Sheriff Marceno instituted several organizational changes to the Support Services Bureau, including with respect to the job duties and responsibilities delegated to each of the Bureau's sub-divisions. These organizational changes have been undertaken as part of an effort to consolidate redundant positions and conserve budget allocations.

In July and August of 2021, Sheriff Marceno directed a further review of LCSO's operations in an ongoing effort to streamline and consolidate personnel at every level of the workforce for budgetary efficiency. In response to Sheriff Marceno's directives and under the oversight of Undersheriff John Holloway, the LCSO examined the agency's operations and identified certain civilian positions which were no longer required to accomplish the agency's

---

[2] This Position Statement ("Statement") is intended to be Respondent's summary response to the allegations raised in the above-referenced matter. This Statement is not intended to be an exhaustive treatment of any and all evidence that may be available to the Respondent at the time this Statement was prepared, and it should not be interpreted to signify that the Respondent has completed all investigations it may wish to pursue in this matter. Further, this Statement is not intended to raise all legal theories and/or defenses which the Respondent may ultimately raise in this matter. The Respondent reserves the right to alter, amend, or supplement this Statement if new or additional information is alleged or discovered or for other reasons. This Statement is provided to the Equal Employment Opportunity Commission solely for its investigation of the above-referenced Charge of Discrimination and with the understanding that this matter will remain confidential and will not be disclosed for any other purpose, except as provided for by law.

Jose Delarosa, Investigator
U. S. Equal Employment Opportunity Commission
Miami District Office
April 28, 2022
Page 3

goals.[3] The decision to eliminate Clark's position as the Director of Purchasing was made along with other necessary 2021 budgetary adjustments, including the elimination of at least seven (7) additional positions and the reorganization of LCSO's former Professional Standards Bureau. (Composite Exhibit 4).

In assessing the specific staffing needs of the Support Services Bureau, the LCSO sought to consolidate positions that were redundant, and which could be absorbed by other positions elsewhere in the agency. Specifically, the operational analysis identified that the Purchasing Director's responsibilities could effectively be handled by the agency's Purchasing Manager, and thus, the Purchasing Director's position was recommended for elimination. (Compare Exhibit 5 and Exhibit 6).[4]

On August 15, 2021, Annmarie Reno informed Clark of the LCSO's decision to eliminate her position, pursuant to the ongoing agency-wide reduction in force mandate.[5] (Exhibit 7). Contrary to the assertions in her Charge, at the time she was informed that her position was being eliminated, Clark was invited to apply for an available open civilian position within the agency. Specifically, at the time Clark's position was eliminated, the LCSO had posted an opening within its Communications Division and Clark was informed of this opportunity. However, Clark declined to apply for the Communications position and instead, elected to retire from her employment with the LCSO, effective September 4, 2021. (Exhibit 8).

## II.     Charging Party's Allegations and Respondent's Position

In her Charge, Clark asserts she was subjected to unlawful discrimination, a hostile work environment, and retaliation because of her age in violation of Title VII, the ADEA, and the FCRA. For the reasons articulated below, Clark's claims are meritless.

---

[3] The organizational analysis also included a review of the Bureaus of the agency which employ certified personnel, with the consequence that several positions for certified personnel were also eliminated. The consolidation and reorganization of the LCSO's certified Bureaus are not further discussed, however, since these consolidations did not significantly impact the organizational changes effectuated within the Support Services Bureau.

[4] At the time Clark's position was recommended for elimination, the Purchasing Manager position was held by Shannon Lehman (D.O.B. 02/22/1967). Lehman was initially hired by LCSO in April of 1995, and she continues to be employed in her role as Purchasing Manager.   Clark's age (D.O.B. 01/12/62) was not a factor in identifying her position for elimination.

[5] At the time Clark was informed of the LCSO's decision to eliminate her position, she was on leave for a medical procedure. Pursuant to LCSO's common practice and unrelated to the decision to eliminate her position, Clark was not placed on FMLA leave, as her expected absence was not expected to exceed seven (7) working days. Moreover, upon designating her position for elimination, LCSO placed Clark on paid administratively leave, rather than requiring her to use accrued personal leave time. (See Exhibit 7).

Jose Delarosa, Investigator
U. S. Equal Employment Opportunity Commission
Miami District Office
April 28, 2022
Page 4

### a. Age Discrimination

The ADEA makes it unlawful to discriminate on the basis of age against an employee who is at least 40 years old. 29 U.S.C. §§ 623(a), 631(a). When an ADEA claim is based on circumstantial evidence, the *McDonnell Douglas* burden shifting framework, as articulated above, applies. *Liebman v. Metro. Life Ins. Co.*, 808 F.3d 1294, 1298 (11th Cir. 2015). In a reduction-of-force case, to establish a *prima facie* case of age discrimination, Clark must prove that: (1) she was within the protected age group and was adversely affected by an employment decision; (2) she was qualified for the current position or to assume another position at the time of the reduction in force; and (3) there was evidence by which a fact finder could reasonably conclude that the employer intended to discriminate on the basis of age in reaching the decision to eliminate the position. *Alsobrook v. Fannin County, Georgia*, 698 Fed.Appx. 1010, 1012 (11th Cir. 2017) *citing Smith v. J. Smith Lanier & Co.*, 352 F.3d 1342, 1344 (11th Cir. 2003).

Unlike Title VII, however, the ADEA's test does not provide that a plaintiff may establish discrimination by showing that age was simply a motivating factor. Thus, Clark must prove beyond a preponderance of the evidence that her age was the "but-for" cause of the complained of employment action. *Gross v. FBL Fin. Servs., Inc.*, 557 U.S. 167, 177-78, 129 S.Ct. 2343, 2351-52, 174 L.Ed.2d 119 (2009). In other words, Clark must show "that age was 'the reason' that the employer decided to act." *Id.* at 2343. If Clark establishes a *prima facie* case, the burden shifts to LCSO to articulate a legitimate, non-discriminatory reason for the challenged employment action. *Liebman*, 808 F.3d at 1298. If LCSO proffers a legitimate, non-discriminatory reason, the burden shifts back to Clark to show that LCSO's reason is pretext for discrimination. *Id*.

For purposes of this Position Statement only, LCSO acknowledges that Clark, a female over the age of 40, is a member of a protected class. However, Clark's claim for age-based discrimination fails because she cannot prove that her age was the *but-for* cause of the LCSO's decision to eliminate her position within the agency. To the contrary, there is no evidence whatsoever that the LCSO's decision to eliminate Clark's position was premised upon her age. Instead, the evidence unequivocally establishes that, as part of the LCSO's ongoing effort to streamline personnel responsibilities and consolidate redundant positions for budgetary reasons, the LCSO determined that Clark's responsibilities could be absorbed elsewhere within the agency in order to more effectively distribute the agency's resources and best service the citizens of Lee County, Florida.

Even assuming *arguendo* that Clark could establish a *prima facie* case of age-based discrimination, her claim still fails because the LCSO has proffered a legitimate, nondiscriminatory reason for its decision to eliminate certain civilian-held positions within the agency. In undertaking its reduction-in-force efforts, the LCSO identified positions that were superfluous or whose responsibilities could be consolidated with those of other existing positions in order to effectuate desirable cost savings for the agency. The decision regarding the elimination of Clark's civilian position was not arbitrary, but rather done in conjunction with the elimination of numerous other positions as well as the restructuring and reorganization of an entire Bureau

Jose Delarosa, Investigator
U. S. Equal Employment Opportunity Commission
Miami District Office
April 28, 2022
Page 5

within the agency. These decisions were premised upon the LCSO's agency-wide review and analysis of job responsibilities, and a determination of which positions were redundant and no longer essential to the agency's operations. Accordingly, the LCSO has satisfied its burden of producing a legitimate nondiscriminatory reason for its action. *See Meeks v. Computer Assoc. Int'l.*, 15 F.3d 1013 (11th Cir. 1994) (stating an employer's burden of producing a legitimate nondiscriminatory explanation for its employment action is "exceedingly light").

To overcome the LCSO's proffered reason, Clark must show that the proffered reason is merely pretext for unlawful discrimination, meeting the reason "head on and rebutting it." Clark cannot succeed simply by quarreling with the wisdom of the LCSO's proffered reason. *Carter v. Diamondback Golf Club, Inc.*, 229 F.3d 1012 (11th Cir. 2000). Here, Clark asserts that the LCSO failed to afford her an opportunity to transfer to another area or position. However, this assertion is plainly false, as the evidence demonstrates that Clark was invited to apply for any other open civilian position, including specifically a Communications Call Taker, at the time she was notified that her current position was being eliminated. It was by her own volition that Clark declined to apply for this open position. Accordingly, Clark's attempt to rebut the LCSO's legitimate, nondiscriminatory reason is insufficient, and her claim for age-based discrimination must fail.

**b. Hostile Work Environment**

To prove a claim for hostile work environment, Clark must prove that the "workplace is permeated with discriminatory intimidation, ridicule, and insult, that is sufficiently severe or pervasive to alter the conditions of the victim's employment and create an abusive working environment." *Enwonwu v. Fulton-Dekalb Hosp. Auth.*, 286 F. App'x 586, 602 (11th Cir. 2008) (citing *Harris v. Forklift Sys.*, 510 U.S. 17, 21 (1993)). More specifically, in order to establish a hostile work environment claim, Clark must show: (1) that she belongs to a protected group; (2) that she has been subject to unwelcome harassment; (3) that the harassment complained of is based on a protected characteristic; (4) that the harassment was sufficiently severe or pervasive to alter the terms and conditions of employment and create a discriminatorily abusive working environment; and (5) that the employer is responsible for such environment under either a theory of vicarious or of direct liability. *Thomas v. Seminole Electric Coop., Inc.*, 385 F. Supp. 3d 1246, 1259 (M.D. Fla. 2018).

