UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNA CLARK,

    Plaintiff,

v.

Case No. 2:22-cv-614-SPC-NPM

CARMINE MARCENO, in his official capacity as Sheriff of Lee County, Florida,

    Defendant.
_____/

## EXHIBIT INDEX

| NUMBER | TITLE |
|---|---|
| 33-1 | February 29, 2024, Affidavit of Plaintiff with exhibits (1-5) |
| 33-2 | Transcript and exhibits from October 10, 2023, Rule 30(b)(6) deposition of Undersheriff John Holloway |
| 33-3 | Transcript and exhibits from the October 10, 2023, deposition of Undersheriff John Holloway as fact witness |
| 33-4 | Transcript and exhibits from the October 24, 2023, deposition of Annmarie Reno |
| 33-5 | Transcript and exhibits from the October 11, 2023, deposition of Dawn Heikkila as fact witness |
| 33-6 | Transcript and exhibits from the October 11, 2023, Rule 30(b)(6) deposition of Dawn Heikkila |

| 33-7 | Transcript and exhibits from the December 7, 2023, deposition of Plaintiff |
|---|---|
| 33-8 | RIF letter dated August 15, 2021, from Defendant to Plaintiff |
| 33-9 | Defendant's list of employees allegedly terminated during RIF |
| 33-10 | August 12, 2021, FMLA email exchange between Dawn Heikkila and Plaintiff |
| 33-11 | August 19, 2021, reprimand from Annmarie Reno |
| 33-12 | Defendant's October 2020 Purchasing Workload Assessment and Staff Inspection |
| 33-13 | Defendant's Responses to Plaintiff's First Request for Admissions |
| 33-14 | Defendant's Responses to Plaintiff's First Set of Interrogatories |
| 33-15 | Defendant's EEOC Position Statement |
| 33-16 | Exhibit Index |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on February 29, 2024, on all counsel of record on the service list below via CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ALLEN, NORTON & BLUE, PA**

David J. Stefany
324 S. Hyde Park Ave
Suite 225
Tampa, FL 33606
813/251-1210
Fax: 813-253-2006
Email: dstefany@anblaw.com

*Counsel for Defendant*

3