## AFFIDAVIT OF JILL JONES

**STATE OF FLORIDA** }

**COUNTY OF LEE** }

BEFORE ME, the undersigned authority, personally appeared JILL JONES, who, being first duly sworn, states the following:

1. My name is JILL JONES, and I am over the age of eighteen. I make all the statements in this affidavit based upon my own personal knowledge.

2. I am currently employed as the Director of Budget and Administration for the Lee County Sheriff's Office (the "Sheriff's Office"). I have been employed in this capacity with the Sheriff's Office since January 10, 2021.

3. In carrying out my responsibilities for the Sheriff's Office, I have access to multiple databases of information, including a database which reflects employment histories and personnel information regarding all employees of the agency. In early 2023, I was asked by personnel employed by the Sheriff's Office's Legal Services Bureau to prepare a summary of individuals whose jobs were eliminated as part of the reduction-in-force that took place in 2021, including their respective names, ages, genders, titles and direct supervisor. The list of employees that I generated did not identify information on positions eliminated from the organization in those limited circumstances in which the incumbent in the position remained employed with only a change in title or responsibility and without a reduction in pay, such as Tammy Rhodes and Karen Ciofani. I created the list on February 17, 2023, and subsequently provided

it to Shelley Traurig, Litigation Services Director for the Sheriff's Office. A true and correct copy of this list is attached to this affidavit as Exhibit 1. It is my understanding that this list was used at that time to help provide accurate responses to certain interrogatories from Jenna Clark's attorney in the *Clark* litigation.

    4.    Also responding to an earlier request of the Legal Services Bureau, I created a larger list of Job Class Position Control Change Orders on December 28, 2022, which is a compilation of Change Orders I used during the period of ongoing reductions-in-force for the period of April 2019 through August 2022. This list of Change Orders reflects position additions, eliminations and the lateral or promotional transfers of certified and civilian agency employees from one budgeted position to another, and the effective date of such position changes. A true and correct copy of this list of Change Orders is attached to this affidavit as Exhibit 2.

    FURTHER AFFIANT SAYETH NAUGHT.

    I HEREBY CERTIFY that I have read each of the statements set forth in this Affidavit, consisting of two (2) pages, and I affirm that the statements made are true and correct based upon my own personal knowledge, and that the referenced exhibits are true and accurate copies of the above-described lists created in late December, 2022 and early February 17, 2023.

<u>3.13.2024</u>
Date

<u>　　　／s/ Jill Jones　　　</u>
JILL JONES
Director of Budget and Administration
Lee County Sheriff's Office

SWORN AND SUBSCRIBED before me, the undersigned authority, this <u>13th</u> day of March, 2024, by JILL JONES, ☑ who is personally known to me and who, being duly sworn by me, states and affirms that the statements set forth in this affidavit are true and correct based upon her own personal knowledge.

JESSICA CATTANI
Commission # HH 458729
Expires October 26, 2027

<u>Jessica Cattani　／s/ J. Cattani　</u>
Notary Public, State of Florida

<u>　　　　　　　　　　　　　</u>
Seal / Stamp

Page 3 of 3

SPDN-868764429-3362182

# EXHIBIT 1

| Position | Name | Status | Age | Gender | Supervisor | Comment |
|---|---|---|---|---|---|---|
| Senior Services Coordinator | Jami Bartz | Inactive | 58 | Female | Claire Schell | 1/31/2021- Retired/Position Eliminated |
| Secretary of Traffic | Marsha Sprankel | Inactive | 66 | Female | Dennis Petraca | 2/28/21- Retired/Position Eliminated |
| Major of Professional Standards | Tracy Estep | Inactive | 48 | Female | John Holloway | 6/24/21 - Retired/Position Eliminated |
| Director of Purchasing | Jenna Clark | Inactive | 59 | Female | Annmarie Reno | 9/4/2021 - Retired/Position Eliminated |
| Community Liaison | Amy DellAquilla | Inactive | 58 | Female | Michael Truscott | 10/11/2021- Resigned/Position Eliminated |
| Director of Fleet Management | James Jones | Active | 51 | Male | Jeremiah Marcotte | 11/4/2021 - Title Change to Fleet Services Specialist/Position Eliminiated/Pay Cut |
| Communications Manager | Anthony Ramsey | Inactive | 46 | Male | Karen Ciofani | 10/14/21- Resigned/Position Eliminated |

