UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNA CLARK,

    Plaintiff,

v.                                    Case No.:  2:22-cv-614-SPC-NPM

CARMINE MARCENO,

    Defendant.
_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

This matter comes before the Court on review of the file. Although this case is currently set for the August 2024 trial term, the undersigned's calendar is better suited to hear this case in the September 2024 trial term. So, per the Court's inherent authority to manage its civil case docket, it enters this Amended Case Management and Scheduling Order to govern the remaining deadlines:

| DEADLINE | DATE |
| --- | --- |
| **Final Pretrial Meeting** | 8/5/2024 |
| **Motions in Limine** <br> **Responses to Motions in Limine** | 8/13/2024 <br> 8/16/2024 |
| **Joint Final Pretrial Statement, Proposed Jury Instructions and Verdict Form, and Trial Briefs (if applicable)** | 8/13/2024 |

| DEADLINE | DATE |
|---|---|
| **Final Pretrial Conference** | 8/30/2024 at 9:30 a.m.<br>Courtroom 5D **(in person)** |
| **Monthly Trial Term** | 9/3/2024 |
| **Estimated Length of Trial** | 4 days |
| **Jury or Non-Jury** | Jury |

Accordingly, it is now

**DONE** and **ORDERED** in Fort Myers, Florida on June 27, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record