AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
the Clerk is requested to tax the following as costs:

Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .   _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . .   _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

TOTAL   $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❏   Electronic service              ❏   First class mail, postage prepaid

❏   Other:   _____

s/ Attorney:   _____

Name of Attorney:   _____

For: _____   Date: _____

*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of  _____   and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                          *Deputy Clerk*                          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230573295-12 | 12/18/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6479798 | 12/15/2023 | $570.00 |

| Case Name |
|---|
| Jenna Clark v. Carmine Marceno |

| Case No. |
|---|
| 222CV614SPCNPM |

**SE - TAMPA**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 8132237321  Fax: 813-877-2675**

**Alexis Williams**
**Allen, Norton & Blue, P.A.**
**324 South Hyde Park Avenue # 225**
**Tampa FL 33606**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Fort Myers (South) | Alexis Williams | Client Matter No:5000.1247 ANB 48(T) |
| 12800 University Drive Suite 200 | Allen, Norton & Blue, P.A. | Claim No: |
| Fort Myers FL 33907 | 324 South Hyde Park Avenue # 225 | Insured: |
|  | Tampa FL 33606 | D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Conference Rooms - (USLS - No Reporter) | 2.00 | N/A | $285.00 | $570.00 |
| | **Total Due** | | | **$570.00** |
| | AFTER 2/1/2024 PAY | | | $655.50 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$570.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                     Phone: 813-251-1210

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Alexis Williams
Allen, Norton & Blue, P.A.
324 South Hyde Park Avenue # 225
Tampa FL 33606

| Invoice No. | 20230573295-12 | Invoice Date | 12/18/2023 |
|---|---|---|---|
| Job No. | 6479798 | Case No. | 222CV614SPCNPM |
| Total Due | **$570.00** | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

## PAY BY CREDIT CARD     

**Cardholder's Name:** _____

**Card Number:** _____

**Exp. Date:** _____   **Phone:** _____

**Billing Address:** _____

**Zip:** _____   **Card Security Code:** _____

**Amount to Charge:** _____

**Cardholder's Signature:** _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230579456-12 | 12/29/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6475467 | 12/7/2023 | $1,794.10 |

| Case Name |
|---|
| Jenna Clark v. Carmine Marceno |

| Case No. |
|---|
| 222CV614SPCNPM |

**SE - TAMPA**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 8132237321  Fax: 813-877-2675**

**David Stefany, Esquire**
**Allen, Norton & Blue, P.A.**
**324 South Hyde Park Avenue # 225**
**Tampa FL 33606**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | David Stefany, Esquire<br>Allen, Norton & Blue, P.A.<br>324 South Hyde Park Avenue # 225<br>Tampa FL 33606 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 5.50 | Hours | $95.00 | $522.50 |
| ORIGINAL TRANSCRIPT OF: Jenna Clark | | | | |
| Original | 186.00 | Pages | $4.80 | $892.80 |
| Exhibit | 177.00 | Pages | $0.65 | $115.05 |
| Exhibits (Color) | 39.00 | Pages | $1.25 | $48.75 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |

| | |
|---|---|
| **Total Due** | **$1,794.10** |
| AFTER 2/12/2024 PAY | $2,063.22 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$1,794.10** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 813-251-1210

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

David Stefany, Esquire
Allen, Norton & Blue, P.A.
324 South Hyde Park Avenue # 225
Tampa FL 33606

| Invoice No. | 20230579456-12 | Invoice Date | 12/29/2023 |
|---|---|---|---|
| Job No. | 6475467 | Case No. | 222CV614SPCNPM |
| Total Due | **$1,794.10** | | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

## PAY BY CREDIT CARD   

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**              **Phone:**

**Billing Address:**

**Zip:**                    **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39112 | 1/12/2024 | 22649 |

| Job Date | Case No. | |
|---|---|---|
| 10/10/2023 | 2:22-cv-614-SPC-NPM | |

| Case Name |
|---|
| Jenna Clark v. Carmine Marceno |

| Payment Terms |
|---|
| Due upon receipt |

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza, Suite 225
Tampa, Florida 33606

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    John Holloway      437.60
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Undersheriff John Holloway      205.85

| | |
|---|---|
| **TOTAL DUE  >>>** | **$643.45** |
| AFTER 2/11/2024  PAY | $739.97 |

Minimum Transcript Fee - Undersheriff John Holloway

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza, Suite 225
Tampa, Florida 33606

| | | | |
|---|---|---|---|
| Job No. | : 22649 | BU ID | : B |
| Case No. | : 2:22-cv-614-SPC-NPM | | |
| Case Name | : Jenna Clark v. Carmine Marceno | | |
| | | | |
| Invoice No. | : 39112 | Invoice Date | : 1/12/2024 |
| **Total Due** | **: $643.45** | | |

AFTER 2/11/2024  PAY  $739.97

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:       Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Everest Court Reporting**
          **12 Penns Trail**
          **Newtown, PA 18940**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39116 | 1/12/2024 | 22664 |

| Job Date | Case No. |
|---|---|
| 10/4/2023 | 2:22-cv-614-SPC-NPM |

| Case Name |
|---|
| Jenna Clark v. Carmine Marceno |

| Payment Terms |
|---|
| Due upon receipt |

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza, Suite 225
Tampa, Florida 33606

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Travis Lamar HIcks

216.90

**TOTAL DUE  >>>**　　　　　**$216.90**

AFTER 2/11/2024  PAY　　　　$249.44

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza, Suite 225
Tampa, Florida 33606

| | | | |
|---|---|---|---|
| Job No. | : 22664 | BU ID | : B |
| Case No. | : 2:22-cv-614-SPC-NPM | | |
| Case Name | : Jenna Clark v. Carmine Marceno | | |
| Invoice No. | : 39116 | Invoice Date | : 1/12/2024 |
| **Total Due** | **: $216.90** | | |

