**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**JENNA CLARK,**

    Plaintiff,

v.                                          2:22-cv-614-SPC-NPM

**CARMINE MARCENO,**

    Defendant.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Kyle T. MacDonald |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Daniel J. Stefany |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | October 2, 2024 10:10 – 10:30 AM | **Total Time** | 20 minutes |

**Status Conference**

Court convened on the MOTION for Taxation of Costs by Carmine Marceno (Doc. 41).

Within 2 weeks, Counsel to notify court if this issue has been resolved.