UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNA CLARK,

                    Plaintiff,

v.                                                                  Case No. 2:22-cv-614-SPC-NPM

CARMINE MARCENO, in his official
capacity as Sheriff of Lee County,
Florida,

                    Defendant.

## JOINT STIPULATION REGARDING
## DEFENDANT'S MOTION FOR TAX COST

COME NOW JENNA CLARK ("Clark" or "Plaintiff") and CARMINE

MARCINO, in his official capacity as Sheriff of Lee County, Florida ("Sheriff" or

"Defendant"), by and through their respective undersigned counsel and pursuant to

Rule 3.05, Local Rules for the Middle District of Florida and this Court's Order of

Compliance (D.E. 46), hereby provide the following stipulation regarding Defendant's

Motion to Tax Costs (D.E. 41).

1.      At a telephonic hearing on October 2, 2024, the Court convened a

hearing on the Defendant's Motion to Tax Costs (D.E. 41) ("Motion"), and Plaintiff's

objection to some of the costs requested.  The Court directed the parties to further

communicate to determine whether they could resolve the disputed issues regarding

the Motion.

2.      Through such supplemental discussions, the parties have reached an agreement that the Defendant's Bill of Costs should be revised to seek an award of $5,268.22.  This revised amount of costs is a reduction of the Motion's request for an award of $5,738.97, less $100 for certain deposition fees[1] and less $370.75 for Defendant's requested printing and photocopying expenses.

3.      The parties stipulate that without the need for the filing of an amended Motion, the Court should grant Defendant's Motion by awarding costs to Defendant in the amount of $5,268.22.

Dated this 29th day of October 2024.          Respectfully submitted,

*s/ Kyle MacDonald*

KYLE MACDONALD
Florida Bar No.1038749
*Counsel for Plaintiff*

**DEREK SMITH LAW GROUP, PLLC.**
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
(305) 946-1884 | (305) 503-6741 – Fax
Email: kyle@dereksmithlaw.com

*s/ David J. Stefany*

DAVID J. STEFANY
Florida Bar No. 438995
*Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:dstefany@anblaw.com
Secondary: awilliams@anblaw.com

---

[1] The reduced fees relate to "Transcript Handling & Processing" and "Litigation Technology, Support and Security Management" for the deposition of Jenna Clark on December 7, 2023.

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of October 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Kyle T. MacDonald, Esquire and to Lauren Wilson, Esquire of Derek Clark Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, Florida 33131 [k*yle@derekClarklaw.com; lauren@derekClarklaw.com*].

*s/ David J. Stefany*

DAVID J. STEFANY

SPDN-868764429-3448180