Aside from her age, Clark has not presented evidence to establish *any* of these elements. It is not even clear who Clark alleges subjected her to the allegedly hostile work environment or what conduct she alleges created a hostile work environment. By all accounts, the evidence demonstrates that once the decision was made to eliminate Clark's position, she was promptly notified and afforded an opportunity to apply for other open positions within the agency. By her own accord and presumably for valid reasons related to her accrued benefits and retirement options, Clark elected not to do so and instead, chose to take an early retirement. Accordingly, because Clark's Charge is devoid of any evidence to establish a hostile work environment, her claim must be dismissed.

Jose Delarosa, Investigator
U. S. Equal Employment Opportunity Commission
Miami District Office
April 28, 2022
Page 6

### c.  Retaliation

The ADEA and Title VII have similar prohibitions against retaliation; thus, retaliation claims under the ADEA and Title VII are assessed under the same framework. *Trask v. Sec'y, Dep't of Veterans Affairs*, 822 F.3d 1179, 1193–94 (11th Cir. 2016). Additionally, "Florida courts follow federal case law when examining FCRA retaliation claims." *Olson v. Dex Imaging, Inc.*, 63 F. Supp. 3d 1353, 1362 (M.D. Fla. 2014). As such, Clark's allegations that she was subjected to retaliation in violation of the ADEA, Title VII, and the FCRA are analyzed under the same framework.

Under these statutes, an employer may not retaliate against an employee because the employee has opposed an unlawful employment practice (the opposition clause) or because the employee made a charge, testified, assisted, or participated in an investigation, proceeding, or hearing (the participation clause). *See EEOC v. Total Sys. Servs., Inc.*, 221 F.3d 1171, 1174 (11th Cir. 2000) (citing 42 U.S.C. § 2000e-3(a)); *see also Trask*, 822 F.3d at 1193–94 (citing 29 U.S.C. § 623(d)). Retaliation claims are assessed using the *McDonnell Douglas* burden shifting framework. *See Crawford v. Carroll*, 529 F.3d 961, 976 (11th Cir. 2008). Thus, to establish a *prima facie* case of retaliation, Clark must show (1) she engaged in a protected activity; (2) she suffered an adverse employment action; and (3) there was a causal connection between the protected activity and the adverse employment action. *Crawford*, 529 F.3d at 970.

Here, Clark's Charge does not identify how she allegedly engaged in any protected activity, nor that there was any causal connection between any asserted protected activity and Clark's job elimination. Therefore, based upon her Charge, Clark has not identified a *prima facie* showing for retaliation under Title VII, the ADEA or the FCRA. Accordingly, Clark's claim for retaliation similarly fails.

## III.  Conclusion

We trust that the foregoing provides sufficient information for the Commission to complete its investigation of this matter. Based on the foregoing Position Statement, along with the enclosed documentation, Respondent submits that Charging Party's allegations are unfounded and unsupported by evidence. Accordingly, Respondent respectfully requests that the Commission issue a "No Cause" determination in its favor.

Jose Delarosa, Investigator
U. S. Equal Employment Opportunity Commission
Miami District Office
April 28, 2022
Page 7


      If you have any questions regarding this Position Statement or should you have any further information to complete your investigation of this administrative complaint, please feel free to contact me at (813) 251-1210 or via email at [dstefany@anblaw.com](mailto:dstefany@anblaw.com).

                         Sincerely,

                         *s/ David J. Stefany*

                         David J. Stefany
                         Maelyn M. Morrison


DJS/MMM/ldp
Enclosure(s) *(as stated above)*

# EXHIBIT 1

Supercedes                       Lee County Sheriff's Office            Effective: 7/91
Chapter 31– Rev. 12/14               Operations Manual                 Revised: 10/19

Chapter 31:      RECRUITMENT ................................................................................ 31:1

   31.1     (31.1) ADMINISTRATIVE PRACTICES AND PROCEDURES ...................... 31:1

      31.1.1.2   Utilization of the Diverse Workforce to assist in Recruiting ...................... 31:2

      31.1.1.3   (31.3.2) Recruitment Agreements. ................................................... 31:2

      31.1.1.4   Community Outreach. ..................................................................... 31:2

      31.1.1.5   Internship Program ......................................................................... 31:3

   31.1.2   (31.2) AFFIRMATIVE ACTION AND EQUAL EMPLOYMENT
   OPPORTUNITY .......................................................................................... 31:3

      31.1.2.1   Equal Opportunity Action Policy. ..................................................... 31:3

      31.1.2.2   (31.2.1) Comprehensive Recruitment Program. .................................. 31:4

   31.2     (31.3) JOB ANNOUNCEMENTS AND PUBLICITY ..................................... 31:5

   31.2.1   All job announcements for position appointments with the Office shall: ........... 31:5

      31.2.1.2   APPLICATION PROCESS. ........................................................... 31:5

31:1

Supercedes
Chapter 31– Rev. 12/14

Lee County Sheriff's Office
Operations Manual

Effective: 7/91
Revised: 10/19

# CHAPTER 31: RECRUITMENT

**PURPOSE**

The purpose of this directive is to establish guidelines for the recruitment and screening of personnel for the Sheriff's Office.

This directive shall apply to all Sheriff's Office members. The recruitment and screening process is vital to any organization desirous of attracting and appointing qualified personnel. In order for the process to meet desired goals, it must be valid and measurable, with minimum adverse impact. The Sheriff's Office assumes full responsibility for recruitment. It is the policy of the Sheriff to recruit and appoint persons without regard to race, national origin, sex (including gender identity and expression, sexual orientation and pregnancy), age, disability, marital status, religion or any other legally protected status.

A properly structured and administered recruitment program will result in applicants who represent a more diverse cross-section of the Office's service community.

## 31.1 (31.1) ADMINISTRATIVE PRACTICES AND PROCEDURES

1. **(31.1.1)** The Office shall maintain an active recruitment program. The Office shall involve itself in all activities critical to the recruitment effort. The responsibility for administering the Office's recruitment program shall rest with the Human Resources Personnel Services Director. The Human Resources Personnel Services Director is responsible for administering the agency's recruitment program.

2. **(31.1.2)** Prior to initiating recruitment activities, those individuals used for recruiting purposes shall undergo an in-service training program that provides knowledge and skills in the following areas:

    A. The Office's recruitment needs and commitments;

    B. The Office's career opportunities, salaries, benefits and training;

    C. Federal and State compliance guidelines, to include Equal Employment and Affirmative Action;

    D. The community and its needs (including demographic data, community organizations, educational institutions, etc.);

    E. Cultural awareness, or an understanding of the different ethnic groups and subculture;

    F. Techniques of informal record-keeping systems for candidate tracking;

31:1

Supercedes                    Lee County Sheriff's Office              Effective: 7/91
Chapter 31– Rev. 12/14              Operations Manual                  Revised:  10/19

    3.     The selection process utilized (including the procedures involved in background investigations and written, oral and physical examinations);

    4.     Recruitment programs of other jurisdictions, as needed; and,

    5.     Standards that disqualify candidates.

**31.1.1.2**     **Utilization of the Diverse Workforce to assist in Recruiting**

The Office will make every effort to utilize its diverse workforce to assist in the recruitment of qualified candidates for the Office of the Sheriff.  Therefore, all members are encouraged to recommend for consideration those individuals they feel would be an asset to the Office of the Sheriff.

Minority members, fluent in the community's languages and aware of the cultural environment, shall be included in recruitment activities.  Placing minority personnel, especially those of supervisory ranks, in recruitment roles will:

    1.     Demonstrate the Office's commitment to the minority community;

    2.     Demonstrate promotability by virtue of their rank;

    3.     Enhance the receptivity of the minority community to the recruiter; and,

    4.     Increase the potential for recruiting minority personnel.

**31.1.1.3**     **(31.3.2) Recruitment Agreements.**

The Office will inform local employment agencies and colleges of vacancies within the Office in hopes of recruiting qualified applicants.  The employment agencies will be supplied with the requirements for appointment with the Office.

The Lee County Sheriff's Office maintains contact with other Law Enforcement agencies.  All local agencies communicate and refer qualified applicants to one another if no vacancies exist within their own agency.

**31.1.1.4**     **Community Outreach.**

    1.     The Office shall seek recruitment assistance, referrals, and advice from community organizations and community leaders.

    2.     The Office shall post job announcements with community service organizations.

    3.     The Office will send recruiters/members to local educational institutions and community organizations to recruit on-site for entry-level certified positions.

Supercedes                    Lee County Sheriff's Office              Effective: 7/91
Chapter 31– Rev. 12/14            Operations Manual                    Revised:  10/19

**31.1.1.5        Internship Program**

There is no overall Internship Program agency wide.  A limited Internship Program is provided
to College students to obtain course credits in selected divisions.  The student is screened by the
Sheriff's Office prior to acceptance and/or placement.  Documentation of Intern Program,
reviews, evaluations, and schedules will be maintained by the Human Resources Division.  The
Student Intern Program shall be administered by the Director of Human Resources.