Table title: POSITIONS ELIMINATED

# EXHIBIT 2

## JOB CLASS POSITION CONTROL CHANGE ORDERS

| ACTION | JOB CLASS TITLE | DATE | COMMENT |
|---|---|---|---|
| Reinstate | Purchasing Supervisor | 8/21/2022 | Promote D. Deponto to Purchasing Supervisor |
| Reinstate | Fleet Manager | 8/7/2022 | Xfr M. Gastro to Fleet Manager |
| Reduce | Fleet Mechanics | 6/1/2022 | Reduce the number of Fleet Mechanics by XX ( Sarmiento moved to Call Taker; Creech to MJ Clerical) |
| Eliminate | Alarm Unit Manager | 1/23/2022 | DDenning XFR to Fleet Specialist |
| Replace | Fleet Director | 11/14/2021 | Fleet Reorg- Restructure administrative staffing levels- JaJones to Specialist, Marcotte to Captain |
| Eliminate | Radio/Podcast Coordinator | 10/28/2021 | Sheriff Reorg- Outside hire brought in as temporary consultant |
| Reduce | Communications Supervisor | 10/17/2021 | Communications Re-Org - Restructure administrative staffing levels- Griffin/Risch transferred to Dispatch |
| Reduce | Communications Manager | 10/14/2021 | Communications Re-Org - Restructure administrative staffing levels-Tony Ramsey Retired |
| Eliminate | Community Liaison | 10/11/2021 | ADellAquilla Xfr to temporary contract employee |
| Replace | Deputy General Counsel | 9/23/2021 | ASmithPromoted to Chief Legal Counsel; Deputy Gen Counsel not replaced |
| Replace | Tech Services Supervisor | 9/19/2021 | Sheriff Reorg- Tech Supervisors promoted to Managers |
| Eliminate | Purchasing Director | 9/4/2021 | Sheriff Reorg Duties Reallocated- Jenna Clark retired |
| Eliminate | Communications Secretary | 8/22/2021 | Communications Re-Org - Restructure Administrative staffing level- Tammy Rhodes XFR to Administrative Assistant |
| Replace | Communications Director | 8/22/2021 | Communications Re-Org - Restructure administrative staffing levels- Kciofani to Administrator /Fjanke to Captain |
| Replace | Records Training Officer | 8/22/2021 | Sheriff Reorg- Promoted to supervisors |
| Replace | Clinical Associate | 8/2/2021 | NGreiner Promoted to Director; Associate not replaced |
| Eliminate | Colonel | 7/24/2021 | Sheriff Reorg after Retirements - Eberhardt, Hall, Ellegood- duties reassigned to Chief of LE and CO |
| Replace | Legal Manager | 7/11/2021 | Straurig Promoted to Litigation Services Director; Manager not replaced |
| Eliminate | Inspections Director | 3/16/2021 | Sheriff Reorg- Outside hire never materialized |
| Eliminate | Senior Services Coordinator | 1/31/2021 | Sheriff Reorg partner with United Way- Jaime Bartz Retired |
| Replace | Budget Manager | 1/10/2021 | JCJones Promoted to Director; Manager not replaced |
| Eliminate | Corrections Records Administrator | 1/10/2021 | JSoudatt Promoted to Director; Administrator not replaced |
| Eliminate | Fleet Administrator | 1/10/2021 | JAJones Promoted to Director; Administrator not replaced |
| Replace | SS&D Administrator | 1/10/2021 | MVellela Promoted to Director; Administrator not replaced |
| Reduce | District Clerks | 7/31/2020 | Sheriff Reorg- End 24 hour coverage for front desk clerks - remove clerk from Gulf District (Pickering) |
| Eliminate | Senior Trainer | 8/30/2019 | Sheriff Reorg- JSchroth Retired |
| Eliminate | Community Outreach Director | 7/31/2019 | Sheriff Reorg Certified Community Response Team |
| Eliminate | Executive Administrative Assistant | 7/31/2019 | Sheriff Reorg TTaylor Retirement duties reassigned |
| Eliminate | Project Director | 7/31/2019 | Sheriff Reorg Duties Reallocated- WBergquist retired |
| Eliminate | Planner | 4/20/2019 | Sheriff Reorg- Restructure Grant Processing- LBodemann Xfr to Records |