AFTER 2/11/2024  PAY  $249.44

**PAYMENT WITH CREDIT CARD**　　AMEX　MasterCard　VISA

Cardholder's Name:
Card Number:
Exp. Date:　　　　　　Phone#:
Billing Address:
Zip:　　　　Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Everest Court Reporting**
**12 Penns Trail**
**Newtown, PA 18940**

# INVOICE

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39272 | 1/16/2024 | 23581 |

| Job Date | Case No. | |
|---|---|---|
| 10/25/2023 | 2:22-cv-614-SPC-NPM | |

| Case Name | |
|---|---|
| Jenna Clark v. Carmine Marceno | |

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza, Suite 225
Tampa, Florida 33606

| Payment Terms |
|---|
| Due upon receipt |

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Jill Jones                                                                                                      420.25

**TOTAL DUE  >>>**                                **$420.25**

AFTER 2/15/2024  PAY                               $483.29

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza, Suite 225
Tampa, Florida 33606

Job No.      : 23581          BU ID        : B
Case No.    : 2:22-cv-614-SPC-NPM
Case Name : Jenna Clark v. Carmine Marceno

Invoice No. : 39272          Invoice Date : 1/16/2024
**Total Due**  : **$420.25**
AFTER 2/15/2024  PAY  $483.29

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Everest Court Reporting**
            **12 Penns Trail**
            **Newtown, PA 18940**

# STATEMENT

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Account No. | Date |
|---|---|
| C9591 | 4/3/2024 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $1,739.03 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$1,739.03** |

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza
Suite 225
Tampa, FL 33606

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 1/16/2024 | 39269 | 623.01 | 22650 | 10/11/2023 | Dawn Heikkila | Jenna Clark v. Carmine Marceno |
| 1/16/2024 | 39270 | 319.07 | 22666 | 10/18/2023 | Tanya Taylor | Jenna Clark v. Carmine Marceno |
| 1/16/2024 | 39271 | 796.95 | 22651 | 10/24/2023 | Annmarie Reno | Jenna Clark v. Carmine Marceno |

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza
Suite 225
Tampa, FL 33606

Account No.  : C9591
Date          : 4/3/2024

**Total Due**  : **$1,739.03**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Everest Court Reporting**
**12 Penns Trail**
**Newtown, PA 18940**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39269 | 1/16/2024 | 22650 |
| **Job Date** | **Case No.** | |
| 10/11/2023 | 2:22-cv-614-SPC-NPM | |
| **Case Name** | | |
| Jenna Clark v. Carmine Marceno | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza
Suite 225
Tampa, FL 33606

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Dawn Heikkila                                255.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Dawn Heikkila 30(b)(6)                      286.75

**TOTAL DUE   >>>**       **$541.75**
AFTER 2/15/2024  PAY     $623.01

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 81.26 |
| **(=) New Balance:** | **$623.01** |

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza
Suite 225
Tampa, FL 33606

| | | | |
|---|---|---|---|
| Job No. | : 22650 | BU ID | : B |
| Case No. | : 2:22-cv-614-SPC-NPM | | |
| Case Name | : Jenna Clark v. Carmine Marceno | | |
| Invoice No. | : 39269 | Invoice Date | : 1/16/2024 |
| **Total Due** | **: $623.01** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Everest Court Reporting**
               **12 Penns Trail**
               **Newtown, PA 18940**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39270 | 1/16/2024 | 22666 |

| Job Date | Case No. |
|---|---|
| 10/18/2023 | 2:22-cv-614-SPC-NPM |

| Case Name |
|---|
| Jenna Clark v. Carmine Marceno |

| Payment Terms |
|---|
| Due upon receipt |

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza
Suite 225
Tampa, FL 33606

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Tanya Taylor

277.45

**TOTAL DUE  >>>**    **$277.45**

AFTER 2/15/2024  PAY    $319.07

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 41.62 |
| **(=) New Balance:** | **$319.07** |

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza
Suite 225
Tampa, FL 33606

Job No.    : 22666      BU ID    : B
Case No.    : 2:22-cv-614-SPC-NPM
Case Name    : Jenna Clark v. Carmine Marceno

Invoice No.    : 39270    Invoice Date : 1/16/2024
**Total Due**    : **$319.07**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Everest Court Reporting
            12 Penns Trail
            Newtown, PA 18940**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39271 | 1/16/2024 | 22651 |

| Job Date | Case No. |
|---|---|
| 10/24/2023 | 2:22-cv-614-SPC-NPM |

| Case Name |
|---|
| Jenna Clark v. Carmine Marceno |

| Payment Terms |
|---|
| Due upon receipt |

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza
Suite 225
Tampa, FL 33606

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Annmarie Reno

  693.00

**TOTAL DUE   >>>**   **$693.00**

AFTER 2/15/2024  PAY   $796.95

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 103.95 |
| **(=) New Balance:** | **$796.95** |

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

David J. Stefany
Allen Norton & Blue, P.A.
324 South Hyde Park Avenue
Hyde Park Plaza
Suite 225
Tampa, FL 33606

Job No.   : 22651     BU ID   : B

Case No.   : 2:22-cv-614-SPC-NPM

Case Name : Jenna Clark v. Carmine Marceno

Invoice No. : 39271     Invoice Date : 1/16/2024

**Total Due**  : **$796.95**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:     Phone#:

Billing Address:

Zip:     Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Everest Court Reporting**
        **12 Penns Trail**
        **Newtown, PA 18940**