## 31.1.2 (31.2) AFFIRMATIVE ACTION AND EQUAL EMPLOYMENT OPPORTUNITY

**31.1.2.1        Equal Opportunity Action Policy.**

The Lee County Sheriff's Office makes every effort to maintain a ratio of minority group
appointments in approximate proportion to the makeup of the Lee County Service area.

1.        (31.2.3) The Office has adopted the following Equal Opportunity Program:

    A.        Purpose and Policy.

        1)        It is the policy and objective of the Lee County Sheriff's Office to
hire well qualified people to perform the many tasks necessary in
providing superior law enforcement to the county.  An integral part
of this policy is to provide equal opportunity to all persons.  This
requires that the personnel policies governing recruiting,
appointment, compensation, working conditions, benefits,
privileges of appointment, training, appointments for advancement,
transfers, and withdrawals of appointment, be applied to all
members equally, without discrimination because of race, national
origin, sex (including gender identity and expression, sexual
orientation and pregnancy), age, disability, marital status, religion
or any other legally protected status.

    B.        Responsibility.

        1)        Responsibility for the development and monitoring of the Equal
Employment Opportunity policy is assigned to the Human
Resource Director, and includes the responsibility of
communicating equal appointment policies to all levels within the
Office.  The Human Resource Director will have the overall
responsibility for monitoring the Office's performance through
audit and reporting systems to assure policy effectiveness.
Inherent in this responsibility, is the task of identifying problem
areas and establishing programs to aid in problem solving.  The
Human Resource Director, or designee, will generate reports and
analysis as required by state and federal authorities, and in

31:3

Supercedes                    Lee County Sheriff's Office              Effective: 7/91
Chapter 31– Rev. 12/14              Operations Manual                   Revised: 10/19

compliance with E.E.O.C. requirements. Results of reporting systems are to be presented by the Human Resources Director, or designee, in the form of progress reports, submitted annually to the Sheriff.

2)    In compliance with Equal Employment Opportunity Commission requirements, the Human Resource Director or designee will make reports and analysis, as required, by state and federal authorities.

**31.1.2.2        (31.2.1) Comprehensive Recruitment Program.**

The Human Resource Division Director shall be responsible for administering and developing a written Recruitment/Affirmative Action plan. The written Recruitment/Affirmative Action plan enables the Office to conduct an organized and effective search for well-qualified applicants by relating job requirements to recruiting methods. The written Recruitment/Affirmative Action plan shall include the following elements:

1.    (31.2.1-a) Objectives stated in quantitative terms;

2.    (31.2.1-b) Plans to correct any inequities, indicating specific actions and steps to be taken and a timetable for implementation to achieve the objectives in the Affirmative Action Plan;

3.    A statement of the Office's authorized budgeted and actual strength;

4.    Key activity timetables;

5.    A written statement of support from the Sheriff; and,

6.    Procedures for seeking assistance from community organizations and key leaders.

**(31.2.2-a-c)** The Human Resource Division shall prepare a written Recruitment/Affirmative Action analysis annually for submission to the Sheriff. The analysis shall:

A.    Document all activities of the reporting period.

B.    Pay particular attention to key activities and other indicators of program progress.

C.    The analysis shall support the recruitment strategies and procedures.

D.    The Recruitment/Affirmative Action plan will have revisions made as needed.

E.    The analysis will include the demographic data of sworn members.

31:4

The Human Resource Division shall develop a Recruitment/Affirmative Action plan for recruitment outside of Lee County.

The Lee County Sheriff's Office feels that outside recruitment is very important in order to attract the necessary number of potentially qualified applicants to uphold an Affirmative Action plan. When recruitment numbers of potentially qualified applicants are low within Lee County, the Human Resource Division will contact bordering counties, such as Collier, Hendry, and Charlotte County agencies and Fort Myers and Cape Coral Police Departments, Florida Southwestern State College and Florida Gulf Coast University, and community agencies for possible applicant referral.

## 31.2   (31.3) JOB ANNOUNCEMENTS AND PUBLICITY

### 31.2.1 ALL JOB ANNOUNCEMENTS FOR POSITION APPOINTMENTS WITH THE OFFICE SHALL:

1. **(31.3.1-a)** Provide a description of the duties and responsibilities;

2. Provide a description of requisite skills;

3. Establish the minimal educational level; and,

4. State the physical requirements for the positions to be filled.

5. **(31.3.1-d)** Provide closing dates.

For any non entry-level job vacancy, a job posting is to be publicized at least seven (7) working days prior to any official application filing deadline.

**(31.3.1-b)** Entry-level job vacancies may be advertised through the local mass media.

**(31.3.1-c)** To facilitate the successful recruitment of minorities and females, the Office will advertise as an Equal Opportunity Employer on all applications and recruitment advertisements.

All recruitment literature used or produced by the Office shall depict females and minorities in law enforcement roles.

### 31.2.1.2   APPLICATION PROCESS.

1. Should any application deadline exist, it shall be boldly indicated on appointment announcements and recruitment advertisements.

2. All application processing and testing shall be conducted at Headquarters, or other designated places.

Supercedes                     Lee County Sheriff's Office              Effective:  7/91
Chapter 31– Rev. 12/14              Operations Manual                   Revised:  10/19

3.      **(31.3.3)** The Office shall maintain contact with all applicants from the time of
        initial formal application until final appointment disposition.  Should an applicant
        request an application and not return the completed application package, further
        contact with the individual shall not be necessary.

4.      **(31.3.4)** Applications shall not be rejected because of improper completion.
        However, they may be returned to the applicant, when necessary, and processing
        may be delayed until proper data is supplied.

# EXHIBIT 2

OGPE  PANEL ACTION REQUEST

ACTION NUMBER 92 06 01713

TO: The Division of Human Resources

Please initiate a personnel action sheet on the following individual.

NAME: DIBENEDETTO JENNA D          Social Security Number: ▓▓▓▓▓▓

BUDGET POSITION: NEW

DEPARTMENT #: 20200   DEPARTMENT NAME: FINANCE

Action: ORIGINAL EMPLOYMENT          Effective Date: 06/05/92
HIRED AS FINANCIAL ASSISTANT I.  EFFECTIVE DATE OF EMPLOYMENT IS
060592 IN FINANCE DIVISION.

Major: BRIGHTMAN GEORGE

Date Signed: 06/05/92

Signature: _____

Personnel Action Authorization
Action number 92-06-01713

|  | From |  | To |  |
|---|---|---|---|---|
| Grade   000.1 |  |  | G02.0 |  |
| Position   UNKNOWN |  |  | FINANCIAL ASSISTANT 1 |  |
|    Minimum | 0.00 |  | Minimum 15,272.45 |  |
|    Maximum | 0.00 |  | Maximum 23,790.80 |  |

Date of employment   00/00/00

                                 Not maxed out by        %

Evaluation   No evaluation
Pay  ( ) Increase   ( ) Decrease

Dollar amount _____   Percent _____

Remarks _____
_____

Sheriff McDougall

Chief Wilson

# EXHIBIT 3

 *Mike Scott*
**Office of the Sheriff**



**State of Florida**
**County of Lee**

Action Sheet

Effective Date:        November 11, 2012

Position:            Director

Name:              Jenna Clark

Executive Bureau:     Civilian Operations

Bureau:             Civilian Operations

Division:            Purchasing Division

Cost Center:         20202
Home Department:    20202

Pay Adjustment:

Current:   $62,810.80        **New: $65,951.34**

Reason:          Promotion

General Notes:
Jenna Clark is being promoted to Director of Purchasing with a 5% increase.

_____          ___11/7/12_____
Approved by, Sheriff Michael Scott                Date



**14750 Six Mile Cypress Parkway • Fort Myers, Florida 33912-4406 • (239) 477-1000**

# EXHIBIT 4



Sheriff Carmine Marceno December 8, 2020

LAST PRINTED 12/8/20   12:44 PM



# EXHIBIT 5

# Lee County Sheriff's Office
# Job Description with Cover Sheet

**Job Title:** Purchasing Director

**Job Classification:** PD-C16E

**Bureau:** Civilian Operations Bureau

**Salary Range:** $60,000 - $110,000

**Pay Grade:** C16E

**This Position Supervises the Following Positions:** Purchasing Manager
Purchasing Agent

**Position Reports To:** Executive Director Support Services

**Exempt:** Yes

**Sworn:** No

**General Description of Duties:** This position involves responsible supervisory, administrative and operational duties specific to the position. The Director researches and prepares various reports, composes and constructs policy, procedure and directives, budget for component.

Equipment used:
Cell phone/pool car/computer/I-Pad/copiers/printer.

Physical Attributes:
Drive vehicle, sit stand,(manual dexterity and ambulate independently.

Education Requirements:
Experience and/or certification in Purchasing/warehouse.

Work Experience Requirements:
Prior purchasing experience in law enforcement is preferred but not required. Minimum 5 years experience in all facets of Gov/Law Enforcement Purchasing.

**Educational Requirements:**

**Work Experience Requirements:**

**Required Certifications and/or Qualifications:** Positive public relations skills

Strong team-work, problem-solving and leadership, and communication skills

Thorough ability to make decisions

Possess strong organizational and management skills

Effectively communicate & motivate staff and fellow employees

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| | | Experience and a strong working knowledge in the areas of personnel/administrative law |
| | | experience & knowledge in the areas of recruitment, E.E.O.C., Affirmative Action, Health & Life Insurance, & Workers compensation purchasing |

| | | | |
|---|---|---|---|
| **Reviewed By:** | Clark, Jenna D | **Review Date:** | 4/16/2021 |
| **Approved By:** | RENO, ANNMARIE S | **Date Approved:** | 4/16/2021 |
| **Notes:** | | | |

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| **TASK** | | |
| AD1366a | Approve/review expenditures | The employee supervises/reviews all requests for purchases, ensuring that the purchases are valid and processed according to SOP.  The employee reviews and analyzes all bids, basing selection on cost, quality, delivery, and vendor location. |
| AD1367 | Verify and authorize payables | The employee supervises and/or reviews all payables to ensure that all required documentation is correctly processed and that the payments are valid. |
| AD1375 | Supervise purchasing function | The employee supervises the purchasing of products and services, ensuring compliance with all applicable statutes, rules, policies, and regulations |
| ALL1000 | Complete assignments as directed | The employee will successfully complete all assignments as directed and within the specified time frame in accordance with agency policies |
| ALL1001 | Maintain work areas | The employee ensures that his/her work area is clean, organized, safe and presentable in accordance with agency policies and procedures |
| ALL1002 | Participate in meetings/training | As applicable, the employee actively participates in meetings, training, testing, education, and/or activities as directed and in accordance with established agency policies/procedures, and disseminates information received to agency members as appropriate |
| ALL1003 | Complete, update, submit required reports/documents/forms | The employee will ensure all required reports are thoroughly and accurately completed, updated, and submitted to the appropriate authority/personnel in a timely manner; double check all work to assure it is accurate; maintain required documentation for the accreditation process |
| ALL1005 | Complete and  review  time sheets | The employee ensures that his/her time sheet is accurate, up to date, completed and submitted to the appropriate personnel/department in a timely manner pursuant to agency policy |
| AM6005d | Oversees the timely compliance in providing appropriate proofs/documentation to Accreditation | The employee will ensure a timely compliance in providing appropriate proofs/documentation to Accreditation |
| GS1142d | Provide assistance/information to the public/agency members/other agency personnel | The employee provides accurate information/directions/assistance to the public, agency members and/or other agency personnel in a professional and courteous manner consistent with agency policies and in accordance with state and/or federal statutes |

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PUR1305 | Conduct research for equipment/parts/supplies procurement. | Given the requirement to procure equipment, supplies, or parts, the employee will conduct adequate research in order to determine the optimum supplier in terms of price, quality, and delivery, in accordance with agency policy. |
| PUR1306d | Write purchase orders, contracts, bid specs | The employee writes purchase orders, invitations to bid, requests for proposals and contracts, ensuring they are complete, accurate and conform with applicable purchasing and agency rules and regulations. |
| PUR1307d | Maintain bid files | The employee will maintain all appropriate documentation pertaining to the bid process, including as appropriate, a copy of the bid specifications, copies of responses received, a listing of vendors that received copies of the bid and/or any other related documentation required.  The employee will ensure that all retained documentation is stored in a manner that facilitates ready retrieval as necessary. |
| SP7000 | Conduct progressive discipline within agency guidelines | The employee effectively modifies subordinate behavior within agency guidelines to achieve conformity with department job performance requirements and policy. |
| SP7001a | Conduct/Supervise Employee Performance Evaluations | The employee conducts special, probationary, annual and other required evaluations to assess subordinates performance and plan performance improvement strategies.  As applicable, this also includes members of outside agencies assigned to the supervisory employee.  Employee also solicits or provides information/input regarding subordinate employee performance as requested.  Evaluations are conducted according to agency evaluation schedule, guidelines and policies and if applicable, includes a career counseling session with the employee. |
| SP7003 | Assist superiors in making decisions on issues where no guidelines or policy exists | The employee will research and analyze the issue / problem at hand and provide superiors with valid and defensible information / data in oral or written format as requested, in order to assist in arriving at the most appropriate decision consistent with agency mission, goals and the law. |
| SP7004 | Review completed work assignments by employees for achievement of task and objectives | The employee will review completed work assignments products for accuracy and achievement of all objectives, providing the originator with appropriate feedback to encourage task completion according to desired specifications. |
| SP7007 | Resolve conflicts among personnel | The employee applies the appropriate techniques consistent with agency policies in order to successfully identify and resolve personnel conflicts without causing disruption to the effectiveness of the work area. |

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7008 | Assign and direct subordinates | The employee will assign subordinates as applicable to tasks / projects based on ability and staffing resources. The employee will effectively direct assignments to ensure goal achievement is consistent with agency policies. |
| SP7009 | Motivate staff, fellow employees, volunteers, and/or explorers | The employee directs, modifies, and controls/encourages employee behaviors to achieve the stated goals and fulfill the mission of the agency. |
| SP7010 | Implement changes and new programs as directed | The employee efficiently and effectively implements changes and new programs exactly as directed by superiors within the time frame specified in accordance with agency policies. |
| SP7011 | Inform superiors of events and activities in progress | The employee will accumulate and disseminate accurate information addressing events or critical issues to higher authority without delay |
| SP7012 | Counsel employee(s) to improve work productivity | The employee resolves any performance problems through effective counseling consistent with agency policies in order to improve productivity. |
| SP7013 | Enforce health and safety regulations as required | The employee will ensure that their area of responsibility is in complete compliance with health and safety regulations in accordance with established agency policies, EPA, FMJS & FCAC requirements if applicable, OSHA regulations, HIPPA, Department of Health and any other applicable regulatory agencies |
| SP7018 | Demonstrate positive working relationship with colleagues and other units within the agency | The employee works effectively with other agency members and/or Cigna onsite health personnel in order to maximize work area output and services consistent with agency policies |
| SP7019 | Provide leadership on employee assignments | The employee applies appropriate combinations of supportive and directive behaviors towards employees in order to enhance goal attainment and foster positive morale. |
| SP7020 | Develop efficient document/records management/office filing systems | The employee maintains a system designed to facilitate efficient, secure and systematic document/file maintenance, storage and retrieval consistent with agency policies and all applicable laws. |
| SP7025 | Inform colleagues and/or staff of actions taken, decisions made and potential problems | The employee will ensure that continuity and operational efficiency is obtained through accurate timely dissemination of information consistent with agency policy and procedures |
| SP7026 | Recommend changes in working conditions/programs/procedures for improved efficiency | The employee will monitor and recommend changes in working conditions, programs, and/or procedures to improve efficiency and productivity and forward any such recommendations to supervisor |

**POSITION:   Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7027 | Liaison with intra/inter agency personnel | The employee will initiate, develop and maintain channels of communications and work effectively with inter/intra agency personnel in order to achieve objectives and goals and better serve the needs of the agency and/or community. |
| SP7029b | Provide information to staff regarding law and policy changes | The employee will inform and explain to all staff both verbally and in writing any changes in procedure, policy, and laws immediately upon receipt of written directives or memos describing such changes. If applicable, the employee will request and receive written acknowledgement of any such changes from all staff members and will monitor their conformance with these changes to ensure compliance.  As applicable, all changes in policy, procedure, and laws will be posted in an area where they are visible to all staff members. |
| SP7036 | Develop/assist in development of budget request. | The employee will provide input and/or develop budget requests which provide for adequate expenditures and prioritize needs based upon an analysis of department/department objectives and job performance requirements consistent with agency policies, goals, and mission. |
| SP7046a | Make recommendations to superiors as to unit training needs and resolution | The employee will research training needs and make the appropriate recommendations to superiors and/or Cigna supervisors in order to resolve any current or potential performance deficiencies in accordance with agency policies and applicable state/federal statutes and/or regulations. |
| SP7046c | Train new staff | As applicable, the employee provides accurate and complete information and coaches employees in order to ensure task performance is to standard and in accordance with agency policies.  The employee procures or provides training for staff in compliance with section protocols and in compliance with all applicable local, state, and federal statutes and regulations.  The employee or a Field Training Officer will provide and document effective and timely remedial training as required to improve performance. |
| SP7046d | Provide remedial training | The employee or a field training officer will provide and document effective and timely remedial training as required by the immediate supervisor to improve performance. |
| SP7054 | Provide for proper application of delegated authority | The employee clearly accepts/delegates authority, ensuring that the empowered subordinate fully understands the associated duties and responsibilities to enable him/her to carry them out in accordance with agency policies and procedures. |

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7056e | Review/approve time sheets and/or leave requests. | The designated employee or supervisor will review employee time sheets and/or leave requests for accuracy, reconciling inaccuracies and/or grant or refuse leave requests in accordance with agency policies and staffing levels.  If required, the employee will also maintain a calendar reflecting all employee leave approvals in an accurate and up to date manner. |
| SP7058b | Participate in hiring of personnel | The employee will properly develop/assist/participate in the seclection process to help identify the most appropriate and qualified individual for hiring. |
| SP7101 | Review personnel evaluations of staff/subordinates | The employee reviews all applicable personnel evaluations in accordance with agency policies to ensure that evaluations are comprehensive, fair and impartial, timely, and accurately reflects job employee performance. |
| SP7102a | Review and research policy, procedure, and/or legal issues | The employee will research and compare current policies and procedures with federal and state law and/or accreditation standards, identify any inconsistencies and recommend changes where applicable. |
| SP7102d | Monitor compliance of new and current policies, regulations, laws, and procedures as required | The employee ensures that all personnel are in compliance with and have knowledge of current or new policies, procedures, regulations, and laws pursuant to agency policy. |
| SP7105a | Perform budget management activities. | The employee will assist with efficiently managing fiscal resources through the rational assessment of departmental needs and established priorities in conjunction with determined expenditures and in accordance with agency policies. |
| SP7107 | Manage operational functions of section /division /department. | The employee will ensure that the operational viability of the section /department / division is at optimum operating efficiency at all times in terms of manpower, supervision, and equipment, in accordance with agency policies. |
| SP7111a | Prepare workload assessment and/or develop goals/objectives | The employee will prepare an accurate and comprehensive workload assessment as required, and will develop corresponding goals and objectives that are designed to help ensure that the unit/section/division's department operation's mission will be successfully attained in a timely manner and in accordance with agency policies/procedures and applicable state and/or federal rules/regulations. |

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7112 | Recommend employee commendations | The employee will recognize outstanding subordinate performance that is well above and beyond expectations, constitutes an act of bravery, results in the saving of a life or any other qualifying act/behavior that reflects positively on the individual and/or the agency and will recommend appropriate commendation consistent with agency policies and procedures. |
| SP7201 | Attend staff/component meetings/briefings | The employee will attend staff meetings/component meetings or briefings as needed or required by agency policy and will brief and/or assign specific tasks to subordinate personnel for implementation within their respective work areas, and/or will meet with representatives from other work areas to facilitate improved communication and working relationships. |
| SP7203 | Perform work area inspections | The employee will carefully inspect their area of responsibility in accordance with agency policies/procedures and supervisory direction, noting deficiencies/security violations/safety violations and/or any other substandard situation and will immediately initiate corrective action measures as appropriate to correct the problem. |
| SP7204b | Assume operational control of division/shift/workarea during emergency | In the event of an emergency, or when otherwise instructed, the employee will assume immediate operational control of the division/shift/work area and will issue specific commands and direction to non certified staff to facilitate the restoration of order/completion of tasks in as timely a manner as possible to minimize/eliminate repercussions originating from the emergency situation. |
| SP7208 | Respond to personnel grievances/complaints | The employee will respond appropriately to personnel grievances/complaints in accordance with agency policies/procedures and in a timely manner.  Responses provided will be clear, concise and factual, supported by applicable policies/procedures and/or supervisory/legal staff instructions as appropriate. As directed/as needed and required. |

**POLICY**

| ID | Statement | Performance Standard |
|---|---|---|
| PL1 | Accepts supervision and direction | The employee responds to supervision, guidance and direction of superiors in a positive, receptive manner and in accordance with agency policies and legal professional code of ethics. |
| PL10 | Media relations | The employee adheres to the chain of command with regard to media releases/activities to ensure appropriate, uniform, and efficient media relations pursuant to Agency policy. |

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PL18 | Abide by Code of Ethics | The employee will conduct himself/herself in an ethical and professional manner, abiding by the established code of ethics as stipulated in the General Orders, LCSO Operations Manual, and Corrections Bureau Policy, Procedure Manuals and Florida Bar |
| PL19 | Leave and Attendance | The employee displays reliable attendance. The employee follows all leave and attendance related policies/procedures, including, but not limited to submission of vacation and personal requests, notification to supervisor regarding absence from work due to illness or untimely incidents |
| PL2 | Grooming and dress | The employee will be appropriately groomed and attired so as to present a professional image in accordance with the agency policies and procedures |
| PL20 | Messaging return/follow-up | As applicable, the employee will check his/her assigned mailbox, telephone/electronic messages, e-mails and any designated bulletin boards according to the established schedule or designated frequency for each.  The employee will return any messages in a prompt and professional manner and will respond accurately and appropriately to any information contained on the bulletin board, received via mail, e-mail or newsletter |
| PL3 | Observes work hours | The employee is to be at his/her designated work location at or prior to the scheduled beginning of the shift and performs the appropriate duties until the end of the shift.  If applicable, the employee also is available "on-call" after hours, responding to "on-call" requests in a timely manner consistent with agency policies/procedures |
| PL4 | Contact with public | The employee demonstrates a polite, helpful, courteous, proud, productive and professional image when engaged in his/her assigned duties with the public, consistent with agency policy |
| PL5 | Operation and care of equipment | The employee properly inspects, operates and maintains equipment to manufacturers' specifications and/or within the specified parameters. If applicable, the employee checks to ensure all assigned safety equipment is present and operational, in accordance with agency policies.  Employee will report any discrepancies to the proper personnel |
| PL8 | Human diversity awareness | The employee demonstrates an understanding, consideration and respect of cultural, religious and gender differences when interacting with the public, students, colleagues, inmates and co-workers |

**PROFICIENCY**

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|----|-----------|----------------------|
| PR1 | Officer safety | The employee is cognizant of and demonstrates appropriate officer safety guidelines/techniques at all times. |
| PR150 | Public relations skills | The employee is able to promote, gain and maintain the community's/other agencies' support for agency involvement in various programs, directives, initiatives and perspectives on specified issues. |
| PR151 | Organizational Skills | The employee demonstrates adequate abilities in developing and revising organizational workflow utilizing established organizational development models, tools and techniques to optimize output and achieve the identified goals and objectives |
| PR152 | Planning and scheduling skills | The employee efficiently utilizes established planning and scheduling procedures, tools and techniques in order to establish procedures, milestones and time lines for project accomplishment consistent with goal achievement. |
| PR19 | Human resource management skills | The employee effectively manages, directs and develops personnel resources in order to achieve the desired objectives, goals and mission of the agency. |
| PR20 | Time management skills | The employee efficiently organizes, prioritizes, schedules and manages daily work activities, tasks and special assignments. The employee should demonstrate the ability to work independently with limited supervision |
| PR21a | Leadership skills | The employee demonstrates the appropriate combination of supportive behaviors in order to accomplish the desired objectives and goals. |
| PR21b | Motivational skills | The employee is able to utilize employee behaviors in order to achieve goals and objectives in a team-oriented environment. |
| PR23 | Inter-personal skills | The employee demonstrates and promotes congenial, respectful and productive behaviors and positive attitudes toward teamwork and toward others in working relationships and situations |
| PR26 | Budget management skills | The employee effectively utilizes and manages assigned budgets within the imposed fiscal constraints / requirements. |
| PR29 | General communications skills | The employee has the ability to express ideas and effectively communicate information verbally and in written form as well as the ability to process verbal information, physical cues and body language in order to effectively listen to individuals. Portrays good judgment skills when making decisions |

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PR30 | Public speaking | The employee has the ability to speak before groups, articulate ideas and effectively communicate the stated objectives in a well planned, organized and clear manner. |
| PR31 | Problem solving | The employee has the ability to look beyond surface issues to identify, analyze and handle problems with very little supervisory intervention and develop effective responses and solutions to resolve such problems |
| PR4 | Verbal communications | The employee conveys verbal information in a clear, concise and intelligent manner |
| PR42 | Team building skills | The employee demonstrates a conscientious effort in achieving and contributing to organizational goals as compared with individual goals. Displays positive attitude about the agency |
| PR5 | Written communications | The employee's written communications are accurate, concise, legible, timely and grammatically correct |
| PR50 | Knowledge of personnel/administrative law | The employee has a working knowledge of personnel and administrative law and is able to qualify decisions/recommendations and follow procedure based on current legal statutes. |
| PR57 | Knowledge of organizational structure | The employee is able to describe in detail the organizational structure and function of all agency units/departments/bureaus |

**PHYSICAL/COGNITIVE ABILITIES**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY03 | Stooping ability | The employee is required to be able to bend the body downward and forward by bending the spine at the waist and requires full use of the lower extremities and back muscles. |
| PHY04 | Twisting ability | The employee is able to turn the body around to both the left and right at least 45 degrees from the waist; and turn the head around to both the left and right at least 45 degrees. |
| PHY05 | Kneeling ability | The employee is able to bend the left/right/both legs at the knee(s) to come to rest on either or both knees. |
| PHY08 | Reaching ability | Extending hand(s) and arm(s) fully or partially in any direction. The type of reaching occurs constantly or consistently and may require reaching overhead, from shoulder level, and below the waist. |
| PHY09 | Standing ability | The employee is able to remain on both feet while in an upright position without moving, ranging from minutes to several hours at a time if necessary |

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY10 | Walking ability | The employee is able to move about on foot over long distances to perform various task duties. The walking speed varies between 1 and 3 miles per hour. Walking surfaces include asphalt, concrete, rock, wood, grass, carpet, tile and stone. |
| PHY12a | Pushing ability (medium) | Pressing hands and arms, or legs and feet, in a continuous effort against objects/persons to move the objects/persons away from the individual exerting the pushing force. The amount of pushing force is described as medium (25-50 pounds). |
| PHY13a | Pulling ability (medium) | Using hands and arms in a continuous motion to draw objects/persons toward the individual exerting the pulling force. The amount of force the employee must pull is described as medium (25-50 pounds). |
| PHY14a | Lifting ability (light) | Raising objects in an upward movement, or moving objects from position to position at the same level. The weight of the object being lifted or moved is described as light (up to 25lbs). The vertical lifting requirement ranges between 12 and 36 inches. |
| PHY16 | Dexterity (extremities) | Working with hands and arms to seize, hold, grasp, and turn objects. Ability to rotate and bend wrist. |
| PHY18 | Verbal communication ability | Ability to express/convey directions, instructions, information orally in a clear manner. Ability to communicate verbally within a wide decibel range from whispers to loud sounds. This is a critical requirement with regard to command and control type tasks, and important with regard to working with others on a day-to-day basis in a team-oriented setting. |
| PHY19 | Written communications ability | Ability to express ideas, instructions, directions, details, diagrams, and narratives in written form. Must be able to write in a clear manner. This is important for report/correspondence/documentation related tasks. |
| PHY20 | Hearing ability | Ability to perceive, isolate, extract, analyze, identify, locate source, and comprehend sound and voices within a wide decibel range, from whispers to loud noises. Ability to isolate and distinguish critical sounds/noise/oral communications from background noises. This is a critical ability with regards to officer safety requirements. |
| PHY24 | Mid-Range Vision ability | Clarity of vision (for both eyes) at distance more than 20 inches and less than 20 feet. |
| PHY29 | Sense of Smell ability | Ability to perceive, distinguish, and locate source of various smells and odors such as smoke, alcohol, toxic fumes. |

**POSITION:  Purchasing Director**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY30 | Internal Work Environment | Work performed in an internal environment, i.e. office, vehicle, etc... Employee must possess the ability to move between floors of multi-level facilities, either individually or in a group, through the use of elevators, escalators, stairs or ramps. |

# EXHIBIT 6

# Lee County Sheriff's Office
# Job Description with Cover Sheet

**Job Title:** Purchasing Manager

**Job Classification:** PURM-C15

**Bureau:** Civilian Operations Bureau

**Salary Range:** $50,000 - $96,720

**Pay Grade:** C15E

**This Position Supervises the Following Positions:** Purchasing Agent

**Position Reports To:** Purchasing Director

**Exempt:** Yes

**Sworn:** No

**General Description of Duties:** This class involves administrative and clerical work purchasing a variety of supplies and equipment. Work involves responsibility for research, pricing and negotiation for purchase of quality items at the best price, preparing purchase orders, and keeping an inventory of items ordered and received. Duties include contacting vendors for availability of products, preparing bid specifications, and following-up on delivery of products and the provision of contracted services. Work is performed under the general supervision of the Purchasing Director. Supervison of personnel.

Equipment Used:
Computer, Phones, Copiers, Fax Machines, Shredders, Paper Folders, Printers.

Physical Attributes:
Manual dexterity and ambulate independently.

**Educational Requirements:** Minimum management courses required by LCSO Operations Manual and or previous management experience; Accounting

**Work Experience Requirements:** Minimum of 5 years experience in all facets of Goverment/Law Enforcement Purchasing

**Required Certifications and/or Qualifications:** Typing skills 30 wpm
Basic computer skills
Clerical skills
Positive public relations skills
Professional telephone skills
Knowledge of general accepted accounting principles
Knowledge of correct English usage

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|

|  |  |  |  |
|---|---|---|---|
| Reviewed By: | LEHMAN, SHANNON M | Review Date: | 4/16/2021 |
| Approved By: | Clark, Jenna D | Date Approved: | 4/16/2021 |
| Notes: |  |  |  |

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|

**TASK**

| AD1366a | Approve/review expenditures | The employee supervises/reviews all requests for purchases, ensuring that the purchases are valid and processed according to SOP.  The employee reviews and analyzes all bids, basing selection on cost, quality, delivery, and vendor location. |
| AD1367 | Verify and authorize payables | The employee supervises and/or reviews all payables to ensure that all required documentation is correctly processed and that the payments are valid. |
| AD1375 | Supervise purchasing function | The employee supervises the purchasing of products and services, ensuring compliance with all applicable statutes, rules, policies, and regulations |
| ALL1000 | Complete assignments as directed | The employee will successfully complete all assignments as directed and within the specified time frame in accordance with agency policies |
| ALL1001 | Maintain work areas | The employee ensures that his/her work area is clean, organized, safe and presentable in accordance with agency policies and procedures |
| ALL1002 | Participate in meetings/training | As applicable, the employee actively participates in meetings, training, testing, education, and/or activities as directed and in accordance with established agency policies/procedures, and disseminates information received to agency members as appropriate |
| ALL1003 | Complete, update, submit required reports/documents/forms | The employee will ensure all required reports are thoroughly and accurately completed, updated, and submitted to the appropriate authority/personnel in a timely manner; double check all work to assure it is accurate; maintain required documentation for the accreditation process |
| ALL1005 | Complete and  review  time sheets | The employee ensures that his/her time sheet is accurate, up to date, completed and submitted to the appropriate personnel/department in a timely manner pursuant to agency policy |
| GS1130a | Verify personnel time sheets | The employee will accurately review and verify personnel time sheets for their respective area to include time off and overtime entries and will make sure timsheets are created and signed in a timely manner in accordance with agency policy. Inaccurrate time sheets are returned to the originator for correction. |
| GS1132 | Assist in organizing bids for contracts/services/equipment/supplies | The employee will assist in organizing bids by researching pertinent information and preparing accurate comparison reports detailing vendor bid information, in accordance with agency policies. |

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| GS1133 | Maintain vendor files | The employee will establish and accurately update electronic vendor files to reflect any changes in contact information or pricing, in accordance with agency policy. |
| GS1134 | Update technical manuals/suppliers catalogues | The employee will request and or receive/maintain/ review all electronic manuals, regulations/standards, and electronic supplier catalogue updates, documenting and distributing the updates to the appropriate personnel in a timely manner consistent with agency policy |
| GS1137a | Generate, proofread, and route correspondence/reports | The employee will generate correspondence/memoranda/forms replies to correspondence received.  As applicable, the employee also will proofread and edit the correspondence, and send the edited document to the appropriate personnel/agency in a timely manner for approval if required, in accordance with supervisory direction and agency policy |
| GS1137c | Update records, reports, documentation, manuals, files and logs | The employee will ensure that all documents/records/reports/manuals/files/ and/or logs pertinent to a specific job task are generated and/or accurately updated as required, properly filed, secured if applicable |
| GS1139a | Sort and distribute incoming mail | The employee will review incoming mail and correctly distribute it to the appropriate departments and/or personnel in accordance with agency policy |
| GS1139c | Pick up and sort outgoing mail | The employee will pick up outgoing mail from designated locations according to the specified schedule if applicable, and will appropriately sort, log and process. The employee will ensure that all outgoing mail is properly addressed, sealed and delivered/placed in the designated location for pick up/delivery. |
| GS1168a | Prepare and/or submit purchase requisitions | As needed, the employee prepares, verifies and/or submits purchase requisitions for equipment, ensuring all required information is accurate, complete, and submitted to appropriate authority in a timely manner. |

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| GS1196a | Conduct/document equipment inventory | The employee will coordinate/conduct a property inventory of all property assigned to their respective area of responsibility at a frequency determined by agency policies/procedures, accurately verifying the location of each item.  Lost or missing items will be documented and reconciled in a timely manner in accordance with agency policies/procedures.  If applicable, all related paperwork such as transfer forms, disposal forms, etc. will be completed by the employee in accordance with agency policies/procedures. |
| PUR1305 | Conduct research for equipment/parts/supplies procurement. | Given the requirement to procure equipment, supplies, or parts, the employee will conduct adequate research in order to determine the optimum supplier in terms of price, quality, and delivery, in accordance with agency policy. |
| PUR1306a | Process purchase orders | Given a purchase order, the employee will verify all required information regarding the ordered item(s) is correct and ensure the items are delivered to the requestee in a timely manner in accordance with agency policy. |
| PUR1306b | Supervise/maintain blanket purchase agreements | The employee will supervise or accurately maintain blanket purchase agreements in accordance with agency policies and procedures. |
| PUR1306d | Write purchase orders, contracts, bid specs | The employee writes purchase orders, invitations to bid, requests for proposals and contracts, ensuring they are complete, accurate and conform with applicable purchasing and agency rules and regulations. |
| PUR1307a | Review bid/request for quote specifications | The employee will carefully review specifications used as the basis for bids on all commodities/services within an assigned field and within the employee's area of responsibility, ensuring that the specifications conform with all appropriate purchasing guidelines and adequately represent the interests/intentions of the requesting entity. |
| PUR1307b | Advertise bids/request for quotes | The employee will facilitate the advertising of competitive bids, ensuring they appear in the appropriate publications/locations to make them available to the vendor community and/or distributing them to interested vendors contained on approved participant lists in accordance with applicable rules/regulations/requirements.  Employee will be cognizant of the requirements pursuant to purchasing and legal agency guidelines. |

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PUR1307c | Review bids/quotes received | The employee will obtain competetive bids from vendors and will analyze and/or tabulate them to help determine the most appropriate bid based on price, responsiveness to specifications, quality, service and delivery, in accordance with agency policy. |
| PUR1307d | Maintain bid files | The employee will maintain all appropriate documentation pertaining to the bid process, including as appropriate, a copy of the bid specifications, copies of responses received, a listing of vendors that received copies of the bid and/or any other related documentation required.  The employee will ensure that all retained documentation is stored in a manner that facilitates ready retrieval as necessary. |
| PUR1315a | Verify invoices on received goods/supplies | The employee will accurately and thoroughly check invoices, packing slips, and receipts against purchase orders for all deliveries in order to verify items received are exactly as ordered, with inconsistencies reconciled in a timely manner pursuant to agency policies.  If applicable, employee will generate a receiving report and will forward the received items to the appropriate location. |
| PUR1315b | Review and process irregular invoices | The employee will carefully review and clarify all irregular invoices  for payment as appropriate and in accordance with agency policies/procedures. |
| QM1825a | Issue and/or record clothing/uniform supplies. | The employee will issue and/or accurately record all clothing and uniform supplies issued to employees in accordance with agency policy. |
| QM1826 | Maintain record of equipment transfers. | Given a computer equipped with inventory control software, the employee will accurately record all transfers of equipment in accordance with agency policy. |
| QM1827a | Maintain inventory records. | Given a computer and inventory control software, the employee will correctly tag new items / equipment and accurately enter all items received into the inventory control program in accordance with agency policy. |
| SP7000 | Conduct progressive discipline within agency guidelines | The employee effectively modifies subordinate behavior within agency guidelines to achieve conformity with department job performance requirements and policy. |

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7001a | Conduct/Supervise Employee Performance Evaluations | The employee conducts special, probationary, annual and other required evaluations to assess subordinates performance and plan performance improvement strategies.  As applicable, this also includes members of outside agencies assigned to the supervisory employee.  Employee also solicits or provides information/input regarding subordinate employee performance as requested.  Evaluations are conducted according to agency evaluation schedule, guidelines and policies and if applicable, includes a career counseling session with the employee. |
| SP7003 | Assist superiors in making decisions on issues where no guidelines or policy exists | The employee will research and analyze the issue / problem at hand and provide superiors with valid and defensible information / data in oral or written format as requested, in order to assist in arriving at the most appropriate decision consistent with agency mission, goals and the law. |
| SP7004 | Review completed work assignments by employees for achievement of task and objectives | The employee will review completed work assignments products for accuracy and achievement of all objectives, providing the originator with appropriate feedback to encourage task completion according to desired specifications. |
| SP7007 | Resolve conflicts among personnel | The employee applies the appropriate techniques consistent with agency policies in order to successfully identify and resolve personnel conflicts without causing disruption to the effectiveness of the work area. |
| SP7008 | Assign and direct subordinates | The employee will assign subordinates as applicable to tasks / projects based on ability and staffing resources. The employee will effectively direct assignments to ensure goal achievement is consistent with agency policies. |
| SP7009 | Motivate staff, fellow employees, volunteers, and/or explorers | The employee directs, modifies, and controls/encourages employee behaviors to achieve the stated goals and fulfill the mission of the agency. |
| SP7010 | Implement changes and new programs as directed | The employee efficiently and effectively implements changes and new programs exactly as directed by superiors within the time frame specified in accordance with agency policies. |
| SP7012 | Counsel employee(s) to improve work productivity | The employee resolves any performance problems through effective counseling consistent with agency policies in order to improve productivity. |

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7013 | Enforce health and safety regulations as required | The employee will ensure that their area of responsibility is in complete compliance with health and safety regulations in accordance with established agency policies, EPA, FMJS & FCAC requirements if applicable, OSHA regulations, HIPPA, Department of Health and any other applicable regulatory agencies |
| SP7018 | Demonstrate positive working relationship with colleagues and other units within the agency | The employee works effectively with other agency members and/or Cigna onsite health personnel in order to maximize work area output and services consistent with agency policies |
| SP7019 | Provide leadership on employee assignments | The employee applies appropriate combinations of supportive and directive behaviors towards employees in order to enhance goal attainment and foster positive morale. |
| SP7020 | Develop efficient document/records management/office filing systems | The employee maintains a system designed to facilitate efficient, secure and systematic document/file maintenance, storage and retrieval consistent with agency policies and all applicable laws. |
| SP7025 | Inform colleagues and/or staff of actions taken, decisions made and potential problems | The employee will ensure that continuity and operational efficiency is obtained through accurate timely dissemination of information consistent with agency policy and procedures |
| SP7026 | Recommend changes in working conditions/programs/procedures for improved efficiency | The employee will monitor and recommend changes in working conditions, programs, and/or procedures to improve efficiency and productivity and forward any such recommendations to supervisor |
| SP7027 | Liaison with intra/inter agency personnel | The employee will initiate, develop and maintain channels of communications and work effectively with inter/intra agency personnel in order to achieve objectives and goals and better serve the needs of the agency and/or community. |
| SP7029b | Provide information to staff regarding law and policy changes | The employee will inform and explain to all staff both verbally and in writing any changes in procedure, policy, and laws immediately upon receipt of written directives or memos describing such changes. If applicable, the employee will request and receive written acknowledgement of any such changes from all staff members and will monitor their conformance with these changes to ensure compliance.  As applicable, all changes in policy, procedure, and laws will be posted in an area where they are visible to all staff members. |

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7036 | Develop/assist in development of budget request. | The employee will provide input and/or develop budget requests which provide for adequate expenditures and prioritize needs based upon an analysis of department/department objectives and job performance requirements consistent with agency policies, goals, and mission. |
| SP7046a | Make recommendations to superiors as to unit training needs and resolution | The employee will research training needs and make the appropriate recommendations to superiors and/or Cigna supervisors in order to resolve any current or potential performance deficiencies in accordance with agency policies and applicable state/federal statutes and/or regulations. |
| SP7046c | Train new staff | As applicable, the employee provides accurate and complete information and coaches employees in order to ensure task performance is to standard and in accordance with agency policies.  The employee procures or provides training for staff in compliance with section protocols and in compliance with all applicable local, state, and federal statutes and regulations.  The employee or a Field Training Officer will provide and document effective and timely remedial training as required to improve performance. |
| SP7046d | Provide remedial training | The employee or a field training officer will provide and document effective and timely remedial training as required by the immediate supervisor to improve performance. |
| SP7056e | Review/approve time sheets and/or leave requests. | The designated employee or supervisor will review employee time sheets and/or leave requests for accuracy, reconciling inaccuracies and/or grant or refuse leave requests in accordance with agency policies and staffing levels.  If required, the employee will also maintain a calendar reflecting all employee leave approvals in an accurate and up to date manner. |
| SP7058 | Participate in hiring/promotion/transfer of personnel | The employee will properly develop/assist in development of selection and/or promotion/transfer processes/criteria in accordance with agency policies/procedures and/or will actively administer or participate in the selection process to help identify the most appropriate and qualified individual for hiring, promotion or transfer. |
| SP7059 | Forward complaint documentation | The employee will promptly forward all written complaint documentation to the appropriate unit/authority pursuant to agency policies/procedures. |
| SP7102d | Monitor compliance of new and current policies, regulations, laws, and procedures as required | The employee ensures that all personnel are in compliance with and have knowledge of current or new policies, procedures, regulations, and laws pursuant to agency policy. |

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| SP7112 | Recommend employee commendations | The employee will recognize outstanding subordinate performance that is well above and beyond expectations, constitutes an act of bravery, results in the saving of a life or any other qualifying act/behavior that reflects positively on the individual and/or the agency and will recommend appropriate commendation consistent with agency policies and procedures. |
| SP7208 | Respond to personnel grievances/complaints | The employee will respond appropriately to personnel grievances/complaints in accordance with agency policies/procedures and in a timely manner.  Responses provided will be clear, concise and factual, supported by applicable policies/procedures and/or supervisory/legal staff instructions as appropriate. As directed/as needed and required. |

**POLICY**

| ID | Statement | Performance Standard |
|---|---|---|
| PL1 | Accepts supervision and direction | The employee responds to supervision, guidance and direction of superiors in a positive, receptive manner and in accordance with agency policies and legal professional code of ethics. |
| PL18 | Abide by Code of Ethics | The employee will conduct himself/herself in an ethical and professional manner, abiding by the established code of ethics as stipulated in the General Orders, LCSO Operations Manual, and Corrections Bureau Policy, Procedure Manuals and Florida Bar |
| PL19 | Leave and Attendance | The employee displays reliable attendance. The employee follows all leave and attendance related policies/procedures, including, but not limited to submission of vacation and personal requests, notification to supervisor regarding absence from work due to illness or untimely incidents |
| PL2 | Grooming and dress | The employee will be appropriately groomed and attired so as to present a professional image in accordance with the agency policies and procedures |
| PL20 | Messaging return/follow-up | As applicable, the employee will check his/her assigned mailbox, telephone/electronic messages, e-mails and any designated bulletin boards according to the established schedule or designated frequency for each.  The employee will return any messages in a prompt and professional manner and will respond accurately and appropriately to any information contained on the bulletin board, received via mail, e-mail or newsletter |

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PL3 | Observes work hours | The employee is to be at his/her designated work location at or prior to the scheduled beginning of the shift and performs the appropriate duties until the end of the shift.  If applicable, the employee also is available "on-call" after hours, responding to "on-call" requests in a timely manner consistent with agency policies/procedures |
| PL4 | Contact with public | The employee demonstrates a polite, helpful, courteous, proud, productive and professional image when engaged in his/her assigned duties with the public, consistent with agency policy |
| PL5 | Operation and care of equipment | The employee properly inspects, operates and maintains equipment to manufacturers' specifications and/or within the specified parameters. If applicable, the employee checks to ensure all assigned safety equipment is present and operational, in accordance with agency policies.  Employee will report any discrepancies to the proper personnel |
| PL8 | Human diversity awareness | The employee demonstrates an understanding, consideration and respect of cultural, religious and gender differences when interacting with the public, students, colleagues, inmates and co-workers |

**PROFICIENCY**

| ID | Statement | Performance Standard |
|---|---|---|
| PR107 | Maintenance and/or knowledge of General Orders, Policy, Procedure Manuals to include Public Record Law | The employee has the ability to read, interpret and follow procedural and policy manuals related to the job performed by the incumbent and demonstrate this knowledge via oral or written testing if required and in daily operations |
| PR127 | Knowledge and ability to perform tasks | The employee demonstrates sufficient knowledge of all tasks performed by personnel and has the ability to apply this knowledge to train new personnel and/or personally perform the subordinate's tasks when necessary. |
| PR17 | Information systems entry/retrieval skills | The employee is able to accurately enter and/or retrieve information from job specific applicable computer systems in a timely manner.  These systems may include, but are not limited to:  ERP Software, Records Management, Master Menu, Power DMS, TMS and any new system as required |
| PR18 | Computer/software/office equipment skills/knowledge | The employee demonstrates a strong knowledge and skill in the use of office equipment and/or computer peripherals, including as applicable: Microsoft Office, Excel, Word, PowerPoint, Adobe Acrobat Writer, specialized computer program software/systems, printer, copier and any other equipment required to perform position tasks |

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PR19 | Human resource management skills | The employee effectively manages, directs and develops personnel resources in order to achieve the desired objectives, goals and mission of the agency. |
| PR20 | Time management skills | The employee efficiently organizes, prioritizes, schedules and manages daily work activities, tasks and special assignments. The employee should demonstrate the ability to work independently with limited supervision |
| PR21a | Leadership skills | The employee demonstrates the appropriate combination of supportive behaviors in order to accomplish the desired objectives and goals. |
| PR21b | Motivational skills | The employee is able to utilize employee behaviors in order to achieve goals and objectives in a team-oriented environment |
| PR23 | Inter-personal skills | The employee demonstrates and promotes congenial, respectful and productive behaviors and positive attitudes toward teamwork and toward others in working relationships and situations |
| PR29 | General communications skills | The employee has the ability to express ideas and effectively communicate information verbally and in written form as well as the ability to process verbal information, physical cues and body language in order to effectively listen to individuals. Portrays good judgment skills when making decisions |
| PR31 | Problem solving | The employee has the ability to look beyond surface issues to identify, analyze and handle problems with very little supervisory intervention and develop effective responses and solutions to resolve such problems |
| PR4 | Verbal communications | The employee conveys verbal information in a clear, concise and intelligent manner |
| PR42 | Team building skills | The employee demonstrates a conscientious effort in achieving and contributing to organizational goals as compared with individual goals. Displays positive attitude about the agency |
| PR5 | Written communications | The employee's written communications are accurate, concise, legible, timely and grammatically correct |
| PR55 | Knowledge of Quality Assurance and/or compliance directives | The employee is cognizant and knowledgeable of the QA directives and compliance criteria as required by all applicable regulatory bodies as related to the job incumbent's area of responsibility. |

**PHYSICAL/COGNITIVE ABILITIES**

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY01 | Climbing ability | The employee is required to be able to ascend or descend ladders, stairs, scaffolding, ramps, and the like, using feet and legs and/or hands and arms. Body agility is emphasized. This factor is important if the amount and kind of climbing exceeds that of ordinary locomotion. |
| PHY02 | Balancing ability | The employee is required to maintain body equilibrium to prevent falling when walking, standing on one or both feet, or crouching on narrow, slippery, or erratically moving surfaces. This factor is important if the amount and kind of balancing required exceeds that needed for ordinary locomotion and maintenance of body equilibrium. |
| PHY03 | Stooping ability | The employee is required to be able to bend the body downward and forward by bending the spine at the waist and requires full use of the lower extremities and back muscles. |
| PHY04 | Twisting ability | The employee is able to turn the body around to both the left and right at least 45 degrees from the waist; and turn the head around to both the left and right at least 45 degrees. |
| PHY05 | Kneeling ability | The employee is able to bend the left/right/both legs at the knee(s) to come to rest on either or both knees. |
| PHY07 | Crawling ability | The employee is able to move about on hands and knees or hands and feet. |
| PHY08 | Reaching ability | Extending hand(s) and arm(s) fully or partially in any direction. The type of reaching occurs constantly or consistently and may require reaching overhead, from shoulder level, and below the waist. |
| PHY10 | Walking ability | The employee is able to move about on foot over long distances to perform various task duties. The walking speed varies between 1 and 3 miles per hour. Walking surfaces include asphalt, concrete, rock, wood, grass, carpet, tile and stone. |
| PHY12 | Pushing ability (heavy) | Pressing hands and arms, or legs and feet, in a continuous effort against objects/persons to move the objects/persons away from the individual exerting the pushing force. The amount of pushing force is described as heavy (50-250 pounds). |
| PHY13 | Pulling ability (heavy) | Using hands and arms in a continuous motion to draw objects/persons toward the individual exerting the pulling force. The amount of force the employee must pull is described as heavy (50-250 pounds). |

**POSITION:  Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY14 | Lifting ability (heavy) | Raising objects in an upward movement, or moving objects from position to position at the same level. The weight of the object being lifted or moved is described as heavy (50-250 pounds). The vertical lifting requirement ranges between 12 and 36 inches. |
| PHY16 | Dexterity (extremities) | Working with hands and arms to seize, hold, grasp, and turn objects. Ability to rotate and bend wrist. |
| PHY17 | Touch Perception | Perceiving object attributes/characteristics such as shape, size, texture, temperature by touching with the skin, particularly with fingertips. |
| PHY18 | Verbal communication ability | Ability to express/convey directions, instructions, information orally in a clear manner. Ability to communicate verbally within a wide decibel range from whispers to loud sounds. This is a critical requirement with regard to command and control type tasks, and important with regard to working with others on a day-to-day basis in a team-oriented setting. |
| PHY19 | Written communications ability | Ability to express ideas, instructions, directions, details, diagrams, and narratives in written form. Must be able to write in a clear manner. This is important for report/correspondence/documentation related tasks. |
| PHY20 | Hearing ability | Ability to perceive, isolate, extract, analyze, identify, locate source, and comprehend sound and voices within a wide decibel range, from whispers to loud noises. Ability to isolate and distinguish critical sounds/noise/oral communications from background noises. This is a critical ability with regards to officer safety requirements. |
| PHY21 | Repetitive Motion ability | The employee is able to endure constant motion of extremities and/or joint areas. |
| PHY22 | Far Vision ability | Clarity of vision (for both eyes) at or exceeding 20 feet. |
| PHY23 | Near Vision ability | Clarity of vision (for both eyes) at 20 inches or less. |
| PHY24 | Mid-Range Vision ability | Clarity of vision (for both eyes) at distance more than 20 inches and less than 20 feet. |
| PHY25 | Depth Perception ability | Ability to judge distances, dimensions, and spatial relationships (for both eyes) in order to see objects/persons as and where they are in relation to foreground/background objects and space. |
| PHY26 | Visual Focus ability | Ability to adjust the lens of the eye(s) to bring objects into clear and sharp focus from varying distances. |
| PHY27 | Color Vision ability | Ability to see, identify, and distinguish colors. |
| PHY28 | Field of Vision ability | Ability to observe an area's horizontal and vertical fields while both eyes are fixed on a given point. |

**POSITION:   Purchasing Manager**

| ID | Statement | Performance Standard |
|---|---|---|
| PHY29 | Sense of Smell ability | Ability to perceive, distinguish, and locate source of various smells and odors such as smoke, alcohol, toxic fumes. |
| PHY30 | Internal Work Environment | Work performed in an internal environment, i.e. office, vehicle, etc… Employee must possess the ability to move between floors of multi-level facilities, either individually or in a group, through the use of elevators, escalators, stairs or ramps. |

# EXHIBIT 7



**Carmine Marceno**
**Sheriff**

*"Proud to Serve"*

**State of Florida**
**County of Lee**

August 15, 2021

Dear Mrs. Clark,

The Lee County Sheriff's Office has undergone an evaluation of significant aspects of current operations to determine ways to improve policies, practices and efficiencies. As you know, the Sheriff's Office was forced to absorb additional expenses and obligations as well as other increased costs including but not limited to; substantial increases in FRS employer pension rates, LCSO's self-funded Health Plan costs and inmate medical expenses.

As a result of this evaluation, LCSO is conducting a *Reduction in Force*. Effective September 4, 2021 your position as "Purchasing Director" is being eliminated. You will be placed on Administrative Leave with Pay immediately upon this notice and given the opportunity to retire.

**Deadline for this decision will be September 3, 2021 at 4:00pm**; or your appointment will be withdrawn on September 4, 2021.

Human Resources has included basic information in this packet but contacting the individuals below will be crucial for whatever option you choose. Your contact for HR will be Cari Turner, she can be reached at 239-477-1360; your contact for Health Benefits and FRS is Doreen Salvagno, she can be reached at 239-477-1121.

Thank you for your service to The Lee County Sheriff's Office and I wish you well in future endeavors.

Sincerely,

Dawn Heikkila
Director of Human Resources
Lee County Sheriff's Office
239-477-1132
dheikkila@sheriffleefl.org



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Six Mile Cypress Parkway • Fort Myers, Florida 33912-4406 • (239) 477-1000**

# EXHIBIT 8

9/3/2021                                                    Approval

Munis Self Service

**Employee Action**

| | |
|---|---|
| **Effective Date:** | 09/04/2021 |
| **Action:** | 40 - SEPARATION |
| **Reason:** | 40B - RETIRED |
| **Supp Action:** | |
| **On-Boarding:** | |
| **Category:** | T - TERMINATE |
| **Comment:** | RETIRE EFF 09/04/2021 |
| **Entry User:** | CTurner |
| **Employee Description:** | 941 CLARK, JENNA D |
| **Job:** | PD - PURCHASING DIRECTOR |
| **Location:** | PURC - PURCHASING |
| **Group/BU:** | CIV - CIVILIAN |
| **Org/Obj/Proj:** | 00120302 - 412000 - |
| **Account Description:** | SALARIES/WAGES-REGULAR |

©2021 Tyler Technologies, Inc.